**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 24-90001 (MI) |
| Acclivity Ancillary Services LLC, *et al.*[1] | Chapter 11 |
| Debtor. | (Joint Administration Requested) |

**GLOBAL NOTES**
**REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENT OF FINANCIAL AFFAIRS**

### Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Acclivity West, LLC ("AW") and its affiliate Acclivity Ancillary Services LLC ("AAS"), as debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared by management of the Debtors, with the assistance of the Debtors' retained professional advisors, in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas. The Schedules and Statements present the consolidated financial position and operations of the debtors and are unaudited.

The Schedules and Statements have been signed by W. Marc Schwartz of Schwartz Associates, the Chief Restructuring Officer of the Debtors. Mr. Schwartz was hired as CEO on August 15, 2023 and he does not have a long history with the Debtors. He has not, nor could he have, personally verified the accuracy of each statement and representation included in the Schedules and Statements, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Schwartz has not, nor could he have, personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Schwartz necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Acclivity Ancillary Services LLC (0786) and Acclivity West, LLC (7677). The Debtors' mailing address is 11200 Broadway Street, Suite 2705, Pearland, Texas 77584.

time of preparation, subsequent information or discovery thereof may result in changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes are intended to supplement the information contained in the Debtor's Schedules or Statements and should be read in connection therewith.

### Global Notes and Overview Methodology

1. **General Reservation of Rights.** Although management of the Debtors has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Since the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of the validity of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Description of Cases and "As Of" Information Date.** On January 5, 2024 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors' chapter 11 cases are jointly administered for procedural purposes only pursuant to an order entered by the Bankruptcy Court. Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. Unless otherwise stated herein, liabilities are reported as of the Petition Date.

3. **Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of the separate Debtors. The Debtors prepare financial statements for financial reporting purposes, which are audited annually, on a consolidated basis. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors

and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable with audited financial statements.

4. **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in the Schedules are inclusive of each Debtor's guarantor obligations.

5. **References.** References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

6. **Currency.** All amounts are reflected in U.S. dollars.

7. **Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

8. **Liabilities.** To the extend the Debtors allocated liabilities between the prepetition and post-petition periods, the allocation was done based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this. The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

9. **Guarantees and Other Secondary Liability Claims.** Where guarantees or similar secondary liability claims have been identified, they have been included in the relevant

liability Schedule for the Debtor or Debtors affected by such obligation. The Debtors have also listed such obligations related to funded debt or debt for borrowed money on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights (but expressly do not undertake any obligation) to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or be unenforceable.

10. **Intercompany Claims.** Receivables and payables among and between the Debtors and (i) other Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records. Intercompany balances are as of the Petition Date, as set forth on Schedule E/F, and may not accurately reflect current positions.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization of the amount and/or validity or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non- bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

11. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts

and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

12. **Claims Description.** Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to an objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

13. **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

14. **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "unliquidated." The description of an amount as "unknown," "TBD," or "unliquidated" is not intended to reflect upon the materiality of such amount.

15. **Liens.** Schedule D 2.1 entitled "Creditors Who Have Claims Secured By Property" shows LOF I as having liens on all assets of the Debtors and there are no other secured creditors. The amount listed in the schedules is the principal amount.  This amount does not include accrued and unpaid interest, fees, costs, expenses, charges, indemnities and all other obligations incurred or accrued in accordance with the Prepetition Loan Documents.

16. **Employee Addresses.** Personal addresses of current and former employees and directors have been removed from entries listed throughout the Schedules and Statements, where applicable.

17. **Insiders.** In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities that the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully

argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to questions in the Schedules and Statements is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

18. **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

19. **Credits and Adjustments.** The claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

20. **Setoffs.** Debtors do not have any setoffs.

21. **Confidentiality.** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## General Disclosures Applicable to Schedules

22. **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

23. **Schedule A/B – Real and Personal Property.**

      **Schedule A/B, Part 1 – Cash and Cash Equivalents.** Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and Cash Management Order. The Debtors' cash balances are listed as of the Petition Date at bank balances.

      **Schedule E/F - Creditors Who Have Unsecured Claims.** Debtors do not have any priority claims for taxes, employee wages or any other priority debt that should be listed on Schedule E.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The values listed for each redemption claimants in Schedule F are as of September 30, 2023, which is the most recent reconciliation date the Debtors have prior to the Petition Date.  Certain unsecured creditors have been identified in certain categories based on the fund they are associated with as of the Petition Date. The various categories or Swappers are clients that have elected to become part of the Life Opportunity Fund ("LOF Fund") and their value is as of September 30, 2023. Non-swappers are clients who elected not to become part of the Fund and their value is unknown as of the Petition Date. Redemption claimants are claimholders who have exercised their right to be paid their share of the Fund as of January 5, 2024.  The Redemption claimants pursuant to the Fund rules had to notify the Fund six months in advance that they would like to be paid their share.  As of the Petition Date the amounts listed for the Redemption claimants are the amount as of September 30, 2023.  In total there are 146 Redemption claimants.

The list of the Redemption claimants is set forth in the Exhibit to the Bar Date Motion.

Schedule E/F also contains information regarding pending litigation and involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

**Schedule G – Executory Contracts and Unexpired Leases.**

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

**Schedule H – Codebtors.**

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross- claims and counterclaims against other parties. Because such litigation is listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

**General Disclosures Applicable to Statements**

Questions 1 and 2.     The Debtors' responses to Questions 1 and 2 are presented in accordance with the Debtors' books and records.

Question 4. Debtor has not made any charitable contributions within the 2 year period the Petition Date.

Question 5. Kenneth Frank the former owner of Debtor withdrew money from a business account at Wells Fargo before he could be removed from the account.  The amount of $3,000 was withdrawn from the account and the date of loss is an approximate date.

Question 30. Individual payments to directors and executive officers of the Debtors are reflected in the Debtors' responses to Question 30. Certain directors and executive officers are directors and executive officers of multiple Debtor entities. The listing of any individual as an insider does not constitute an admission or a final determination that any such individual is or is not an insider.

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ Acclivity West, LLC _____ |
| United States Bankruptcy Court for the: |
| _____ Southern District of Texas _____ |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/05/2024          X _____
           MM/ DD/ YYYY              Signature of individual signing on behalf of debtor

W. Marc Schwartz
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name  __Acclivity West, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __24-90002__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TVPX ARS, Inc. - Citizens Bank, N.A. | Checking account | 9 6 2 6 | $21,683.92 |
| 3.2. | Wells Fargo Bank. N.A. | Checking account | 8 5 4 3 | $16,548.16 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1 | TVPX ARS, Inc. - Citizens Bank, N.A. | | $0.07 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $38,232.15

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

   7.2 _____ _____

Debtor    **Acclivity West, LLC**         Case number *(if known)*   **24-90002**
       Name

---

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____      _____

     8.2 _____      _____

**9.**    **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.      [ _____ ]

| Part 3: | Accounts receivable |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

                                                         **Current value of debtor's interest**

**11.**    **Accounts receivable**

     11a. 90 days old or less:    **$33,405.58**   -   **unknown**   =.....➔    **$33,405.58**
                            face amount            doubtful or uncollectible accounts

     11b. Over 90 days old:    **$54,000.00**   -   **unknown**   =.....➔    **$54,000.00**
                            face amount            doubtful or uncollectible accounts

**12.**    **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      [ **$87,405.58** ]

| Part 4: | Investments |
|---|---|

**13.**    **Does the debtor own any investments?**

     ☐ No. Go to Part 5.

     ☑ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 _____ | _____ | _____ |
| | 14.2 _____ | _____ | _____ |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity:        % of ownership: | | |
| | 15.1 **Limited Partnership Interest Life Opportunity Fund**   **100.00%** | | **$12,849,285.00** |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |
| | 16.1 _____ | _____ | _____ |
| | 16.2 _____ | _____ | _____ |

---

Official Form 206A/B         **Schedule A/B: Assets — Real and Personal Property**         page **2**

Debtor   **Acclivity West, LLC**

Name

Case number *(if known)* **24-90002**

---

| 17. | **Total of Part 4** | | $12,849,285.00 |
|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20.** **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22.** **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

| 23. | **Total of Part 5** | | |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**28.** **Crops—either planted or harvested**

---

Debtor   **Acclivity West, LLC**                                              Case number *(if known)*  **24-90002**
Name

29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30.  **Farm machinery and equipment** (Other than titled motor vehicles)

31.  **Farm and fishing supplies, chemicals, and feed**

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6**
     Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**
     ☑ No
     ☐ Yes. Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
     ☑ No
     ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
     ☐ No. Go to Part 8.
     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |

Debtor   **Acclivity West, LLC**                                   Case number *(if known)*  **24-90002**
         Name

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | 2022 ThinkPad | **unknown** | | **unknown** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, and crystal; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   42.1 _____

   42.2 _____

   42.3 _____

43. **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____

   47.2 _____

   47.3 _____

   47.4 _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

Debtor   **Acclivity West, LLC**                                              Case number *(if known)* __24-90002__
Name

---

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.

   ☐ Yes. Fill in the information below.

---

Debtor  **Acclivity West, LLC**                                              Case number *(if known)* **24-90002**
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| 66. **Total of Part 10** <br> Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____  –  _____  = ➡  _____
                     Total face amount      doubtful or uncollectible amount

Debtor  **Acclivity West, LLC**                                    Case number *(if known)* **24-90002**
Name

---

72. **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____

     _____    Tax year _____    _____

     _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

     **Interest in fractionalized insurance policies** _____    _____ **unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **See Statement of Financial Affairs #7.1** _____    _____ **unknown**

     **Nature of claim** _____

     **Amount requested** _____ **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     _____    _____

     **Nature of claim** _____

     **Amount requested** _____

76. **Trusts, equitable or future interests in property**

     _____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **All property and assets of Debtor** _____    _____ **unknown**

78. **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.            | _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $38,232.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $87,405.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $12,849,285.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................ ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*.....................91a. | $12,974,922.73 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................................... | | $12,974,922.73 |

Fill in this information to identify the case:

Debtor name ___Acclivity West, LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
(State)

Case number (if known): ___24-90002___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**

Life Opportunity Fund I, LP

**Creditor's mailing address**

155 Water St Ste 4/34

Brooklyn, NY 11201-1016

**Creditor's email address, if known**

bcooper@lanegateadvisors.com

**Date debt was incurred**    08/11/2020-12/28/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

All property and assets of Debtor

**Describe the lien**

Pre-petition lender

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $4,620,506.00    Column B: unknown

**Remarks:** This amount does not include accrued and unpaid interest, fees, costs, expenses, charges, indemnities and all other obligations incurred or accrued in accordance with the Prepetition Loan Documents.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,620,506.00

| Debtor | Acclivity West, LLC | Case number (if known) | 24-90002 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Life Opportunity Fund I, LLP<br>2025 Guadalupe St Ste 260<br>Austin, TX 78705-5642 | Line 2. _1_ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Acclivity West, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 24-90002 |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Jesus M. Millares<br>Redacted for confidentiality<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>Pre-petition wages for the period of January 1- January 5, 2024 as Manager of Acclivity West, LLC<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $166.66 | $166.66 |
| **2.2** **Priority creditor's name and mailing address**<br>Shelley Hill<br>Redacted for confidentiality<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>Pre-petition wages for the period of January 1 - January 5, 2024 as Chief Operating Officer for Acclivity West, LLC<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,361.11 | $1,361.11 |

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

2012 Jacques Nejat Bina Revocable Trust

4648 Saltillo Street

Woodland Hills, CA 91364

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   9   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$25,324.22

**3.2** Nonpriority creditor's name and mailing address

2012 Jacques Nejat Bina Revocable Trust

4648 Saltillo Street

Woodland Hills, CA 91364

Date or dates debt was incurred _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.3** Nonpriority creditor's name and mailing address

21C System Pension Plan Trust

1631 Kapiolani Blvd. #4009

Honolulu, HI 96814

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   0   0

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.4** Nonpriority creditor's name and mailing address

Abrams Grandchildrens' Trust II

7933 Grado El Tupelo

Carlsbad, CA 92009

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   0   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$6,800.17

Debtor  **Acclivity West, LLC**                                              Case number *(if known)*    **24-90002**
_____
Name

---

**Part 2:**  Additional Page

---

**3.5**  **Nonpriority creditor's name and mailing address**

**Ada Chuang Roth IRA**

**17 Silver Fern**

**Irvine, CA 92603**

Date or dates debt was incurred  _____

Last 4 digits of account number    0   2   1   1

**As of the petition filing date, the claim is:**    $12,826.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**

**Adam & Nachama Raeburn**

**451 North Poinsettia Place**

**Los Angeles, CA 90036**

Date or dates debt was incurred  _____

Last 4 digits of account number    0   8   2   7

**As of the petition filing date, the claim is:**    $40,670.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7**  **Nonpriority creditor's name and mailing address**

**Adele D. Shiffman**

**4852 Cabana Dr. Unit 107**

**Huntington Beach, CA 92649**

Date or dates debt was incurred  _____

Last 4 digits of account number    0   9   1   0

**As of the petition filing date, the claim is:**    $6,243.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**  **Nonpriority creditor's name and mailing address**

**Adele D. Shiffman**

**4852 Cabana Dr. Unit 107**

**Huntington Beach, CA 92649**

Date or dates debt was incurred  _____

Last 4 digits of account number    __  __  __  __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*   **24-90002**
          Name

| Part 2: | Additional Page |
|---|---|

**3.9**   Nonpriority creditor's name and mailing address

**Adishian Family Trust of 2009**

**1317 West Palo Alto Avenue**

**Fresno, CA 93711**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   0   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.10**   Nonpriority creditor's name and mailing address

**Adrian Carvajal**

**2347 East El Paso**

**Fresno, CA 93720**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   1   7   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.11**   Nonpriority creditor's name and mailing address

**Adrian Carvajal**

**2347 East El Paso**

**Fresno, CA 93720**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.12**   Nonpriority creditor's name and mailing address

**Aiquyen & John Wu**

**9166 Helm Ave**

**Fountain Vly, CA 92708-4435**

Date or dates debt was incurred   _____

Last 4 digits of account number   **1   1   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$4,667.12

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address
**Aiquyen Wu**

**9166 Helm Avenue**

**Fountain Valley, CA 92708**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   1   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  **SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$1,659.74

---

**3.14** Nonpriority creditor's name and mailing address
**Alan & Ronna Goldstein**

**2601 Mar Lu Dr**

**Los Angeles, CA 90046-1016**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   3   7   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$3,656.22

---

**3.15** Nonpriority creditor's name and mailing address
**Alan Ash**

**13503 Falcon Ridge Drive**

**Corona, CA 92880**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   0   4   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  **SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$10,994.03

---

**3.16** Nonpriority creditor's name and mailing address
**Alan R. Brue**

**680 Camino Del La Reina #2101**

**San Diego, CA 92108**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   1   4   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  **SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$14,314.87

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.17 Nonpriority creditor's name and mailing address**

Alberto Santana

995 Trenton Way

Costa Mesa, CA 92626

Date or dates debt was incurred

Last 4 digits of account number   0  8  7  9

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18 Nonpriority creditor's name and mailing address**

Alberto Santana

995 Trenton Way

Costa Mesa, CA 92626

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19 Nonpriority creditor's name and mailing address**

Alexander Gareeb_Qualified

25471 Prado De Azul

Calabasas, CA 91302-3667

Date or dates debt was incurred

Last 4 digits of account number   0  3  5  0

**As of the petition filing date, the claim is:**   $3,199.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**

Alexander James Sooter & Gary Sooter JTWROS

22750 Meadow Lane

Sonora, CA 95370

Date or dates debt was incurred

Last 4 digits of account number   0  4  8  6

**As of the petition filing date, the claim is:**   $28,365.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

### Part 2: Additional Page

| | |
|---|---|
| **3.21** | |

**Nonpriority creditor's name and mailing address**

Alfred & Sylvia De La Peza

405 N Baldy Vista Ave

Glendora, CA 91741-1866

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  6  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,787.83

---

| | |
|---|---|
| **3.22** | |

**Nonpriority creditor's name and mailing address**

Alfred & Sylvia De La Peza

405 North Baldy Vista Avenue

Glendora, CA 91741

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| | |
|---|---|
| **3.23** | |

**Nonpriority creditor's name and mailing address**

Alfredo J Burlando

2629 Francisco Way

El Cerrito, CA 94530-1530

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  5  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,871.48

---

| | |
|---|---|
| **3.24** | |

**Nonpriority creditor's name and mailing address**

Alice C. L. Gee

3411 Arden Creek Rd

Sacramento, CA 95825-0445

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  5  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor: Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,245.39

---

Debtor **Acclivity West, LLC**                           Case number *(if known)*      **24-90002**
        Name

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Alicia V. Vandergeld**

**28716 E Worcester Rd**

**Menifee, CA 92586-2753**

Date or dates debt was incurred

Last 4 digits of account number       **1   0   3   0**

As of the petition filing date, the claim is:       **$17,967.39**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

                          **Investor: Active - In**
Basis for the claim:  **SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Aline Richards**

**2473 Southview Dr**

**Alamo, CA 94507-2315**

Date or dates debt was incurred

Last 4 digits of account number       **0   8   4   5**

As of the petition filing date, the claim is:       **$7,122.33**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

                          **Investor: Active - In**
Basis for the claim:  **SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Allan Tam_Nonqualified**

**4139 Terra Grenada 2B**

**Walnut Creek, CA 94595**

Date or dates debt was incurred

Last 4 digits of account number       **0   9   8   4**

As of the petition filing date, the claim is:       **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                          **Active - Out of Swap**
Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Allen Anderson_Nonqualified**

**9688 Stark Rd.**

**Stockton, CA 95206**

Date or dates debt was incurred

Last 4 digits of account number       **0   0   2   5**

As of the petition filing date, the claim is:       **$6,113.94**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                          **Investor: Active - In**
Basis for the claim:  **SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
| | Name | | |

---

**Part 2:** Additional Page

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,005.85
| | *Check all that apply.* |
| Allen Anderson_Qualified | ☐ Contingent |
| 9688 Stark Rd | ☐ Unliquidated |
| Stockton, CA 95206-9631 | ☐ Disputed |
| | **Basis for the claim:** Active - In SWAP/LOF |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number  0  0  2  6 | ☑ No |
| | ☐ Yes |

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| | *Check all that apply.* |
| Allen F. Suvanto | ☑ Contingent |
| 880 Birch Ave. | ☑ Unliquidated |
| Clovis, CA 93611 | ☐ Disputed |
| | Active - Out of Swap |
| | **Basis for the claim:**  Client |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number  0  9  7  6 | ☑ No |
| | ☐ Yes |

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| | *Check all that apply.* |
| Allen F. Suvanto | ☑ Contingent |
| 880 Birch Ave. | ☑ Unliquidated |
| Clovis, CA 93611 | ☐ Disputed |
| | **Basis for the claim:**  LSSF Investor |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| | *Check all that apply.* |
| Alson Lee_Nonqualified | ☑ Contingent |
| 488 Molimo Drive | ☑ Unliquidated |
| San Francisco, CA 94127 | ☐ Disputed |
| | Active - Out of Swap |
| | **Basis for the claim:**  Client |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number  0  5  7  3 | ☑ No |
| | ☐ Yes |

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.33** Nonpriority creditor's name and mailing address

Alson Lee_Qualified

488 Molimo Drive

San Francisco, CA 94127

Date or dates debt was incurred _____

Last 4 digits of account number   0   5   7   4

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.34** Nonpriority creditor's name and mailing address

Alvin Singian Bartolome

6121 Gold Spirit St

Eastvale, CA 92880-0991

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   7   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$5,807.06

---

**3.35** Nonpriority creditor's name and mailing address

Alvin Singian Bartolome

6121 Gold Spirit Street

Corona, CA 92880

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.36** Nonpriority creditor's name and mailing address

Amanda Carol Harbison

24702 Monte Royale St.

Laguna Hills, CA 92653

Date or dates debt was incurred _____

Last 4 digits of account number   0   4   1   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$12,411.98

---

Debtor    **Acclivity West, LLC**                                   Case number *(if known)*    **24-90002**
             Name

---

**Part 2:**  Additional Page

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---

**3.37**

Nonpriority creditor's name and mailing address

Amanda Carol Harbison

24702 Monte Royale St.

Laguna Hills, CA 92653

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.38**

Nonpriority creditor's name and mailing address

Amar N. Chhatarpal

12363 Concord Court

Chino, CA 91710

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$9,470.32

---

**3.39**

Nonpriority creditor's name and mailing address

Amelia B. Rico

190 Opus Cir

Sacramento, CA 95834-1063

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  4  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$4,221.07

---

**3.40**

Nonpriority creditor's name and mailing address

Amjad A. Hami

2203 East Omaha

Fresno, CA 93720

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  0  6

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

**Amjad A. Hami**

**2203 East Omaha**

**Fresno, CA 93720**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.42** Nonpriority creditor's name and mailing address

**Amy Marie Zucchero Litman**

**200 Joaquin Ave**

**San Leandro, CA 94577-4710**

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  3  3

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,924.60**

---

**3.43** Nonpriority creditor's name and mailing address

**Andrade Revocable Living Trust DTD 4/18/02**

**6381 Layton St.**

**Rancho Cucamonga, CA 91701**

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  3  7

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.44** Nonpriority creditor's name and mailing address

**Andrea Beidl**

**1903 Far Niente**

**San Antonio, TX 78258-4516**

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  7  8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,202.97**

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

Andrew J. Colace

7025 Rosemead Blvd Apt 6

San Gabriel, CA 91775-1434

Date or dates debt was incurred

Last 4 digits of account number    0  2  1  8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$37,715.06

---

**3.46** Nonpriority creditor's name and mailing address

Andrew S. Guyer - Pete Vlahakis

3255 Wheat St

San Diego, CA 92117-4431

Date or dates debt was incurred

Last 4 digits of account number    0  4  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,385.39

---

**3.47** Nonpriority creditor's name and mailing address

Andrew Streett

129 W Avenida Cadiz

San Clemente, CA 92672-4247

Date or dates debt was incurred

Last 4 digits of account number    0  9  6  8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,294.36

---

**3.48** Nonpriority creditor's name and mailing address

Angelo Anthony Dimario

9879 Manzanita Dr

Alta Loma, CA 91737-2930

Date or dates debt was incurred

Last 4 digits of account number    0  2  8  0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$54,064.48

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

Angelo Anthony Dimario

9879 Manzanita Drive

Alta Loma, CA 91737

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.50** Nonpriority creditor's name and mailing address

Angelo J. Bufalini

P.O. Box 907

Benicia, CA 94510

Date or dates debt was incurred _____

Last 4 digits of account number 0 1 4 9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.51** Nonpriority creditor's name and mailing address

Anh Nguyen0563_Qualified

109 S 21st St. Ê

San Jose, CA 95116

Date or dates debt was incurred _____

Last 4 digits of account number 0 7 3 4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Investor: Active - In SWAP/LOF: Redemptoin

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,781.94

---

**3.52** Nonpriority creditor's name and mailing address

Anh Nguyen4079_Nonqualified

1235 Mcallister St Apt 126

San Francisco, CA 94115-4669

Date or dates debt was incurred _____

Last 4 digits of account number 0 7 3 5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Investor: Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,249.36

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="2">Part 2: Additional Page</td></tr>
</table>

| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.38 |
| --- | --- | --- | --- |

**3.53** Nonpriority creditor's name and mailing address

**Anita Davis**

**5621 W Avenue L6**

**Lancaster, CA 93536-4458**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,083.38

Basis for the claim: **Investor: Active - In SWAP/LOF**

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  5  7

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

**Ann Murano 2012 Irrevocable Trust**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$6,047.75

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

**Anna C. G. Bodily**

**P.O. Box 153**

**Leland, NC 28451**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$0.00

Basis for the claim: **Active - Out of Swap Client**

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  1  6

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

**Anna K. Fairbanks**

**241 E Green St**

**Claremont, CA 91711-5027**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$9,720.81

Basis for the claim: **Investor: Active - In SWAP/LOF**

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  1  1

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.57** | Nonpriority creditor's name and mailing address

**Anna M. Storm Trust dated March 31, 1997**

**PO Box 1211**

**Gardnerville, NV 89410**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   9   6   6**

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

**Annabel Agcaoili_Nonqualified**

**334 12th St**

**San Francisco, CA 94103-4331**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   0   1   4**

As of the petition filing date, the claim is:   **$8,062.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address

**Annabel Agcaoili_Qualified**

**334 12th Street**

**San Francisco, CA 94103**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   0   1   5**

As of the petition filing date, the claim is:   **$5,477.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

**Anther & Jocelyn Guilas Joint Living Trust DTD 01/12/06**

**2811 Hawk Rd**

**Chino Hills, CA 91709-3481**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   3   9   5**

As of the petition filing date, the claim is:   **$12,513.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Acclivity West, LLC**                            Case number *(if known)*    **24-90002**
Name

---

### Part 2:   Additional Page

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,362.04**
--- | --- | --- | ---

Anthony Catanese_Nonqualified

830 Fairview Ave Apt G

Arcadia, CA 91007-6653

Date or dates debt was incurred _____

Last 4 digits of account number   0   1   7   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim: **SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,362.04

---

**3.62**

Anthony Catanese_Qualified

830 Fairview, Apt G

Arcadia, CA 96815

Date or dates debt was incurred _____

Last 4 digits of account number   0   1   8   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim: **SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,423.86

---

**3.63**

Anthony J. Pirritano

22877 Banbury Ct

Murrieta, CA 92562-5079

Date or dates debt was incurred _____

Last 4 digits of account number   0   8   0   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim: **SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,510.99

---

**3.64**

Anthony J. Pirritano

22877 Banbury Ct.

Murrieta, CA 92562

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Antoinette Farnham**

**3471 Bode Drive**

**South Lake Tahoe, CA 96150**

Date or dates debt was incurred

Last 4 digits of account number     0   3   1   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$21,719.90

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Antonietta Bianchini**

**26356 Sorrell Place**

**Laguna Hills, CA 92653**

Date or dates debt was incurred

Last 4 digits of account number     0   0   9   4

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Antonietta Robinson**

**26 Cantilena**

**San Clemente, CA 92673**

Date or dates debt was incurred

Last 4 digits of account number     0   8   5   5

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Aravind Sivasubramanian & Shermilla Shunmugham**

**3803 Pine Lake Circle**

**Stockton, CA 95219**

Date or dates debt was incurred

Last 4 digits of account number     0   9   2   2

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.69**

**Nonpriority creditor's name and mailing address**

Arguelles Family Trust

1604 N Dorothy Dr

Brea, CA 92821-1820

Date or dates debt was incurred

Last 4 digits of account number     0   0   4   2

**As of the petition filing date, the claim is:**    $39,152.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**

Arthur E Smith and Elizabeth A Smith Co-Trustees of the Smith Family Trust dated Nov 6, 1991 as Restated in its entirety on May 4, 2023

3437 Circulo Adorno

Carlsbad, CA 92009

Date or dates debt was incurred

Last 4 digits of account number     0   9   2   9

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**

Arthur P. Adishian

1317 West Palo Alto Avenue

Fresno, CA 93711

Date or dates debt was incurred

Last 4 digits of account number     0   0   1   1

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**

Arthur W. Cortez

5071 Heacock Way

Antioch, CA 94531

Date or dates debt was incurred

Last 4 digits of account number     0   2   3   4

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="3">Additional Page</td></tr>
</table>

---

**3.73** | Nonpriority creditor's name and mailing address

Atchley Insurance Services, Inc.

6864 Indiana Ave, 200

Riverside, CA 92506

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   4   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim:  SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,294.76

---

**3.74** | Nonpriority creditor's name and mailing address

Aura & Blanca Partridge

709 Whitney Drive

Hanford, CA 93230

Date or dates debt was incurred _____

Last 4 digits of account number   0   7   7   2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim:  SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,321.97

---

**3.75** | Nonpriority creditor's name and mailing address

Authential Financials, Inc. (Series Halicop Insurance Company)

7880 Airway Road, Suite B6E

San Diego, CA 92154

Date or dates debt was incurred _____

Last 4 digits of account number   0   8   9   4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Active - Out of Swap**
Basis for the claim:  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.76** | Nonpriority creditor's name and mailing address

Azita Vahdat

4 Crosscreek

Irvine, CA 92604-3626

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   2   6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim:  SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,964.28

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Acclivity West, LLC**

Case number *(if known)* **24-90002**

Name

---

**Part 2:** Additional Page

---

**3.77** Nonpriority creditor's name and mailing address

**Bach Family Trust DTD 1/1/96**

**773 Crystal Garden Court**

**Brentwood, CA 94513**

Date or dates debt was incurred _____

Last 4 digits of account number **0 0 5 0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Active - Out of Swap**
Basis for the claim: **Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.78** Nonpriority creditor's name and mailing address

**Bank of Utah Custodian FBO Earl Ray Wilson SD Rollover IRA**

**450 E. Aspen Meadow Lane**

**Alta, WY 83414**

Date or dates debt was incurred _____

Last 4 digits of account number **0 3 7 1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Active - Out of Swap**
Basis for the claim: **Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.79** Nonpriority creditor's name and mailing address

**Barbara J. Jones**

**16398 Abedul Street**

**Moreno Valley, CA 92551**

Date or dates debt was incurred _____

Last 4 digits of account number **0 5 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Active - Out of Swap**
Basis for the claim: **Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.80** Nonpriority creditor's name and mailing address

**Bari W. Evans_Nonqualified**

**723 Etheldore Street P.O. Box 1026**

**Moss Beach, CA 94038**

Date or dates debt was incurred _____

Last 4 digits of account number **0 3 0 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bari W. Evans_Nonqualified:**
Basis for the claim: **Redemption**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$49,802.85

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.81** Nonpriority creditor's name and mailing address

**Bari W. Evans_Qualified**

**Po Box 1026**

**Moss Beach, CA 94038-1026**

Date or dates debt was incurred

Last 4 digits of account number   **0   3   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$2,717.09

---

**3.82** Nonpriority creditor's name and mailing address

**Barry J. Brown**

**17759 Independence Ln**

**Fountain Vly, CA 92708-4582**

Date or dates debt was incurred

Last 4 digits of account number   **0   1   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$13,812.70

---

**3.83** Nonpriority creditor's name and mailing address

**Barry J. Brown**

**17759 Independence Lane**

**Fountain Valley, CA 92708**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.84** Nonpriority creditor's name and mailing address

**Barry M. Simon**

**336 Gillespie Glen Ave**

**Henderson, NV 89011**

Date or dates debt was incurred

Last 4 digits of account number   **0   9   1   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2: Additional Page**

---

**3.85** Nonpriority creditor's name and mailing address

**Barry M. Simon**

**336 Gillespie Glen Ave**

**Henderson, NV 89011**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.86** Nonpriority creditor's name and mailing address

**Barry Neal**

**473 Everett Drive**

**Danville, CA 94526**

Date or dates debt was incurred _____

Last 4 digits of account number  **0   7   2   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.87** Nonpriority creditor's name and mailing address

**Barry Seybert**

**18653 Ventura Blvd., #295**

**Tarzana, CA 91356**

Date or dates debt was incurred _____

Last 4 digits of account number  **0   8   9   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.88** Nonpriority creditor's name and mailing address

**BCM-LS LLC**

**933 West Palm Street**

**San Diego, CA 92103**

Date or dates debt was incurred _____

Last 4 digits of account number  **0   0   7   6**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.89** Nonpriority creditor's name and mailing address

**Benita Belen**

737 S Oxford Ave Apt 8

Los Angeles, CA 90005-2913

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   7   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$3,596.55

---

**3.90** Nonpriority creditor's name and mailing address

Benito Jimenez Jr.

2268 Garden City Ave

Henderson, NV 89052-8547

Date or dates debt was incurred _____

Last 4 digits of account number   0   4   9   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$13,194.16

---

**3.91** Nonpriority creditor's name and mailing address

Benito Jimenez Jr.

2268 Garden City Ave.

Henderson, NV 89052

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.92** Nonpriority creditor's name and mailing address

Benjamin B. Johnson

1851 Candle Ln

El Cajon, CA 92019-1131

Date or dates debt was incurred _____

Last 4 digits of account number   0   4   9   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim:  SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$5,540.82

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="3">Additional Page</td></tr>
</table>

---

**3.93**

**Nonpriority creditor's name and mailing address**

Benoit Family, LLC

18 Eastridge

Coto De Caza, CA 92679-4702

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  8  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,797.43

---

**3.94**

**Nonpriority creditor's name and mailing address**

Bernard A. & Miriam F. Abrams Trust

7933 Grado El Tupelo

Carlsbad, CA 92009

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  0  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF: Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

$131,722.94

---

**3.95**

**Nonpriority creditor's name and mailing address**

Bernat Revocable Trust 1993

111 Spinnaker Street

Foster City, CA 94404

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  9  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,630.63

---

**3.96**

**Nonpriority creditor's name and mailing address**

BeTBe, Inc. Retirement Plan & Trust (Woo Hyuk Choi)

7841 Balboa Avenue, #208

San Diego, CA 92111

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  9  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap: Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.97** Nonpriority creditor's name and mailing address

Beth Schipper

43 Mandria

Newport Beach, CA 92657

Date or dates debt was incurred _____

Last 4 digits of account number   0   8   8   6

As of the petition filing date, the claim is:      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

Betty Bich-Van Thi Nguyen

6931 Preakness Dr.

Huntington Beach, CA 92648

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

Betty Nakatani

2793 Bluebird Circle

Costa Mesa, CA 92626

Date or dates debt was incurred _____

Last 4 digits of account number   0   7   2   1

As of the petition filing date, the claim is:      $6,498.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

Betty Nakatani

2793 Bluebird Circle

Costa Mesa, CA 92626

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.101** Nonpriority creditor's name and mailing address

Blackburne Costin

19075 Fairmont Ln

Huntingtn Bch, CA 92648-6124

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __2__ __3__ __8__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$27,478.34

---

**3.102** Nonpriority creditor's name and mailing address

Blackburne Costin

19075 Fairmont Lane

Huntington Beach, CA 92648

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.103** Nonpriority creditor's name and mailing address

Blackler, Ardinger, Brown Irrevocable Trust

19161 Barrett Lane

Santa Ana, CA 92705

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __1__ __0__ __2__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$16,299.15

---

**3.104** Nonpriority creditor's name and mailing address

Blake Mahler

212 Pasto Rico

Rcho Sta Marg, CA 92688-2925

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __6__ __3__ __4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$50,639.80

---

Debtor  **Acclivity West, LLC**_____  Case number *(if known)*  __**24-90002**__
Name

| Part 2: | Additional Page |

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Blanca Batres**

**1132 E 47th St**

**Los Angeles, CA 90011-4230**

Date or dates debt was incurred  _____

Last 4 digits of account number  __0__  __0__  __7__  __4__

**As of the petition filing date, the claim is:**  $5,849.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Boggs Family Trust DTD 8/25/05**

**3130 Angel Dr**

**Stockton, CA 95209-5162**

Date or dates debt was incurred  _____

Last 4 digits of account number  __0__  __1__  __1__  __7__

**As of the petition filing date, the claim is:**  $12,889.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Investor: Active - In
**Basis for the claim:**  __SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Bonnie E. Chapman**

**215 S Adams St**

**Glendale, CA 91205-1313**

Date or dates debt was incurred  _____

Last 4 digits of account number  __0__  __1__  __9__  __1__

**As of the petition filing date, the claim is:**  $16,397.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Bonnie J. Bagdonas**

**1906 Lanai Dr.**

**Costa Mesa, CA 92626**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  __LSSF Investor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)*     **24-90002**

---

**Part 2:** Additional Page

---

**3.109**  Nonpriority creditor's name and mailing address

Bonnie Quick

2901 Ladd Road

Modesto, CA 95356

Date or dates debt was incurred

Last 4 digits of account number      0  8  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.110**  Nonpriority creditor's name and mailing address

Bradford S. Williams

102 Ricci Avenue

Walnut, CA 91789

Date or dates debt was incurred

Last 4 digits of account number      1  0  8  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$15,842.45

---

**3.111**  Nonpriority creditor's name and mailing address

Bradford S. Williams

102 Ricci Avenue

Walnut, CA 91789

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.112**  Nonpriority creditor's name and mailing address

Brent Anderson_Qualified

232 Via Eboli

Newport Beach, CA 92663-4604

Date or dates debt was incurred

Last 4 digits of account number      0  0  2  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$12,219.07

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.113** Nonpriority creditor's name and mailing address

Brett Barber

21163 Newport Coast Drive 210

Newport, CA 92657

Date or dates debt was incurred

Last 4 digits of account number    0  0  6  4

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Brian N. & Sally K. Sandell

6829 Shoup Ave

West Hills, CA 91307

Date or dates debt was incurred

Last 4 digits of account number    0  8  7  6

As of the petition filing date, the claim is:    $4,545.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Brian Wiesner

1298 Shadow Circle

Upland, CA 91784

Date or dates debt was incurred

Last 4 digits of account number    1  0  7  5

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Brian Wu (deceased - admin is Jonathan Wu)

24480 Deepsprings Dr

Diamond Bar, CA 91765-1874

Date or dates debt was incurred

Last 4 digits of account number    1  1  0  5

As of the petition filing date, the claim is:    $5,191.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2">

**Part 2:**  Additional Page
</td></tr>
</table>

---

**3.117** Nonpriority creditor's name and mailing address

Brittany Pierce

5372 8th Ave

Sacramento, CA 95820-1704

Date or dates debt was incurred _____

Last 4 digits of account number   0  8  0  4

As of the petition filing date, the claim is:   **$12,317.17**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address

Bruce H. Walker

611 N Bronson Ave Apt 3

Los Angeles, CA 90004-1431

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  5  2

As of the petition filing date, the claim is:   **$2,216.01**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Bruce H. Walker: Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address

Bruce H. Walker

37082 Marber Drive

Rancho Mirage, CA 92270

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address

Bruce Hallen

P.O. Box 9011-1137

Calexico, CA 92232

Date or dates debt was incurred _____

Last 4 digits of account number   0  4  0  5

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
         Name

---

**Part 2:**   Additional Page

---

**3.121**   **Nonpriority creditor's name and mailing address**

**Bud Wayne Bisbee**

**1608 Studebaker Rd.**

**Long Beach, CA 90815**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   0   9   8**

As of the petition filing date, the claim is:        **$31,408.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122**   **Nonpriority creditor's name and mailing address**

**Bud Wayne Bisbee**

**1608 Studebaker Rd.**

**Long Beach, CA 90815**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123**   **Nonpriority creditor's name and mailing address**

**Byron W. Robinette**

**17400 Bristlecone Ln**

**Yorba Linda, CA 92886-9003**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   8   5   4**

As of the petition filing date, the claim is:        **$13,839.67**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124**   **Nonpriority creditor's name and mailing address**

**Byron W. Robinette**

**17400 Bristlecone Ln**

**Yorba Linda, CA 92886**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.125** Nonpriority creditor's name and mailing address

C3M Legacy, LLC

1376 Redsail Circle

Westlake Village, CA 91361

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  6  6

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.126** Nonpriority creditor's name and mailing address

Carl M. Nagata

4440 Pinewood Court

Union City, CA 94587

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  1  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$10,762.40

---

**3.127** Nonpriority creditor's name and mailing address

Carla L. Anderson

232 Via Eboli

Newport Beach, CA 92663-4604

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  2  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$24,006.05

---

**3.128** Nonpriority creditor's name and mailing address

Carlos & Olivia Herrera Joint Living Trust DTD 9/3/12

1094 N C St

Oxnard, CA 93030-4248

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$7,113.12

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,850.05**

Carlos S. Duque

4622 Cerrillos Drive

Woodland Hills, CA 91364

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim: **SWAP/LOF**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0 2 9 1

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$28,711.89**

Carmen M. Bleecker Family Trust

1724 N Glenview Ave

Anaheim, CA 92807-1007

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Investor; Active - In**
Basis for the claim: **SWAP/LOF**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0 1 0 9

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,101.47**

Carmencita Agcaoili

1341 Gilbert Ave

Fremont, CA 94536-4037

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim: **SWAP/LOF: Redemption**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0 0 1 6

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$44,769.81**

Carol Ann Lindegren

1356 Matterhorn Drive

Riverside, CA 92506

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Investor: Active - In**
Basis for the claim: **SWAP/LOF**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0 6 0 3

---

Debtor     **Acclivity West, LLC**                                    Case number *(if known)*          **24-90002**
            Name

---

| Part 2: | Additional Page |
| --- | --- |

**3.133**

**Nonpriority creditor's name and mailing address**

Carol L. Phelps

19282 Mclaren Ln

Huntingtn Bch, CA 92646-2754

Date or dates debt was incurred

Last 4 digits of account number     0  7  9  8

As of the petition filing date, the claim is:     $12,565.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134**

**Nonpriority creditor's name and mailing address**

Carol L. Phelps

19282 MCLAREN LN

Huntington Beach, CA 92646

Date or dates debt was incurred

Last 4 digits of account number     _  _  _  _

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135**

**Nonpriority creditor's name and mailing address**

Carrol Mauro

7644 Surry Lane

Oakland, CA 94605

Date or dates debt was incurred

Last 4 digits of account number     0  6  5  7

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Active - Out of Swap
Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.136**

**Nonpriority creditor's name and mailing address**

Cassidy O'Hara

416 Camino Al Mar

La Selva Bch, CA 95076-1519

Date or dates debt was incurred

Last 4 digits of account number     0  7  4  6

As of the petition filing date, the claim is:     $3,656.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

**Part 2:** Additional Page

**3.137** Nonpriority creditor's name and mailing address

Catherine Drummond_RothIRA1675

3631 Lowry Road

Los Angeles, CA 90027

Date or dates debt was incurred

Last 4 digits of account number   0  2  8  6

As of the petition filing date, the claim is:   $4,739.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Investor: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

**3.138** Nonpriority creditor's name and mailing address

Catherine Drummond_TradIRA0267

3631 Lowry Road

Los Angeles, CA 90027

Date or dates debt was incurred

Last 4 digits of account number   0  2  8  7

As of the petition filing date, the claim is:   $15,527.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

**3.139** Nonpriority creditor's name and mailing address

Catherine Drummond_TradIRA0267

3631 Lowry Road

Los Angeles, CA 90027

Date or dates debt was incurred

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

**3.140** Nonpriority creditor's name and mailing address

Catherine S. Mallory

528 S. Meridian Ave

Madera, CA 93636

Date or dates debt was incurred

Last 4 digits of account number   0  6  3  9

As of the petition filing date, the claim is:   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.141** Nonpriority creditor's name and mailing address

Cathleen A. Rose

6019 Spade Dr.

Spring Hill, TN 37174

Date or dates debt was incurred

Last 4 digits of account number   0  8  6  4

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.142** Nonpriority creditor's name and mailing address

Celia Hubbard Ryan

17129 Baltar Street

Van Nuys, CA 91406

Date or dates debt was incurred

Last 4 digits of account number   0  4  6  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$12,123.54

---

**3.143** Nonpriority creditor's name and mailing address

Chaimowitz Family Trust

4603 Van Noord Avenue

Sherman Oaks, CA 91423

Date or dates debt was incurred

Last 4 digits of account number   0  1  8  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$7,026.53

---

**3.144** Nonpriority creditor's name and mailing address

Chaimowitz Family Trust

4603 Van Noord Avenue

Sherman Oaks, CA 91423

Date or dates debt was incurred

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.145** Nonpriority creditor's name and mailing address

Chan-Nan & Chiu-Chiang Chang

709 Bayside Drive

Seal Beach, CA 90740

Date or dates debt was incurred _____

Last 4 digits of account number   0  1  8  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$4,894.53

---

**3.146** Nonpriority creditor's name and mailing address

Charles A. Johnson_Nonqualified

8188 Brookhaven Court

San Diego, CA 92114

Date or dates debt was incurred _____

Last 4 digits of account number   0  4  9  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$21,813.11

---

**3.147** Nonpriority creditor's name and mailing address

Charles A. Johnson_Nonqualified

8188 Brookhaven Court

San Diego, CA 92114

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.148** Nonpriority creditor's name and mailing address

Charles A. Johnson_Qualified

8188 Brookhaven Court

San Diego, CA 92114

Date or dates debt was incurred _____

Last 4 digits of account number   0  4  9  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$52,287.95

---

Debtor   **Acclivity West, LLC**                                     Case number *(if known)*   **24-90002**
         Name

---

**Part 2:**   Additional Page

---

**3.149**

**Nonpriority creditor's name and mailing address**

Charles A. Johnson_Qualified

8188 Brookhaven Court

San Diego, CA 92114

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**                    $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150**

**Nonpriority creditor's name and mailing address**

Charles A. Mayfield

3351 Concord Street

Carlsbad, CA 92010

Date or dates debt was incurred   _____

Last 4 digits of account number   0   6   5   9

**As of the petition filing date, the claim is:**                    $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

                                                   Active - Out of Swap
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**

Charles Rogers

2305 Pio Pico Drive

Carlsbad, CA 92008

Date or dates debt was incurred   _____

Last 4 digits of account number   0   8   6   1

**As of the petition filing date, the claim is:**                    $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

                                                   Active - Out of Swap
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**

Charles Ryan

6353 Boone Road

Traverse City, MI 49685

Date or dates debt was incurred   _____

Last 4 digits of account number   0   8   6   9

**As of the petition filing date, the claim is:**                    $10,628.83
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __**Acclivity West, LLC**__  Case number *(if known)* __**24-90002**__
Name

## Part 2: Additional Page

### 3.153

**Nonpriority creditor's name and mailing address**

Charles Wilde

3356 S Monte Verde Dr

Salt Lake City, UT 84109

Date or dates debt was incurred _____

Last 4 digits of account number __1__ __0__ __7__ __6__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

### 3.154

**Nonpriority creditor's name and mailing address**

Cherie A. Calderwood

1352 Omalley Way

Upland, CA 91786-2685

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __1__ __6__ __8__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,998.72

---

### 3.155

**Nonpriority creditor's name and mailing address**

Cheryl Ashu Kozlowski

509 S Cedros Ave. Suite B

Solona Beach, CA 92075

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __5__ __4__ __2__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,349.45

---

### 3.156

**Nonpriority creditor's name and mailing address**

Cheryl Ashu Kozlowski

509 S Cedros Ave. Suite B

Solona Beach, CA 92075

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td>Part 2:</td><td colspan="3">Additional Page</td></tr>
</table>

**3.157** Nonpriority creditor's name and mailing address

Cheryl Elaine Hinchliffe

31715 Seacliff Drive

Laguna Beach, CA 92651

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  4  2

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.158** Nonpriority creditor's name and mailing address

Cheryl Machida

4941 Tamarack Way

Irvine, CA 92612

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  2  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$5,506.76

---

**3.159** Nonpriority creditor's name and mailing address

Chester A. Hargett

1085 Tasman Drive #827

Sunnyvale, CA 94089

Date or dates debt was incurred _____

Last 4 digits of account number  __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.160** Nonpriority creditor's name and mailing address

Chin-Erh Chen

732 Ziegler Way

Placentia, CA 92870

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  9  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$10,748.96

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.161** Nonpriority creditor's name and mailing address
Chiropractic Network, LLC Pension Plan Trust

13509 Ventura Boulevard

Sherman Oaks, CA 91423

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  0  2

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.162** Nonpriority creditor's name and mailing address
Chiropractic Network, LLC Pension Plan Trust

13509 Ventura Boulevard

Sherman Oaks, CA 91423

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address
Chris Choi_Qualified

5250 White Emerald Drive

San Diego, CA 92130

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address
Chris Zarow

P.O. Box 3093

Crestline, CA 92325

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  1  9

As of the petition filing date, the claim is:     $11,393.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.165** Nonpriority creditor's name and mailing address
Christian Bellardi

117 Bayside Place

Corona Del Mar, CA 92625

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  8  2

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.166** Nonpriority creditor's name and mailing address
Christian C. Knopp

450 West Aster Street

Upland, CA 91786

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$5,551.08

---

**3.167** Nonpriority creditor's name and mailing address
Christine E. McKeon

1616 East Orange Grove Boulevard

Pasadena, CA 91104

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  6  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$7,244.44

---

**3.168** Nonpriority creditor's name and mailing address
Christine S. DeLapp Trust

255 Aptos Beach Drive

Aptos, CA 95003

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  6  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$17,509.49

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.169**  **Nonpriority creditor's name and mailing address**

Christopher & Shellie Sorensen

41995 Calle Cedral

Temecula, CA 92592-3526

Date or dates debt was incurred  _____

Last 4 digits of account number  0  9  4  2

**As of the petition filing date, the claim is:**  $1,693.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170**  **Nonpriority creditor's name and mailing address**

Christopher A. O'Connor

23361 Cobblefield

Mission Viejo, CA 92692

Date or dates debt was incurred  _____

Last 4 digits of account number  0  7  4  3

**As of the petition filing date, the claim is:**  $59,904.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**

Christopher Barczak

14526 Horst Avenue

Norwalk, CA 90650

Date or dates debt was incurred  _____

Last 4 digits of account number  0  0  6  5

**As of the petition filing date, the claim is:**  $5,451.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172**  **Nonpriority creditor's name and mailing address**

Christopher David Taylor

4211 Calle Mayor

Torrance, CA 90505

Date or dates debt was incurred  _____

Last 4 digits of account number  0  9  9  4

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

---

**3.173**

**Nonpriority creditor's name and mailing address**

Christopher David Taylor

4211 Calle Mayor

Torrance, CA 90505

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174**

**Nonpriority creditor's name and mailing address**

Cindy Wu

1234 Gilcrest Avenue

Sacramento, CA 95831

Date or dates debt was incurred _____

Last 4 digits of account number _1_ _1_ _0_ _6_

**As of the petition filing date, the claim is:** $1,974.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175**

**Nonpriority creditor's name and mailing address**

Clark Revocable Living Trust dated 11/9/04

2130 Senasac Avenue

Long Beach, CA 90815

Date or dates debt was incurred _____

Last 4 digits of account number _0_ _2_ _1_ _5_

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**

Claudette R. Cooley

13720 St. Andrews Dr. 46E

Seal Beach, CA 90740

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**                                            Case number *(if known)*    **24-90002**
Name

| Part 2: | Additional Page |

---

**3.177** Nonpriority creditor's name and mailing address

Clay H. Wilson_Nonqualified

828 Terraine Ave.

Long Beach, CA 90804

Date or dates debt was incurred

Last 4 digits of account number    1   0   8   3

As of the petition filing date, the claim is:                **$10,742.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                            **Active - In SWAP/LOF:**
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

Clay H. Wilson_Qualified

828 Terraine Ave.

Long Beach, CA 90804

Date or dates debt was incurred

Last 4 digits of account number    1   0   8   4

As of the petition filing date, the claim is:                **$11,471.11**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                            **Active - In SWAP/LOF:**
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

Clinton & Paula Childs

14325 McNab Avenue Apt #43

Bellflower, CA 90706

Date or dates debt was incurred

Last 4 digits of account number    0   2   0   1

As of the petition filing date, the claim is:                **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                                            **Active - Out of Swap**
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

Colleen Hogan

412 Shirlee Drive

Danville, CA 94526

Date or dates debt was incurred

Last 4 digits of account number    0   4   4   8

As of the petition filing date, the claim is:                **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                                            **Active - Out of Swap**
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.181** | Nonpriority creditor's name and mailing address

Colleen Park

6320 E. Norris Road

Gordon, WI 54838

Date or dates debt was incurred _____

Last 4 digits of account number   **0  7  6  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$64,985.27

---

**3.182** | Nonpriority creditor's name and mailing address

Connie S. Leifheit

607 Solvay Aisle

Irvine, CA 92606

Date or dates debt was incurred _____

Last 4 digits of account number   **0  5  8  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$11,359.62

---

**3.183** | Nonpriority creditor's name and mailing address

Connie S. Leifheit

607 Solvay Aisle

Irvine, CA 92606

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.184** | Nonpriority creditor's name and mailing address

Constance Wright

4001 Bell Ave Apt 301

Billings, MT 59106-2435

Date or dates debt was incurred _____

Last 4 digits of account number   **1  1  0  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$8,624.83

---

Debtor     **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
            Name

---

**Part 2:** Additional Page

---

**3.185** Nonpriority creditor's name and mailing address

Correia Family Trust DTD 9/14/10 (Debbie)

P.O. Box 8634

Rancho Santa Fe, CA 92067

Date or dates debt was incurred

Last 4 digits of account number     0   2   3   2

As of the petition filing date, the claim is:          $58,456.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

Craig Steven Culaciati

6461 Newbury Dr.

Huntington Beach, CA 92647

Date or dates debt was incurred

Last 4 digits of account number     0   2   4   9

As of the petition filing date, the claim is:          $13,241.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.187** Nonpriority creditor's name and mailing address

Craig Steven Culaciati

6461 Newbury Dr.

Huntington Beach, CA 92647

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:          $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

Cynthia AKW Barlow

7136 Calvin Drive

Citrus Heights, CA 95621

Date or dates debt was incurred

Last 4 digits of account number     0   0   6   6

As of the petition filing date, the claim is:          $4,815.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

---

**3.189** | **Nonpriority creditor's name and mailing address**

**Daisy Siu Garcia**

**1059 Moonstone Place**

**Chula Vista, CA 91913**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  3  4  7**

**As of the petition filing date, the claim is:**  **$5,004.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**

**Dale B. Lakin Trust_Nonqualified**

**820 Lake Blvd**

**Davis, CA 95616**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  5  5  2**

**As of the petition filing date, the claim is:**  **$4,627.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**

**Dale B. Lakin Trust_Qualified**

**820 Lake Blvd**

**Davis, CA 95616**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  5  5  3**

**As of the petition filing date, the claim is:**  **$4,596.43**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address**

**Dale D. Michael**

**73700 Pacheta Square**

**Thousand Palms, CA 92276**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.193**  **Nonpriority creditor's name and mailing address**

Dale F. Throne

3612 N. Calmgrove

Covina , CA 91724

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  0  7

**As of the petition filing date, the claim is:**  $8,328.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194**  **Nonpriority creditor's name and mailing address**

Dale K. Filipas

610 Rheem Boulevard

Moraga, CA 94556

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  2  5

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195**  **Nonpriority creditor's name and mailing address**

Dale K. Filipas Beneficiary for Lil Gee Wong

610 Rheem Boulevard

Moraga, CA 94556

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  2  6

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196**  **Nonpriority creditor's name and mailing address**

Dale L. Tenhulzen

1108 14th Street Ste. 165

Cody, WY 82414

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  0  0

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Acclivity West, LLC** |
| | Name |

Case number *(if known)*   **24-90002**

---

**Part 2:** Additional Page

---

**3.197** | Nonpriority creditor's name and mailing address
Dale L. TenhulzenHSA6131

1108 14th Street Ste. 165

Cody, WY 82414

Date or dates debt was incurred

Last 4 digits of account number   1  0  0  1

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap** Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address
Dale L. TenhulzenROTH6526

1108 14th Street Ste. 165

Cody, WY 82414

Date or dates debt was incurred

Last 4 digits of account number   1  0  0  2

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap** Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address
Daniel & Deborah DeGennaro

2653 Gill Dr

Concord, CA 94520-2238

Date or dates debt was incurred

Last 4 digits of account number   0  2  6  2

**As of the petition filing date, the claim is:**   $14,684.32
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Investor: Active - In** SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address
Daniel Blanchard

4256 Manchester Avenue

Encinitas, CA 92024

Date or dates debt was incurred

Last 4 digits of account number   0  1  0  4

**As of the petition filing date, the claim is:**   $30,041.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.201** | **Nonpriority creditor's name and mailing address**

Daniel DuPont

346 West Vartikian Avenue

Clovis, CA 93612

Date or dates debt was incurred

Last 4 digits of account number    0  2  9  0

**As of the petition filing date, the claim is:**    $24,017.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**

Daniel J. Henderson III

2365 South Cutty Way Unit 51

Anaheim, CA 92802

Date or dates debt was incurred

Last 4 digits of account number    0  4  2  8

**As of the petition filing date, the claim is:**    $3,219.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

Daniel J. Henderson III

2365 South Cutty Way Unit 51

Anaheim, CA 92802

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

Daniel J. Telles

1227 W. Roseway ste

West Covina, CA 91790

Date or dates debt was incurred

Last 4 digits of account number    0  9  9  9

**As of the petition filing date, the claim is:**    $6,702.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.205** Nonpriority creditor's name and mailing address

Daniel Joseph Hester and Monica Flueras Hester
Revocable Trust DTD 3/5/15

7142 Breno Place

Rancho Cucamonga, CA 91701

Date or dates debt was incurred

Last 4 digits of account number    0  4  3  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$12,647.34

---

**3.206** Nonpriority creditor's name and mailing address

Daniel M. Cui_Qualified

6556 Lansing Court

Pleasanton, CA 94566

Date or dates debt was incurred

Last 4 digits of account number    0  2  4  8

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.207** Nonpriority creditor's name and mailing address

Daniel Monette

16759 Gresham Street

North Hills, CA 91343

Date or dates debt was incurred

Last 4 digits of account number    0  6  9  5

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.208** Nonpriority creditor's name and mailing address

Daniel Monette

16759 Gresham Street

North Hills, CA 91343

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.209 Nonpriority creditor's name and mailing address
Daniel R. Leedy

271 Rosewood Lane

Central Point, OR 97502

Date or dates debt was incurred

Last 4 digits of account number    0  5  8  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

### 3.210 Nonpriority creditor's name and mailing address
Daniel R. Leedy Living Trust

271 Rosewood Lane

Central Point, OR 97502

Date or dates debt was incurred

Last 4 digits of account number    0  5  8  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

### 3.211 Nonpriority creditor's name and mailing address
Daniel R. Leedy Living Trust

271 Rosewood Lane

Central Point, OR 97502

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **LSSF Investor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

### 3.212 Nonpriority creditor's name and mailing address
Daniel S. Doyle

13779 Linda Street

Victorville, CA 92392

Date or dates debt was incurred

Last 4 digits of account number    0  2  8  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 54 of 289

Debtor  **Acclivity West, LLC**                                    Case number *(if known)*      **24-90002**
        Name

---

**Part 2:**  Additional Page

---

**3.213**  Nonpriority creditor's name and mailing address

**Danielle Causey (formerly Janice Walker)**

**4751 Newbury Court**

**Riverside, CA 92507**

Date or dates debt was incurred  _____

Last 4 digits of account number   **1  0  5  3**

As of the petition filing date, the claim is:          **$18,126.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
                                    **Active - In SWAP/LOF;**
Basis for the claim:  **Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.214**  Nonpriority creditor's name and mailing address

**David & Amrita Redding**

**2422 Mountain Avenue**

**Upland, CA 91784**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0  8  3  5**

As of the petition filing date, the claim is:          **$22,661.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.215**  Nonpriority creditor's name and mailing address

**David & Amrita Redding**

**2422 Mountain Avenue**

**Upland, CA 91784**

Date or dates debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.216**  Nonpriority creditor's name and mailing address

**David & Cathy Rabb**

**625 Imagine Dr**

**Lindale, TX 75771**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0  8  2  5**

As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
                                    **Active - Out of Swap**
Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.217** Nonpriority creditor's name and mailing address

David & Cathy Rabb

625 Imagine Dr

Lindale, TX 75771

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

David & Ernel Elkin

2520 Ridge Road

San Pablo, CA 94806

Date or dates debt was incurred

Last 4 digits of account number  0  2  9  9

As of the petition filing date, the claim is: **$19,439.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address

David A. Guelff

5218 Ruby Street

Torrance, CA 90503

Date or dates debt was incurred

Last 4 digits of account number  0  3  9  4

As of the petition filing date, the claim is: **$8,775.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address

David A. Luippold

17311 Santa Barbara

Fountain Valley, CA 92708

Date or dates debt was incurred

Last 4 digits of account number  0  6  2  1

As of the petition filing date, the claim is: **$31,180.09**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|--------|-------------------------|--------------------------|--------------|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.221**  Nonpriority creditor's name and mailing address

David G. Leatherman

2761 Josephine Dr

Henderson, NV 89044-0307

Date or dates debt was incurred

Last 4 digits of account number    0  5  7  2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?

☑ No
☐ Yes

$15,760.31

---

**3.222**  Nonpriority creditor's name and mailing address

David Guy

27182 Lost Colt Drive

Laguna Hills, CA 92653

Date or dates debt was incurred

Last 4 digits of account number    0  3  9  7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?

☑ No
☐ Yes

$8,871.91

---

**3.223**  Nonpriority creditor's name and mailing address

David Lowe

17 San Raphael Place

Pomona, CA 91766

Date or dates debt was incurred

Last 4 digits of account number    0  6  1  9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?

☑ No
☐ Yes

$22,534.95

---

**3.224**  Nonpriority creditor's name and mailing address

David Lowe

17 San Raphael Place

Pomona, CA 91766

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

Debtor   **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,091.71 |

**3.225**

**Nonpriority creditor's name and mailing address**

**David P. Boucher**

**23341 Wildomar Trl**

**Wildomar, CA 92595**

Date or dates debt was incurred

Last 4 digits of account number    **0  1  2  5**

**As of the petition filing date, the claim is:**    $4,091.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226**

**Nonpriority creditor's name and mailing address**

**David P. Boucher**

**23341 Wildomar Trl**

**Wildomar, CA 92595**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227**

**Nonpriority creditor's name and mailing address**

**David Reinagel**

**3535 N. Pleasant View Drive**

**Prescott Valley, AZ 86314**

Date or dates debt was incurred

Last 4 digits of account number    **0  8  3  8**

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Active - Out of Swap**
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228**

**Nonpriority creditor's name and mailing address**

**David Reinagel**

**3535 N. Pleasant View Drive**

**Prescott Valley, AZ 86314**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

### Part 2: Additional Page

**3.229** **Nonpriority creditor's name and mailing address**

David Rich

16404 164th Ave NE

Woodinville, WA 98072

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  4  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$20,543.78

---

**3.230** **Nonpriority creditor's name and mailing address**

David S. Blitz

8802 Lanark Circle

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  1  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$4,106.36

---

**3.231** **Nonpriority creditor's name and mailing address**

David T. Isa

20 Northgrove

Irvine, CA 92604

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  8  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$26,529.22

---

**3.232** **Nonpriority creditor's name and mailing address**

David W. Branson

22073 Pheasant St.

Lake Forest, CA 92599

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  3  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$24,371.56

---

Debtor __**Acclivity West, LLC**__   Case number *(if known)* __**24-90002**__
Name

## Part 2:  Additional Page

### 3.233

**Nonpriority creditor's name and mailing address**

David W. Sanders

10015 Sunland Way

Sunland, CA 91040

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __8__ __7__ __7__

**As of the petition filing date, the claim is:**  $8,545.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.234

**Nonpriority creditor's name and mailing address**

Debbie A. Newman

27955 Via Del Agua

Laguna Niguel, CA 92677

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __7__ __2__ __6__

**As of the petition filing date, the claim is:**  $20,765.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.235

**Nonpriority creditor's name and mailing address**

Deborah Ann Batcheller

7080 The Resort Blvd

Fort Worth, TX 76119

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __8__ __1__ __6__

**As of the petition filing date, the claim is:**  $5,615.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.236

**Nonpriority creditor's name and mailing address**

Deborah Challender_Nonqualified

6730 Berylwood Court

Riverside, CA 92506

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __1__ __8__ __7__

**As of the petition filing date, the claim is:**  $4,345.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.237**  **Nonpriority creditor's name and mailing address**

**Deborah Challender_Qualified**

**6730 Berylwood Court**

**Riverside, CA 92506**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  1  8  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,235.54

---

**3.238**  **Nonpriority creditor's name and mailing address**

**Deborah Eacock**

**523 West Paul Avenue**

**Fresno, CA 93704**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  2  9  3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.239**  **Nonpriority creditor's name and mailing address**

**Debra Breitzman**

**827 Uinta Court**

**Fremont, CA 94536**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  1  3  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,594.98

---

**3.240**  **Nonpriority creditor's name and mailing address**

**Debra D. Larcher**

**14361 Twisted Branch Road**

**Poway, CA 92064**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  1  3  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,193.50

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### Part 2:  Additional Page

---

**3.241** Nonpriority creditor's name and mailing address

**Debra Stribling**

**6302 8th Avenue**

**Los Angeles, CA 90043**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   9   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,029.82**

---

**3.242** Nonpriority creditor's name and mailing address

**Delia Delgado_Nonqualified**

**221 Via Eboli**

**Newport Beach, CA 92663-4603**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   2   6   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,445.51**

---

**3.243** Nonpriority creditor's name and mailing address

**Delia Delgado_Qualified**

**221 Via Eboli**

**Newport Beach, CA 92663-4603**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   2   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,909.15**

---

**3.244** Nonpriority creditor's name and mailing address

**Della & Aaron Brewer JTWROS**

**13486 Campus Drive**

**Oakland, CA 94619**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   1   3   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ctive - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,679.57**

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.245** Nonpriority creditor's name and mailing address
**Denise E. & Mimi D. Monaco**

**1430 Whipple Street**

**Redwood City, CA 94062**

Date or dates debt was incurred

Last 4 digits of account number    **0  6  9  4**

As of the petition filing date, the claim is: **$12,927.78**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address
**Denise E. & Mimi D. Monaco**

**1430 Whipple Street**

**Redwood City, CA 94062**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.247** Nonpriority creditor's name and mailing address
**Dennis Blough**

**25761 Nellie Gail Rd**

**Laguna Hills, CA 92653-6135**

Date or dates debt was incurred

Last 4 digits of account number    **0  1  1  2**

As of the petition filing date, the claim is: **$62,776.53**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
                              Investor: Active - In
Basis for the claim:  **SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248** Nonpriority creditor's name and mailing address
**Dennis Blough_Nonqualified**

**25761 Nellie Gail Rd**

**Laguna Hills, CA 92653-6135**

Date or dates debt was incurred

Last 4 digits of account number    **0  1  1  1**

As of the petition filing date, the claim is: **$21,868.69**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
                              Investor: Active - In
Basis for the claim:  **SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                        Case number *(if known)*    **24-90002**
　　　　　Name

---

**Part 2:**   Additional Page

---

**3.249**  **Nonpriority creditor's name and mailing address**

**Dennis G. Swartout**

**2004 W. Minerva Ave**

**Anaheim, CA 92804**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   9   7   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,015.50**

---

**3.250**  **Nonpriority creditor's name and mailing address**

**Dennis G. Swartout**

**2004 W. Minerva Ave**

**Anaheim, CA 92804**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.251**  **Nonpriority creditor's name and mailing address**

**Dennis Krajci**

**11027 Monogram Avenue**

**Granada Hills, CA 91344**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   5   4   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,287.27**

---

**3.252**  **Nonpriority creditor's name and mailing address**

**Dennis L. Vlasich**

**900 E. Harrison Avenue, #D-423**

**Pomona, CA 91767**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   0   4   7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,339.59**

---

Debtor **Acclivity West, LLC**                                    Case number *(if known)*      **24-90002**
Name

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,675.84** |

**3.253**

**Nonpriority creditor's name and mailing address**

Dennis Nakai_Nonqualified

2330 Jefferson Avenue

Berkeley, CA 94703

Date or dates debt was incurred

Last 4 digits of account number    0  7  1  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,675.84**

---

**3.254**

**Nonpriority creditor's name and mailing address**

Dennis Nakai_Qualified

2330 Jefferson Avenue

Berkeley, CA 94703

Date or dates debt was incurred

Last 4 digits of account number    0  7  1  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,431.18**

---

**3.255**

**Nonpriority creditor's name and mailing address**

Dennis Rivkin

3398 Estero Drive

San Ramon, CA 94583

Date or dates debt was incurred

Last 4 digits of account number    0  8  5  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,149.05**

---

**3.256**

**Nonpriority creditor's name and mailing address**

Derek Apodaca

2276 Wimbledon Place

San Leandro, CA 94577

Date or dates debt was incurred

Last 4 digits of account number    0  0  4  1

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,652.12
| Derek N. Moore | *Check all that apply.*
| | ☐ Contingent
| 4296 East Elder Avenue | ☐ Unliquidated
| Seal Beach, CA 90740 | ☐ Disputed
| | **Basis for the claim:**  Active - In SWAP/LOF
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number   0  6  9  7 | ☑ No
| | ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,447.20
| Dezideríj & Margaret Kepe | *Check all that apply.*
| | ☐ Contingent
| 1441 East Hillcrest Drive | ☐ Unliquidated
| Westlake Village, CA 91362 | ☐ Disputed
| | **Basis for the claim:**  Active - In SWAP/LOF
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number   0  5  1  7 | ☑ No
| | ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,348.60
| Diana Lejins | *Check all that apply.*
| | ☐ Contingent
| P.O. Box 15027 | ☐ Unliquidated
| Long Beach, CA 90815 | ☐ Disputed
| | **Basis for the claim:**  Active - In SWAP/LOF
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number   0  5  8  8 | ☑ No
| | ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| Diana Lejins | *Check all that apply.*
| | ☑ Contingent
| P.O. Box 15027 | ☑ Unliquidated
| Long Beach, CA 90815 | ☐ Disputed
| | **Basis for the claim:**  LSSF Investor
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number   __ __ __ __ | ☑ No
| | ☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.261** Nonpriority creditor's name and mailing address

Diane Hession & Sheryl Hill Beneficiaries of Jacqueline W.Gorman

2164 Charmaine Dr

Upland, CA 91784-7306

Date or dates debt was incurred _____

Last 4 digits of account number __0_ __3_ __7_ __9_

**As of the petition filing date, the claim is:**  $61,839.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.262** Nonpriority creditor's name and mailing address

Diane Irene Sandison

2200 Robbinwood Lane

Longview, TX 75601

Date or dates debt was incurred _____

Last 4 digits of account number __0_ __8_ __7_ __8_

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** Nonpriority creditor's name and mailing address

Diane Plume_Nonqualified

3904 W. Silver River Lane

Meridian, ID 83646

Date or dates debt was incurred _____

Last 4 digits of account number __0_ __8_ __0_ __8_

**As of the petition filing date, the claim is:**  $4,526.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** Nonpriority creditor's name and mailing address

Diane Plume_Qualified

3904 W. Silver River Lane

Meridian, ID 83646

Date or dates debt was incurred _____

Last 4 digits of account number __0_ __8_ __0_ __9_

**As of the petition filing date, the claim is:**  $4,662.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
Name

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.265**   Nonpriority creditor's name and mailing address

**Dianna S. Maniglia**

**10226 Savannah Ct.**

**Oakdale, CA 95361**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0  6  4  1**

As of the petition filing date, the claim is:    $21,413.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF;Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.266**   Nonpriority creditor's name and mailing address

**Dmitry Ivensky**

**4512 Bitter St.**

**Antioch, CA 94531**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0  4  8  1**

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.267**   Nonpriority creditor's name and mailing address

**Don Brown**

**8103 White Oak Avenue**

**Reseda, CA 91335**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0  1  4  1**

As of the petition filing date, the claim is:    $24,280.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.268**   Nonpriority creditor's name and mailing address

**Donald Weber**

**854 Keystone Way**

**Livermore, CA 94550**

Date or dates debt was incurred  _____

Last 4 digits of account number   **1  0  6  6**

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|--------|-------------------------|--------------------------|--------------|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.269** | **Nonpriority creditor's name and mailing address**

Donatella Barone

388 Granada Way

Costa Mesa, CA 92627

Date or dates debt was incurred

Last 4 digits of account number    0  0  6  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,169.61

---

**3.270** | **Nonpriority creditor's name and mailing address**

Donato Bianchini

26356 Sorrell Place

Laguna Hills, CA 92653

Date or dates debt was incurred

Last 4 digits of account number    0  0  9  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.271** | **Nonpriority creditor's name and mailing address**

Donna Davis

5505 East Crest Deville

Orange, CA 92867

Date or dates debt was incurred

Last 4 digits of account number    0  2  5  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.272** | **Nonpriority creditor's name and mailing address**

Donna L. McGovern_Nonqualified

282 Grand Olympia Dr

Henderson, NV 89012-4810

Date or dates debt was incurred

Last 4 digits of account number    0  6  6  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,164.33

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.273** Nonpriority creditor's name and mailing address

**Donna L. McGovern_Qualified**

**282 Grand Olympia Dr**

**Henderson, NV 89012-4810**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  6  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$5,367.19

---

**3.274** Nonpriority creditor's name and mailing address

**Donna Wooten**

**6475 Casselberry Way**

**San Diego, CA 92119**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  1  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$16,472.98

---

**3.275** Nonpriority creditor's name and mailing address

**Doo Revocable Intervivos Trust**

**6050 E Nugget Ct**

**Anaheim, CA 92807-4719**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  2  8  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$4,355.86

---

**3.276** Nonpriority creditor's name and mailing address

**Dorene Marie Rooney Stone**

**7002 Vista Del Mar Lane**

**Playa Del Rey, CA 90293**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  9  6  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$24,080.35

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.277** | **Nonpriority creditor's name and mailing address**
Doris H. & James D. Price

21015 Providence

Lake Forest, CA 92630

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __8__ __1__ __8__

**As of the petition filing date, the claim is:** $34,368.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address**
Dorothy Y. Yuhashi

269 Termino Avenue

Long Beach, CA 90803

Date or dates debt was incurred _____

Last 4 digits of account number __1__ __1__ __1__ __6__

**As of the petition filing date, the claim is:** $15,163.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address**
Dorothy Y. Yuhashi

269 Termino Avenue

Long Beach, CA 90803

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address**
Douglas E. Ebel

35798 Quail Run St.

Murrieta, CA 92563

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,605.34** |
|---|---|---|---|

**Dragica Rudas**

2147 Bennington Court

Thousand Oaks, CA 91360

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred  _____

Last 4 digits of account number   0  8  6  5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Duane D. Stroup**

734 East Serena Avenue

Fresno, CA 93720

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

Date or dates debt was incurred  _____

Last 4 digits of account number   0  9  7  2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Duane D. Stroup**

734 East Serena Avenue

Fresno, CA 93720

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

Date or dates debt was incurred  _____

Last 4 digits of account number   __  __  __  __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Dudley Investments, LLC**

51755 Foxdale Lane

Granger, IN 46530

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

Date or dates debt was incurred  _____

Last 4 digits of account number   0  2  8  8

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Acclivity West, LLC**
_____     Case number *(if known)*   **24-90002**
Name

---

**Part 2:** Additional Page

---

**3.285** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,574.73**

Edgardo I. & Victoria F. Villena

436 Shoshoni Avenue

Placentia, CA 92870

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Date or dates debt was incurred   _____

Last 4 digits of account number   **1   0   4   5**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,754.82**

Edmund Elizalde

16754 Nandina Avenue

Riverside, CA 92504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   2   9   8**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Edmund Elizalde

16754 Nandina Avenue

Riverside, CA 92504

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Edmund W. Ng

5381 Sandra Way

Livermore, CA 94550

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   7   2   8**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

---

**3.289** Nonpriority creditor's name and mailing address

Edward Allen May

2397 Via Mariposa W Unit 3C

Laguna Woods, CA 92637

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __6__ __5__ __8__

As of the petition filing date, the claim is:                          $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.290** Nonpriority creditor's name and mailing address

Edward Allen May

2397 Via Mariposa W Unit 3C

Laguna Woods, CA 92637

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                          $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.291** Nonpriority creditor's name and mailing address

Edward J. Spence

2825 Sophie Ln Apt 8102

New Braunfels, TX 78130-7349

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __9__ __4__ __3__

As of the petition filing date, the claim is:                          $14,120.30
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.292** Nonpriority creditor's name and mailing address

Elaina M. Rickert

1247 Holmgrove Drive

San Marcos, CA 92078

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __8__ __4__ __6__

As of the petition filing date, the claim is:                          $21,363.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.293**

**Nonpriority creditor's name and mailing address**

Elder Revocable Trust_Nonqualified

8932 Amador Circle #1312E

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number    0  2  9  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Active - Out of Swap Client

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.294**

**Nonpriority creditor's name and mailing address**

Elder Revocable Trust_Qualified

8932 Amador Circle #1312E

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number    0  2  9  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$11,663.03

---

**3.295**

**Nonpriority creditor's name and mailing address**

Elder Revocable Trust_Qualified

8932 Amador Circle #1312E

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**   LSSF Investor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.296**

**Nonpriority creditor's name and mailing address**

Eleanor Hanna

1027 Grover Avenue Apt #2

Glendale, CA 91201

Date or dates debt was incurred _____

Last 4 digits of account number    0  4  0  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$9,607.56

---

Debtor  **Acclivity West, LLC**                                                Case number *(if known)*        **24-90002**
  Name

| **Part 2:** | Additional Page |

---

**3.297**  **Nonpriority creditor's name and mailing address**

Eleanor L. Fannin_Nonqualified

3421 Lama Avenue

Long Beach, CA 90808

Date or dates debt was incurred  _____

Last 4 digits of account number    0  3  1  4

**As of the petition filing date, the claim is:**  $29,043.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298**  **Nonpriority creditor's name and mailing address**

Eleanor L. Fannin_Qualified

3421 Lama Avenue

Long Beach, CA 90808

Date or dates debt was incurred  _____

Last 4 digits of account number    0  3  1  5

**As of the petition filing date, the claim is:**  $23,335.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299**  **Nonpriority creditor's name and mailing address**

Eleanor L. Fannin_Qualified

3421 Lama Avenue

Long Beach, CA 90808

Date or dates debt was incurred  _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300**  **Nonpriority creditor's name and mailing address**

Elisabeth E. Dettinger_Nonqualified

1420 Santo Domingo Avenue

Duarte, CA 91010

Date or dates debt was incurred  _____

Last 4 digits of account number    0  2  7  5

**As of the petition filing date, the claim is:**  $45,892.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
         Name

| Part 2: | Additional Page |
|---|---|

---

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,914.26**
*Check all that apply.*

Elisabeth E. Dettinger_Qualified

1420 Santo Domingo Avenue

Duarte, CA 91010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred    _____

Last 4 digits of account number    0   2   7   6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,232.10**
*Check all that apply.*

Elizabeth & Robert Young

145 Oakridge Way

Rio Vista, CA 94571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred    _____

Last 4 digits of account number    1   1   1   4

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,229.96**
*Check all that apply.*

Elizabeth A. Guy_Nonqualified

27182 Lost Colt Drive

Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF;
**Basis for the claim:**  Redemption

Date or dates debt was incurred    _____

Last 4 digits of account number    0   3   9   8

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,081.92**
*Check all that apply.*

Elizabeth A. Guy_Qualified

27182 Lost Colt Drive

Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In
**Basis for the claim:**  SWAP/LOF;Redemption

Date or dates debt was incurred    _____

Last 4 digits of account number    0   3   9   9

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### 3.305

**Nonpriority creditor's name and mailing address**

Ellen F. Zhuo_ROTHIRA1101

6313 Emerald Ridge Way

Jurupa Valley, CA 91752

Date or dates debt was incurred _____

Last 4 digits of account number   1  1  2  6

**As of the petition filing date, the claim is:**  $17,613.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.306

**Nonpriority creditor's name and mailing address**

Ellen F. Zhuo_ROTHIRA1101

6313 Emerald Ridge Way

Jurupa Valley, CA 91752

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.307

**Nonpriority creditor's name and mailing address**

Ellen F. Zhuo_TRADIRA1101

6313 Emerald Ridge Way

Jurupa Valley, CA 91752

Date or dates debt was incurred _____

Last 4 digits of account number   1  1  2  7

**As of the petition filing date, the claim is:**  $29,638.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.308

**Nonpriority creditor's name and mailing address**

Ellie Bennett

6185 Magnolia Ave # 312

Riverside, CA 92506-2524

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  8  3

**As of the petition filing date, the claim is:**  $12,775.62
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.309** **Nonpriority creditor's name and mailing address**

Emilio A. & Fela E. Mirabal

15421 Vermont Street

Westminster, CA 92683

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  8  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,180.19

---

**3.310** **Nonpriority creditor's name and mailing address**

Emilio A. & Fela E. Mirabal

15421 Vermont Street

Westminster, CA 92683

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.311** **Nonpriority creditor's name and mailing address**

Empey Investments 401k Plan FBO Carol Empey

3870 Highway 21

Idaho City, ID 83631

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  0  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Prior client - not active due to defaults

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.312** **Nonpriority creditor's name and mailing address**

Eric Giere (on behalf of deceased father Robert)

6563 Gibson Dr

Belle Isle, FL 32809

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  6  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$95,968.64

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.313** Nonpriority creditor's name and mailing address

Erik & Christine Chapman

3659 Greve Dr

Rch Palos Vrd, CA 90275-6281

Date or dates debt was incurred

Last 4 digits of account number    0  1  9  2

As of the petition filing date, the claim is:    $8,682.61
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.314** Nonpriority creditor's name and mailing address

Erik Chapman

3659 Greve Dr

Rch Palos Vrd, CA 90275-6281

Date or dates debt was incurred

Last 4 digits of account number    0  1  9  3

As of the petition filing date, the claim is:    $6,897.16
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.315** Nonpriority creditor's name and mailing address

Erika Fedyashov

124 Exeter Avenue

San Carlos, CA 94070

Date or dates debt was incurred

Last 4 digits of account number    0  3  1  9

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.316** Nonpriority creditor's name and mailing address

Ernest Blanco

23765 Adams Avenue

Murrieta, CA 92562

Date or dates debt was incurred

Last 4 digits of account number    0  1  0  5

As of the petition filing date, the claim is:    $78,930.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.317** Nonpriority creditor's name and mailing address

Ernest G. Jones

7281 Camelot Ct

Lemon Grove, CA 91945-3652

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  0  2

As of the petition filing date, the claim is:   $3,409.76
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.318** Nonpriority creditor's name and mailing address

Ernest G. Jones

7281 Camelot CT

Lemon Grove, CA 91945

Date or dates debt was incurred _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.319** Nonpriority creditor's name and mailing address

Ernest K. Peterson

621 Black Canyon Place

Ramona, CA 92065

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  8  9

As of the petition filing date, the claim is:   $10,416.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.320** Nonpriority creditor's name and mailing address

Ester Umali

11535 Aberdare Street

Loma Linda, CA 92354

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  2  4

As of the petition filing date, the claim is:   $5,444.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

### Part 2: Additional Page

**3.321**

**Nonpriority creditor's name and mailing address**

Esther Lee

7474 North Figueroa Street, 2nd Floor

Los Angeles, CA 90041

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  7  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,809.10

---

**3.322**

**Nonpriority creditor's name and mailing address**

Esther Morales

3266 Greenglade Avenue

Pico Rivera, CA 90660

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,628.83

---

**3.323**

**Nonpriority creditor's name and mailing address**

Eugene & Erika Fedyashov

208 Champagne W.

Calistoga, CA 94515

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  2  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.324**

**Nonpriority creditor's name and mailing address**

Eugene Fedyashov

124 Exeter Avenue

San Carlos, CA 94070

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  2  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.325** Nonpriority creditor's name and mailing address

Eugene Levin

610 Dapplegray Court

Walnut Creek, CA 94596

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  9  3

As of the petition filing date, the claim is:  **$11,920.78**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.326** Nonpriority creditor's name and mailing address

Eugene R. Rickert

1247 Holmgrove Drive

San Marcos, CA 92078

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  4  7

As of the petition filing date, the claim is:  **$21,366.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.327** Nonpriority creditor's name and mailing address

Floyd Robinson Foundation

1518 Republic Street

San Diego, CA 92114

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  5  6

As of the petition filing date, the claim is:  **$4,106.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.328** Nonpriority creditor's name and mailing address

Floyd Robinson Foundation

1518 Republic Street

San Diego, CA 92114

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     **Acclivity West, LLC**                                    Case number *(if known)*     **24-90002**
            Name

---

**Part 2:**  Additional Page

---

**3.329**  **Nonpriority creditor's name and mailing address**

Fonda Lacerra

57850 Residenza Court

La Quinta, CA 92253

Date or dates debt was incurred

Last 4 digits of account number    0  5  5  0

**As of the petition filing date, the claim is:**     **$9,411.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330**  **Nonpriority creditor's name and mailing address**

Francesco Barone_Nonqualified

388 Granada Way

Costa Mesa, CA 92627

Date or dates debt was incurred

Last 4 digits of account number    0  0  6  8

**As of the petition filing date, the claim is:**     **$4,526.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331**  **Nonpriority creditor's name and mailing address**

Francesco Barone_Qualified

388 Granada Way

Costa Mesa, CA 92627

Date or dates debt was incurred

Last 4 digits of account number    0  0  6  9

**As of the petition filing date, the claim is:**     **$19,362.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.332**  **Nonpriority creditor's name and mailing address**

Frank & Carrie Nielsen

9181 Vista Entrada

Lakeside, CA 92040

Date or dates debt was incurred

Last 4 digits of account number    0  7  3  6

**As of the petition filing date, the claim is:**     **$9,384.93**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 84 of 289

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.333** | **Nonpriority creditor's name and mailing address**
Frank C. Lewis
31714 Seacliff Dr.
Laguna Beach, CA 92651

Date or dates debt was incurred _____
Last 4 digits of account number  0  5  9  5

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address**
Frank C. Lewis
31714 Seacliff Dr.
Laguna Beach, CA 92651

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address**
Fred Lichaa
680 Matsonia Drive
Foster City, CA 94404

Date or dates debt was incurred _____
Last 4 digits of account number  0  6  0  0

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address**
Gabriele D. Buscher
10 Vetti
Laguna Niguel, CA 92677

Date or dates debt was incurred _____
Last 4 digits of account number  0  1  6  1

**As of the petition filing date, the claim is:** $28,966.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.337**

**Nonpriority creditor's name and mailing address**

Gabriele D. Buscher

10 Vetti

Laguna Niguel, CA 92677

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338**

**Nonpriority creditor's name and mailing address**

Gary & Linda David

1346 Edgefield Avenue

Upland, CA 91786

Date or dates debt was incurred _____

Last 4 digits of account number 0 2 5 5

**As of the petition filing date, the claim is:** $15,308.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339**

**Nonpriority creditor's name and mailing address**

Gary A. Kosmatka

9601 Lomita Court, Apt #47

Rancho Cucamonga, CA 91701

Date or dates debt was incurred _____

Last 4 digits of account number 0 5 4 1

**As of the petition filing date, the claim is:** $4,068.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340**

**Nonpriority creditor's name and mailing address**

Gary Cantagallo

23533 Gold Rush Drive

Diamond Bar, CA 91765

Date or dates debt was incurred _____

Last 4 digits of account number 0 1 6 9

**As of the petition filing date, the claim is:** $21,502.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Acclivity West, LLC**
_____  Case number *(if known)*  **24-90002**
Name

---

| **Part 2:** | Additional Page |

---

**3.341**

**Nonpriority creditor's name and mailing address**

**Gary Engle**

**8875 Phoenix Avenue**

**Fair Oaks, CA 95628**

Date or dates debt was incurred  _____

Last 4 digits of account number  **0   3   0   6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$22,963.10**

---

**3.342**

**Nonpriority creditor's name and mailing address**

**Gary Helton**

**3812 East Casselle Avenue**

**Orange, CA 92869**

Date or dates debt was incurred  _____

Last 4 digits of account number  **0   4   2   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
**Basis for the claim:**  **Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,793.83**

---

**3.343**

**Nonpriority creditor's name and mailing address**

**Gary Helton**

**3812 East Casselle Avenue**

**Orange, CA 92869**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **LSSF Invoice**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.344**

**Nonpriority creditor's name and mailing address**

**Gary L. Marten**

**7079 Rockrose Ter**

**Carlsbad, CA 92011**

Date or dates debt was incurred  _____

Last 4 digits of account number  **0   6   4   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
**Basis for the claim:**  **Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$28,499.80**

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

---

**3.345** Nonpriority creditor's name and mailing address

Gary Lawrence

8209 Long Buffalo Avenue

Las Vegas, CA 89131

Date or dates debt was incurred

Last 4 digits of account number    0  5  7  0

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.346** Nonpriority creditor's name and mailing address

Gary Lawrence

8209 Long Buffalo Avenue

Las Vegas, CA 89131

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.347** Nonpriority creditor's name and mailing address

Gary Miley

3390 Oasis Dr.

Lake Havasu City, AZ 86404

Date or dates debt was incurred

Last 4 digits of account number    0  6  8  5

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.348** Nonpriority creditor's name and mailing address

Gary P. Strout, Jr.

14603 Mercado Avenue

La Mirada, CA 90638

Date or dates debt was incurred

Last 4 digits of account number    0  9  7  3

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,896.21

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.349**

**Nonpriority creditor's name and mailing address**

Gary S. Long

31 Pointe West

Madera, CA 93637

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  0  9

As of the petition filing date, the claim is: **$14,868.18**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.350**

**Nonpriority creditor's name and mailing address**

Gee Family Trust

3581 Rosincress Drive

San Ramon, CA 94582

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  5  5

As of the petition filing date, the claim is: **$3,652.10**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.351**

**Nonpriority creditor's name and mailing address**

George K. Shigematsu

11650 Malden Street

Cypress, CA 90630

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  1  1

As of the petition filing date, the claim is: **$8,924.30**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.352**

**Nonpriority creditor's name and mailing address**

George K. Shigematsu

11650 Malden Street

Cypress, CA 90630

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**3.353**   Nonpriority creditor's name and mailing address

George Poole_Nonqualified

1245 Encina Drive

Millbrae, CA 94030

Date or dates debt was incurred    _____

Last 4 digits of account number    0  8  1  4

As of the petition filing date, the claim is:     **$18,037.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.354**   Nonpriority creditor's name and mailing address

George Poole_Qualified

1245 Encina Drive

Millbrae, CA 94030

Date or dates debt was incurred    _____

Last 4 digits of account number    0  8  1  3

As of the petition filing date, the claim is:     **$13,904.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.355**   Nonpriority creditor's name and mailing address

George Poole_Qualified

1245 Encina Drive

Millbrae, CA 94030

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.356**   Nonpriority creditor's name and mailing address

George S. Behnke

9341 Langston Street

Rancho Cucamonga, CA 91730

Date or dates debt was incurred    _____

Last 4 digits of account number    0  0  7  7

As of the petition filing date, the claim is:     **$15,824.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

George S. Behnke

9341 Langston Street

Rancho Cucamonga, CA 91730

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** LSSF Investor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.358** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,193.50**

Gerald Miller

2205 North Euclid Avenue

Upland, CA 91784

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  0  6  8  6

---

**3.359** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,108.84**

Gerald Orrison

5971 Treetop Circle

Huntington Beach, CA 92649

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  0  7  5  4

---

**3.360** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,573.44**

Geraldine Martinez

8757 Knollwood Drive

Rancho Cucamonga, CA 91730

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  0  6  5  0

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*      **24-90002**
_____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.361**

**Nonpriority creditor's name and mailing address**

**Gerard & Anita Young**

**804 Shevlin Drive**

**El Cerrito, CA 94530**

Date or dates debt was incurred   _____

Last 4 digits of account number   **1  1  1  5**

**As of the petition filing date, the claim is:**                **$9,492.81**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.362**

**Nonpriority creditor's name and mailing address**

**Gina Walter**

**1309 Zuni Lane**

**Topanga, CA 90290**

Date or dates debt was incurred   _____

Last 4 digits of account number   **1  0  5  7**

**As of the petition filing date, the claim is:**                **$20,172.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.363**

**Nonpriority creditor's name and mailing address**

**Glen Goto**

**1537 West Menlo**

**Fresno, CA 93711**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  3  8  1**

**As of the petition filing date, the claim is:**                **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
                          **Active - Out of Swap**
**Basis for the claim:  Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.364**

**Nonpriority creditor's name and mailing address**

**Glerita Paras**

**9854 Shoshone Avenue**

**Northridge, CA 91325**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  7  6  7**

**As of the petition filing date, the claim is:**                **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
                          **Active - Out of Swap**
**Basis for the claim:  Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.365**

**Nonpriority creditor's name and mailing address**

Glerita Paras

9854 Shoshone Avenue

Northridge, CA 91325

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.366**

**Nonpriority creditor's name and mailing address**

Gloria Tyau

4036 Globe Avenue

Culver City, CA 90230

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  2  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.367**

**Nonpriority creditor's name and mailing address**

Golden Age LLC Holdings

6849 Federal Blvd.

Lemon Grove, CA 91945

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  7  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,960.23

---

**3.368**

**Nonpriority creditor's name and mailing address**

Golden Age LLC Holdings

6849 Federal Blvd.

Lemon Grove, CA 91945

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Acclivity West, LLC**

Name

Case number *(if known)*   **24-90002**

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.369** Nonpriority creditor's name and mailing address

Gordon E. Townsend

1112 Highland Ridge Rd

Georgetown, TX 78628

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  1  3

As of the petition filing date, the claim is:    **$10,125.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.370** Nonpriority creditor's name and mailing address

Grantham Family Trust

5276 Concord Boulevard

Concord, CA 94521

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  8  2

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.371** Nonpriority creditor's name and mailing address

Graves Family Trust DTD 8/8/2011

2541 Jasmine Court

La Verne, CA 91750

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  8  3

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.372** Nonpriority creditor's name and mailing address

Gray Trust DTD 8/11/06

3461 Stage Coach Drive

Lafayette, CA 94549

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  8  5

As of the petition filing date, the claim is:    **$12,600.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.373**

**Nonpriority creditor's name and mailing address**
Greg Skogsberg

650 East Parkridge Avenue, Suite 112

Corona, CA 92879

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$7,972.98

---

**3.374**

**Nonpriority creditor's name and mailing address**
Greg Skogsberg

650 East Parkridge Avenue, Suite 112

Corona, CA 92879

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.375**

**Nonpriority creditor's name and mailing address**
Gregory Brinker

4 Bienvenue Drive

Foothill Ranch, CA 92610

Date or dates debt was incurred _____

Last 4 digits of account number   0  1  3  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$8,175.37

---

**3.376**

**Nonpriority creditor's name and mailing address**
Gregory D. Wade

719 W. Culver Ave.

Orange, CA 92868

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  5  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$7,542.88

Debtor  **Acclivity West, LLC**
Name

Case number *(if known)*  **24-90002**

---

**Part 2:** Additional Page

---

**3.377** Nonpriority creditor's name and mailing address

Gregory D. Wade

719 W. Culver Ave.

Orange, CA 92868

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.378** Nonpriority creditor's name and mailing address

Gregory E. Brobston

10403 Lavender Court

Alta Loma, CA 91737

Date or dates debt was incurred

Last 4 digits of account number  0  1  3  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$16,141.10

---

**3.379** Nonpriority creditor's name and mailing address

Gregory E. Brobston

10403 Lavender Court

Alta Loma, CA 91737

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.380** Nonpriority creditor's name and mailing address

Gregory F. McDonnell

3118 Amberwood Ln

Escondido, CA 92027-6504

Date or dates debt was incurred

Last 4 digits of account number  0  6  6  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$8,485.05

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.381** Nonpriority creditor's name and mailing address

Gregory J. Correia

1360 Este Vista Court

Encinitas, CA 92024

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  3  3

As of the petition filing date, the claim is: **$9,842.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Active - In SWAP/LOF:**
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.382** Nonpriority creditor's name and mailing address

Gregory K. Owyang

2491 Paddock Drive

San Ramon, CA 94583

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  6  0

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Active - Out of Swap**
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.383** Nonpriority creditor's name and mailing address

Gregory M. Stevenson

1400 Sweet Springs Rd

Weatherford, TX 76088

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  5  5

As of the petition filing date, the claim is: **$17,753.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.384** Nonpriority creditor's name and mailing address

Gregory S. Staszko

7554 Raphael Lane

Littleton, CO 80125

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  5  0

As of the petition filing date, the claim is: **$11,932.11**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.385** Nonpriority creditor's name and mailing address

Gregory S. Staszko

7554 Raphael Lane

Littleton, CO 80125

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.386** Nonpriority creditor's name and mailing address

Gregory Wilson

14035 Dittmar Dr.

Whittier, CA 90605

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  8  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$7,087.76

---

**3.387** Nonpriority creditor's name and mailing address

Gruoner Family Trust DTD 7/26/95

545 East Foothill Boulevard

La Verne, CA 91741

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  9  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$12,258.52

---

**3.388** Nonpriority creditor's name and mailing address

Guadalupe Villagomez Huape

3356 Zamora Way

Stockton, CA 95206

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  6  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$13,187.42

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.389** Nonpriority creditor's name and mailing address

Guadalupe Villagomez Huape

3356 Zamora Way

Stockton, CA 95206

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.390** Nonpriority creditor's name and mailing address

Gursharan S. Kahlon

13557 Campus Drive

Oakland, CA 94605

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  0  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$6,220.45

---

**3.391** Nonpriority creditor's name and mailing address

Guy K. Shih

1620 Cypress Grove Lane

Diamond Bar, CA 91765

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  1  2

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.392** Nonpriority creditor's name and mailing address

Gwendolyn Zwoyer

29075 Ridgeview Dr.

Laguna Niguel, CA 92677

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  3  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$42,181.34

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">**Part 2:**</div> Additional Page

---

**3.393** | **Nonpriority creditor's name and mailing address**

Hamlet Adamian

239 Wonderview Drive

Glendale, CA 91202

Date or dates debt was incurred  _____

Last 4 digits of account number    0   0   0   7

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address**

Hans Dieter Giroux

4 Juniper

Irvine, CA 92612

Date or dates debt was incurred  _____

Last 4 digits of account number    0   3   7   0

**As of the petition filing date, the claim is:**    $17,048.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address**

Hans Dieter Giroux

4 Juniper

Irvine, CA 92612

Date or dates debt was incurred  _____

Last 4 digits of account number    __   __   __   __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address**

Hans F. & Encarnacion O. Rigelman Revocable Living Trust DTD 1/15/99

6438 Cambridge Avenue

Rancho Cucamonga, CA 91737

Date or dates debt was incurred  _____

Last 4 digits of account number    0   8   5   0

**As of the petition filing date, the claim is:**    $23,588.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*    **24-90002**
         Name

---

**Part 2:**   Additional Page

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$77,192.80** |

**Nonpriority creditor's name and mailing address**
Hansen Family Trust DTD 4/25/07

414 West Gallatin Street

Livingston, MT 59047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

Last 4 digits of account number   0  4  0  8

**Is the claim subject to offset?**
☑ No
☐ Yes

**$77,192.80**

---

**Nonpriority creditor's name and mailing address** (3.398)
Harold & Carolyn Bracy Orr

11100 Kerrigan Drive

Oakland, CA 94605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

Last 4 digits of account number   0  7  5  3

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,057.64**

---

**Nonpriority creditor's name and mailing address** (3.399)
Heinz Family Trust DTD 12/14/01

26931 Via La Mirada

San Juan Capistrano, CA 92675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                    **Active - Out of Swap**
**Basis for the claim:**  Client

Date or dates debt was incurred   _____

Last 4 digits of account number   0  4  2  3

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address** (3.400)
Helen Adamian

239 Wonderview Drive

Glendale, CA 91202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                    **Active - Out of Swap**
**Basis for the claim:**  Client

Date or dates debt was incurred   _____

Last 4 digits of account number   0  0  0  8

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,359.88**

Henry Corrado

5731 Showalter Ct.

Alta Loma, CA 91701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  3  1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Henry Corrado

5731 Showalter Ct.

Alta Loma, CA 91701

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,382.60**

Heredia Family Trust

1854 West 186th Street

Torrance, CA 90504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  3  4

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,141.07**

Holly Fossi

11428 Eucalyptus Hills Drive

Lakeside, CA 92040

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  3  5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**                                    Case number *(if known)*    **24-90002**
Name

---

**Part 2:  Additional Page**

---

**3.405**  **Nonpriority creditor's name and mailing address**

Hot Cutie, Inc Pension Plan Trust

3848 Hill Street

Los Angeles, CA 90037

Date or dates debt was incurred  _____

Last 4 digits of account number   0  4  5  3

**As of the petition filing date, the claim is:**  **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Active - Out of Swap**
**Basis for the claim:**  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406**  **Nonpriority creditor's name and mailing address**

Hot Cutie, Inc Pension Plan Trust

3848 Hill Street

Los Angeles, CA 90037

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**  **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.407**  **Nonpriority creditor's name and mailing address**

Howard Trust DTD 8/7/08

19937 Lorne Street

Winnetka, CA 91306

Date or dates debt was incurred  _____

Last 4 digits of account number   0  4  5  6

**As of the petition filing date, the claim is:**  **$2,152.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408**  **Nonpriority creditor's name and mailing address**

Hubbard Family Trust

1300 North Ardmore Avenue

Manhattan Beach, CA 90266

Date or dates debt was incurred  _____

Last 4 digits of account number   0  4  6  5

**As of the petition filing date, the claim is:**  **$62,935.79**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.409** **Nonpriority creditor's name and mailing address**

Hye Ran Yun

3309 Gaylor Ln.

San Jose, CA 95118

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  1  7

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** **Nonpriority creditor's name and mailing address**

Ilger Living Trust DTD 6/14/2012

8036 Royer Ave

West Hills, CA 91304-3535

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  7  6

**As of the petition filing date, the claim is:** $24,277.19
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** **Nonpriority creditor's name and mailing address**

Ina P. Inouye

28442 La Pradera

Laguna Niguel, CA 92677

Date or dates debt was incurred _____

Last 4 digits of account number  __  __  __  __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.412** **Nonpriority creditor's name and mailing address**

Ira Abrams_ROTHIRA9333

7933 Grado El Tupelo

Carlsbad, CA 92009

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  0  5

**As of the petition filing date, the claim is:** $23,963.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|--------|-------------------------|--------------------------|--------------|
|        | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.413**

**Nonpriority creditor's name and mailing address**

Ira Abrams_TRADIRA0082

7933 Grado El Tupelo

Carlsbad, CA 92009

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  0  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Active - In SWAP/LOF:**
Basis for the claim:  Redemption

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$41,925.84

---

**3.414**

**Nonpriority creditor's name and mailing address**

Irene A. Carty

12739 Farrington Street

Rancho Cucamonga, CA 91739

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  7  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,562.82

---

**3.415**

**Nonpriority creditor's name and mailing address**

Irene Aguirre

3318 Senasac Avenue

Long Beach, CA 90808

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  1  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$4,481.90

---

**3.416**

**Nonpriority creditor's name and mailing address**

Irene G. Sykes

21 Lexington Way

Coto De Caza, CA 92679

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  8  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$11,817.51

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.417** | **Nonpriority creditor's name and mailing address**

Irene G. Sykes

21 Lexington Way

Coto De Caza, CA 92679

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address**

Irving Jacoby

3496 Millikin Avenue

San Diego, CA 92122

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  8  4

**As of the petition filing date, the claim is:**     **$21,073.24**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address**

Isabel A. Laqui

7920 Kingbee Street

Downey, CA 90242

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  6  5

**As of the petition filing date, the claim is:**     **$12,536.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address**

J. Sonandres FBO Jake Sonandres UGMA

20852 Dalton Avenue

Torrance, CA 90501

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  3  9

**As of the petition filing date, the claim is:**     **$6,134.78**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**                                                    Case number *(if known)*          **24-90002**
          Name

---

### Part 2:   Additional Page

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,134.78 |
|---|---|---|---|

**J. Sonandres FBO Kyle Sonandres UGMA**

**20852 Dalton Avenue**

**Torrance, CA 90501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**  Active - In SWAP/LOF

**Last 4 digits of account number**   0  9  4  0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,666.90 |
|---|---|---|---|

**Jacque J. King**

**2544 Olympic View Drive**

**Chino Hills, CA 91709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:**  Active - In SWAP/LOF

**Last 4 digits of account number**   0  5  2  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**James A. Henderson_TRADIRA0001**

**573 Calibre Ln**

**Mt. Juliet, TN 37122**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Active - Out of Swap
**Basis for the claim:**  Client

**Last 4 digits of account number**   0  4  2  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**James A. Henderson_TRADIRA0002**

**573 Calibre Ln**

**Mt. Juliet, TN 37122**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Active - Out of Swap
**Basis for the claim:**  Client

**Last 4 digits of account number**   0  4  2  7

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.425** Nonpriority creditor's name and mailing address

**James Alexiou_Nonqualified**

**5636 South Hall Terrace**

**Irvine, CA 92603**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  0  2  1**

As of the petition filing date, the claim is: **$26,328.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.426** Nonpriority creditor's name and mailing address

**James Alexiou_Qualified**

**5636 South Hall Terrace**

**Irvine, CA 92603**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  0  2  2**

As of the petition filing date, the claim is: **$13,792.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.427** Nonpriority creditor's name and mailing address

**James Bruce Varnell**

**2555 Duraznitos Place**

**Ramona, CA 92065**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  0  3  6**

As of the petition filing date, the claim is: **$115,820.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.428** Nonpriority creditor's name and mailing address

**James C. Bredesen**

**57 Brea Court**

**Camarillo, CA 93010**

Date or dates debt was incurred _____

Last 4 digits of account number  **0  1  3  3**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.429**

**Nonpriority creditor's name and mailing address**

James E. & Elizabeth R. Headley Family Trust DTD 10/2/03

7133 Archibald Ave #128

Alta Loma, CA 91701

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  2  1

**As of the petition filing date, the claim is:** **$21,344.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430**

**Nonpriority creditor's name and mailing address**

James E. Headley

7133 Archibald Ave #128

Alta Loma, CA 91701

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  2  2

**As of the petition filing date, the claim is:** **$2,325.68**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431**

**Nonpriority creditor's name and mailing address**

James E. Jimison

11381 North Balmoral Way

Fresno, CA 93730

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  9  1

**As of the petition filing date, the claim is:** **$4,115.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.432**

**Nonpriority creditor's name and mailing address**

James John Conetta, Jr.

4200 Scandia Way

Los Angeles, CA 90065

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  2  4

**As of the petition filing date, the claim is:** **$9,456.51**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.433** Nonpriority creditor's name and mailing address

James Lewis

40182 Via Sonoro

Murrieta, CA 92562

Date or dates debt was incurred _____

Last 4 digits of account number    0  5  9  6

As of the petition filing date, the claim is:    **$19,174.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.434** Nonpriority creditor's name and mailing address

James Lutter

2235 East Kelso Avenue

Fresno, CA 93720

Date or dates debt was incurred _____

Last 4 digits of account number    0  6  2  2

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.435** Nonpriority creditor's name and mailing address

James Lutter

2235 East Kelso Avenue

Fresno, CA 93720

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.436** Nonpriority creditor's name and mailing address

James M. Waters

4963 Southcrest Ave

San Diego, CA 92110

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                           Case number *(if known)*      **24-90002**
_____
Name

---

### Part 2:   Additional Page

---

**3.437**  **Nonpriority creditor's name and mailing address**

**James Michael Costello**

**18348 Cocopah Road**

**Apple Valley, CA 92307**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   2   3   6**

**As of the petition filing date, the claim is:**      **$16,365.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.438**  **Nonpriority creditor's name and mailing address**

**James R. Martinez**

**2745 North Vagedes Avenue**

**Fresno, CA 93705**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   6   5   1**

**As of the petition filing date, the claim is:**      **$0.00**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

                                        **Active - Out of Swap**
Basis for the claim:   **Client**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.439**  **Nonpriority creditor's name and mailing address**

**James Ramirez**

**1004 Barrett Avenue**

**Chula Vista, CA 91911**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   8   2   9**

**As of the petition filing date, the claim is:**      **$10,027.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.440**  **Nonpriority creditor's name and mailing address**

**James Ramirez**

**1004 Barrett Avenue**

**Chula Vista, CA 91911**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**      **$0.00**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **Acclivity West, LLC**
_____
Name

Case number *(if known)*    **24-90002**
_____

---

**Part 2:** Additional Page

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

James Scott

6063 East Lyell Avenue

Fresno, CA 93727

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - Out of Swap Client**

Date or dates debt was incurred    _____

Last 4 digits of account number    0  8  8  9

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

James Scott

6063 East Lyell Avenue

Fresno, CA 93727

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **LSSF Investor**

Date or dates debt was incurred    _____

Last 4 digits of account number    __  __  __  __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,982.05
*Check all that apply.*

James T Bell_Nonqualified

7487 Pepper St

Rch Cucamonga, CA 91730-2136

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor: Active - In SWAP/LOF: Redemption**

Date or dates debt was incurred    _____

Last 4 digits of account number    0  0  8  0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,302.78
*Check all that apply.*

James T Bell_Qualified

7487 Pepper St

Rch Cucamonga, CA 91730-2136

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor: Active - In SWAP/LOF: Redemption**

Date or dates debt was incurred    _____

Last 4 digits of account number    0  0  8  1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Acclivity West, LLC**                                    Case number *(if known)*      **24-90002**
Name

---

**Part 2:**   Additional Page

---

**3.445**

**Nonpriority creditor's name and mailing address**

James W. Kline

6168 Saddleback Way

Camarillo, CA 93012

Date or dates debt was incurred _____

Last 4 digits of account number    0   5   3   2

**As of the petition filing date, the claim is:**      $78,877.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.446**

**Nonpriority creditor's name and mailing address**

James Yogurtian

19361 Brookhurst St 92

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number    1   1   1   1

**As of the petition filing date, the claim is:**      $4,525.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.447**

**Nonpriority creditor's name and mailing address**

James Yogurtian

19361 Brookhurst St 92

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.448**

**Nonpriority creditor's name and mailing address**

Jamie Welch

1157 South Shasta Street

West Covina, CA 91791

Date or dates debt was incurred _____

Last 4 digits of account number    1   0   6   8

**As of the petition filing date, the claim is:**      $7,149.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**
Name

Case number *(if known)*    **24-90002**

---

**Part 2:**   Additional Page

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,403.26** |

**Nonpriority creditor's name and mailing address**
**Jane M. Krall**

**12637 Hungarian Street**

**Corona, CA 92880**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   5   4   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,403.26**

---

| 3.450 |

**Nonpriority creditor's name and mailing address**
**Jane M. Krall**

**12637 Hungarian Street**

**Corona, CA 92880**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.451 |

**Nonpriority creditor's name and mailing address**
**Janet L. Wolf_Nonqualified**

**1401 Miramar Drive**

**Fullerton, CA 92831**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   0   9   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,334.47**

---

| 3.452 |

**Nonpriority creditor's name and mailing address**
**Janet L. Wolf_Qualified**

**1401 Miramar Drive**

**Fullerton, CA 92831**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   0   9   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$23,294.30**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

Part 2: Additional Page

---

**3.453**

**Nonpriority creditor's name and mailing address**

Janet Marie Rolek

316 Campbell LN

Cost Mesa, CA 92627

Date or dates debt was incurred _____

Last 4 digits of account number   0  8  6  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,981.20

---

**3.454**

**Nonpriority creditor's name and mailing address**

Janet Marie Rolek

316 Campbell LN

Cost Mesa, CA 92627

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.455**

**Nonpriority creditor's name and mailing address**

Janet Reason

1037 Woodland Avenue

Ojai, CA 93023

Date or dates debt was incurred _____

Last 4 digits of account number   0  8  3  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
**Basis for the claim:**  Redemptoin

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,669.67

---

**3.456**

**Nonpriority creditor's name and mailing address**

Janet S. Backer

11418 Geyser Drive

Mira Loma, CA 91752

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  5  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,239.21

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.457** | **Nonpriority creditor's name and mailing address**

Janet S. Backer

11418 Geyser Drive

Mira Loma, CA 91752

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address**

Janice Carole Guajardo_NonQualified

28070 Blackberry Way

Yorba Linda, CA 92887

Date or dates debt was incurred _____

Last 4 digits of account number _0_ _3_ _9_ _1_

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address**

Janice Carole Guajardo_Qualified

28070 Blackberry Way

Yorba Linda, CA 92887

Date or dates debt was incurred _____

Last 4 digits of account number _0_ _3_ _9_ _2_

**As of the petition filing date, the claim is:** $184,597.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address**

Janis Powers

1501 Ronne Drive

Santa Rosa, CA 95404

Date or dates debt was incurred _____

Last 4 digits of account number _0_ _8_ _1_ _7_

**As of the petition filing date, the claim is:** $12,171.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                              Case number *(if known)*      **24-90002**
Name

| Part 2: | Additional Page |

---

**3.461**

**Nonpriority creditor's name and mailing address**

Jann K. Horrigan

1677 Westhaven

San Jose, CA 95132

Date or dates debt was incurred _____

Last 4 digits of account number    0   4   5   0

**As of the petition filing date, the claim is:**                **$25,827.22**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.462**

**Nonpriority creditor's name and mailing address**

Jann K. Horrigan

1677 Westhaven

San Jose, CA 95132

Date or dates debt was incurred _____

Last 4 digits of account number    ___  ___  ___  ___

**As of the petition filing date, the claim is:**                **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463**

**Nonpriority creditor's name and mailing address**

Jason Long

8970 W Bellwood Pl

Littleton, CO 80123

Date or dates debt was incurred _____

Last 4 digits of account number    0   6   1   0

**As of the petition filing date, the claim is:**                **$31,686.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464**

**Nonpriority creditor's name and mailing address**

Jason Vogel

3111 South Leland

San Pedro, CA 90731

Date or dates debt was incurred _____

Last 4 digits of account number    ___  ___  ___  ___

**As of the petition filing date, the claim is:**                **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)*  **24-90002**

---

| Part 2: | Additional Page |
|---|---|

**3.465**

**Nonpriority creditor's name and mailing address**

Jayendra A. Shah

1310 East Ocean Blvd Ocean Club #1506

Long Beach, CA 90803

Date or dates debt was incurred _____

Last 4 digits of account number   0   8   9   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,457.17

---

**3.466**

**Nonpriority creditor's name and mailing address**

Jayendra A. Shah

1310 East Ocean Blvd Ocean Club #1506

Long Beach, CA 90803

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.467**

**Nonpriority creditor's name and mailing address**

Jean L. Blank

5634 7Up Lane

Lincoln, MT 59639

Date or dates debt was incurred _____

Last 4 digits of account number   0   1   0   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.468**

**Nonpriority creditor's name and mailing address**

Jean Lee

22624 Felbar Avenue

Torrance, CA 90505

Date or dates debt was incurred _____

Last 4 digits of account number   0   5   7   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,996.81

---

Debtor    **Acclivity West, LLC**                                    Case number *(if known)*    **24-90002**
Name

---

**Part 2:** Additional Page

---

**3.469**   **Nonpriority creditor's name and mailing address**

Jean Lee

22624 Felbar Avenue

Torrance, CA 90505

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.470**   **Nonpriority creditor's name and mailing address**

Jean Orrison

5971 Treetop Circle

Huntington Beach, CA 92649

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.471**   **Nonpriority creditor's name and mailing address**

Jeaneen Chau

2733 E. Verde Ave

Anaheim, CA 92806

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.472**   **Nonpriority creditor's name and mailing address**

Jeanne-Marie Alexander (formerly Gordon Alexander)

12 Snapdragon

Irvine, CA 92604

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.473** Nonpriority creditor's name and mailing address

Jeannett Schales

13801 E. Teague Ave

Clovis, CA 93612

Date or dates debt was incurred

Last 4 digits of account number  0  8  8  4

As of the petition filing date, the claim is: **$4,373.84**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Active - In SWAP/LOF:**
Basis for the claim:  Redemption

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.474** Nonpriority creditor's name and mailing address

Jeff R. & Kathryn L. McNair

2 Trinity St.

Oceanside, CA 92057

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.475** Nonpriority creditor's name and mailing address

Jeffrey R. Zwoyer

29075 Ridgeview Dr.

Laguna Niguel, CA 92677

Date or dates debt was incurred

Last 4 digits of account number  1  1  3  8

As of the petition filing date, the claim is: **$42,172.35**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Active - In SWAP/LOF:**
Basis for the claim:  Redemption

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.476** Nonpriority creditor's name and mailing address

Jennifer Walshe_ROTHIRA0056

11237-1 Carmel Creek Road

San Diego, CA 92130

Date or dates debt was incurred

Last 4 digits of account number  1  0  5  5

As of the petition filing date, the claim is: **$16,258.09**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Active - In SWAP/LOF;**
Basis for the claim:  Redemption

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.477** | **Nonpriority creditor's name and mailing address**

Jennifer Walshe_TRADIRA7811

11237-1 Carmel Creek Road

San Diego, CA 92130

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  5  6

**As of the petition filing date, the claim is:**   $39,618.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF;** Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address**

Jensen Family SubTrust FBO C. Tortorella

249 Estudillo Avenue

San Leandro, CA 94577

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  8  7

**As of the petition filing date, the claim is:**   $30,443.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address**

Jensen Family SubTrust FBO C. Tortorella

249 Estudillo Avenue

San Leandro, CA 94577

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address**

Jensen Family SubTrust FBO L. Tortorella

249 Estudillo Avenue

San Leandro, CA 94577

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  8  8

**As of the petition filing date, the claim is:**   $23,743.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.481** | **Nonpriority creditor's name and mailing address**

Jerehmy & Juliet Gies

106 Ponderosa Drive

Santa Cruz, CA 95060

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  6  6

**As of the petition filing date, the claim is:** $16,299.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address**

Jerry Arreola_ROTHIRA0098

2514-H West Mac Arthur

Santa Ana, CA 92704

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  4  6

**As of the petition filing date, the claim is:** $21,329.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address**

Jerry Arreola_ROTHIRA0098

2514-H West Mac Arthur

Santa Ana, CA 92704

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address**

Jerry Arreola_TRADIRA0097

2514-H West Mac Arthur

Santa Ana, CA 92704

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  4  7

**As of the petition filing date, the claim is:** $25,776.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __Acclivity West, LLC__      Case number *(if known)* __24-90002__
Name

**Part 2:** Additional Page

---

**3.485** Nonpriority creditor's name and mailing address

Jerry Arreola_TRADIRA0097

2514-H West Mac Arthur

Santa Ana, CA 92704

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.486** Nonpriority creditor's name and mailing address

Jerry Butkiewicz_ROTHIRA0289

5982 Wenrich Pl

San Diego, CA 92120-2935

Date or dates debt was incurred _____

Last 4 digits of account number _0_ _1_ _6_ _3_

As of the petition filing date, the claim is:      $12,920.24
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim: SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.487** Nonpriority creditor's name and mailing address

Jerry Butkiewicz_TRADIRA0107

5982 Wenrich Pl

San Diego, CA 92120-2935

Date or dates debt was incurred _____

Last 4 digits of account number _0_ _1_ _6_ _4_

As of the petition filing date, the claim is:      $50,231.05
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Investor: Active - In
Basis for the claim: SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.488** Nonpriority creditor's name and mailing address

Jerry Butkiewicz_TRADIRA0107

5982 Wenrich Place

San Diego, CA 92120

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                          Case number *(if known)*   **24-90002**
_____
Name

---

## Part 2:   Additional Page

| | |
|---|---|
| **3.489** | |

**Nonpriority creditor's name and mailing address**

Jerry Garner

4828 North Candish Avenue

Covina, CA 91724

Date or dates debt was incurred   _____

Last 4 digits of account number   0  3  5  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,674.28

---

| | |
|---|---|
| **3.490** | |

**Nonpriority creditor's name and mailing address**

Jerry M. Green

125 Country Estates Road

Fairmont, WV 26554

Date or dates debt was incurred   _____

Last 4 digits of account number   0  3  8  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,205.68

---

| | |
|---|---|
| **3.491** | |

**Nonpriority creditor's name and mailing address**

Jill Howard

19937 Lorne Street

Winnetka, CA 91306

Date or dates debt was incurred   _____

Last 4 digits of account number   0  4  5  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,244.44

---

| | |
|---|---|
| **3.492** | |

**Nonpriority creditor's name and mailing address**

Jim Spillane

1232 West K Street

Benicia, CA 94510

Date or dates debt was incurred   _____

Last 4 digits of account number   0  9  4  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.493**

**Nonpriority creditor's name and mailing address**

Jiri & Marie Strejcek

P.O. Box 5613

San Mateo, CA 94402

Date or dates debt was incurred

Last 4 digits of account number ___ 0   9   6   9

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.494**

**Nonpriority creditor's name and mailing address**

Joan Arguelles Custodian for Austin Zemlo

1604 North Dorothy Drive

Brea, CA 92821

Date or dates debt was incurred

Last 4 digits of account number ___ 0   0   4   3

**As of the petition filing date, the claim is:** $16,305.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.495**

**Nonpriority creditor's name and mailing address**

Joan Bacon_TRADIRA1377

5114 Lee St

Torrance, CA 90503-5329

Date or dates debt was incurred

Last 4 digits of account number ___ 0   0   5   4

**As of the petition filing date, the claim is:** $41,790.57
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.496**

**Nonpriority creditor's name and mailing address**

Joan Bormann

5046 #1 Canterbury Drive

San Diego, CA 92116

Date or dates debt was incurred

Last 4 digits of account number ___ 0   1   2   4

**As of the petition filing date, the claim is:** $11,141.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.497** Nonpriority creditor's name and mailing address

**Joan E. Sieber, Trustee, Joan E. Sieber Living Trust, DTD 11/20/07**

**2219A Grove Way**

**Castro Valley, CA 94546**

Date or dates debt was incurred

Last 4 digits of account number  **0  9  1  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.498** Nonpriority creditor's name and mailing address

**Joan M. Stiehl**

**388 East Ocean #1016**

**Long Beach, CA 90802**

Date or dates debt was incurred

Last 4 digits of account number  **0  9  6  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$64,758.50**

---

**3.499** Nonpriority creditor's name and mailing address

**Joan Poole_Nonqualified**

**1245 Encina Drive**

**Millbrae, CA 94030**

Date or dates debt was incurred

Last 4 digits of account number  **0  8  1  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

**$422.90**

---

**3.500** Nonpriority creditor's name and mailing address

**Joan Poole_Qualified**

**1245 Encina Drive**

**Millbrae, CA 94030**

Date or dates debt was incurred

Last 4 digits of account number  **0  8  1  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,913.73**

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.501**

**Nonpriority creditor's name and mailing address**

Joann B. Buday

161 E Orangethorpe #156

Placentia, CA 92870

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  4  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00

---

**3.502**

**Nonpriority creditor's name and mailing address**

Joann B. Buday

161 E Orangethorpe #156

Placentia, CA 92870

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.00

---

**3.503**

**Nonpriority creditor's name and mailing address**

JoAnn M. Castanares

12003 Kagel Canyon Road

Kagel Canyon, CA 91342

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  7  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$9,404.85

---

**3.504**

**Nonpriority creditor's name and mailing address**

Joanne Knell

2672 Tucker Lane

Los Alamitos, CA 90720

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  3  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$12,416.84

---

Debtor **Acclivity West, LLC**                                    Case number *(if known)*          **24-90002**
Name

---

**Part 2:**  Additional Page

---

**3.505**

**Nonpriority creditor's name and mailing address**

JoAnne P. Morello

1715 Samar Drive

Costa Mesa, CA 92626

Date or dates debt was incurred _____

Last 4 digits of account number    **0  7  0  3**

**As of the petition filing date, the claim is:**          **$8,727.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.506**

**Nonpriority creditor's name and mailing address**

Jody M Burnham

2482 Bayshore Drive

Newport Beach, CA 92663

Date or dates debt was incurred _____

Last 4 digits of account number    **0  1  5  9**

**As of the petition filing date, the claim is:**          **$28,173.92**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.507**

**Nonpriority creditor's name and mailing address**

Joe R. Torres

28137 Avenue 14 1/2

Madera, CA 93638

Date or dates debt was incurred _____

Last 4 digits of account number    **1  0  1  2**

**As of the petition filing date, the claim is:**          **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap
Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508**

**Nonpriority creditor's name and mailing address**

Joe Velasquez

423 E. 60th St.

Long Beach, CA 90805

Date or dates debt was incurred _____

Last 4 digits of account number    **1  0  4  2**

**As of the petition filing date, the claim is:**          **$45,587.17**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2">

**Part 2:**   Additional Page

</td></tr>
</table>

| **3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$41,179.20** |
|---|---|---|---|

**3.509** Nonpriority creditor's name and mailing address

John & Germaine Tarpinian Family Trust

5731 Aura Avenue

Tarzana, CA 91356

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  9  1

As of the petition filing date, the claim is: **$41,179.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.510** Nonpriority creditor's name and mailing address

John & Lynne Shen Living Trust

2260 English Court

Walnut Creek, CA 94598

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  0  8

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.511** Nonpriority creditor's name and mailing address

John & Patricia Hierro

563 N 6th St.

Santa Paula, CA 93060

Date or dates debt was incurred _____

Last 4 digits of account number   0  4  3  9

As of the petition filing date, the claim is: **$2,453.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.512** Nonpriority creditor's name and mailing address

John A. Saunders, Jr.

13959 Shalyn Drive

El Cajon, CA 92021

Date or dates debt was incurred _____

Last 4 digits of account number   0  8  8  3

As of the petition filing date, the claim is: **$2,776.11**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

**Part 2:** Additional Page

---

**3.513** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,302.99
--- | --- | --- | ---

**3.513**

Nonpriority creditor's name and mailing address

**John C. & Connie M. Dexheimer Trust**

**4188 Morganfield Court**

**Pleasanton, CA 94566**

Date or dates debt was incurred

Last 4 digits of account number     0  2  7  7

As of the petition filing date, the claim is:     $13,302.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.514**

Nonpriority creditor's name and mailing address

**John C. Dexheimer**

**4188 Morganfield Court**

**Pleasanton, CA 94566**

Date or dates debt was incurred

Last 4 digits of account number     0  2  7  8

As of the petition filing date, the claim is:     $7,316.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.515**

Nonpriority creditor's name and mailing address

**John D. Medina**

**1891 East Oak Haven Drive**

**Fresno, CA 93730**

Date or dates debt was incurred

Last 4 digits of account number     0  6  7  3

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.516**

Nonpriority creditor's name and mailing address

**John D. Medina**

**1891 East Oak Haven Drive**

**Fresno, CA 93730**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.517 Nonpriority creditor's name and mailing address

John E. Terry

1465 Popenoe Road

La Habra Heights, CA 90631

Date or dates debt was incurred

Last 4 digits of account number    1  0  0  5

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.518 Nonpriority creditor's name and mailing address

John Eric Friedrichsen

700 Haddon Rd.

Anacortes, WA 98221

Date or dates debt was incurred

Last 4 digits of account number    0  3  4  2

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.519 Nonpriority creditor's name and mailing address

John F. Mackey

2540 Bennett Ridge Road

Santa Rosa, CA 95404

Date or dates debt was incurred

Last 4 digits of account number    0  6  2  8

**As of the petition filing date, the claim is:** $18,032.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.520 Nonpriority creditor's name and mailing address

John Heninger

647 Jenny Drive

Newbury Park, CA 91320

Date or dates debt was incurred

Last 4 digits of account number    0  4  2  9

**As of the petition filing date, the claim is:** $4,275.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.521** Nonpriority creditor's name and mailing address

John Khalaf

1360 Cresthaven Drive

Pasadena, CA 91105

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  1  8

As of the petition filing date, the claim is:   $7,243.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.522** Nonpriority creditor's name and mailing address

John Kolkebeck

501 Union Street

Benicia, CA 94510

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  3  6

As of the petition filing date, the claim is:   $6,155.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.523** Nonpriority creditor's name and mailing address

John Lomelin

14724 Saddlepeak Drive

Fontana, CA 92336

Date or dates debt was incurred _____

Last 4 digits of account number   0  6  0  8

As of the petition filing date, the claim is:   $14,796.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.524** Nonpriority creditor's name and mailing address

John Lomelin

14724 Saddlepeak Drive

Fontana, CA 92336

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.525**

**Nonpriority creditor's name and mailing address**

John Love

5173 Terraza Quintana

San Diego, CA 92124

Date or dates debt was incurred

Last 4 digits of account number    0   6   1   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.526**

**Nonpriority creditor's name and mailing address**

John Love

5173 Terraza Quintana

San Diego, CA 92124

Date or dates debt was incurred

Last 4 digits of account number    __   __   __   __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.527**

**Nonpriority creditor's name and mailing address**

John R. Malloway

1025 Tweed Pl.

Seaside, CA 93955

Date or dates debt was incurred

Last 4 digits of account number    0   6   4   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,981.53

---

**3.528**

**Nonpriority creditor's name and mailing address**

John R. Shedlock

10089 Iron Mountain Court

Alta Loma, CA 94737

Date or dates debt was incurred

Last 4 digits of account number    0   9   0   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,518.16

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.529** | **Nonpriority creditor's name and mailing address**

John S. & Joyce C. Stevenson

24051 Nuthatch Lane

Laguna Niguel, CA 92677

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  5  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$42,644.47

---

**3.530** | **Nonpriority creditor's name and mailing address**

John S. Stevenson

24051 Nuthatch Lane

Laguna Niguel, CA 92677

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  5  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$12,802.29

---

**3.531** | **Nonpriority creditor's name and mailing address**

John T. Herrera

5452 Caminito Herminia

La Jolla, CA 92037

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  3  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$13,939.50

---

**3.532** | **Nonpriority creditor's name and mailing address**

John Vitz

3904 W. Silver River Lane

Meridian, ID 83646

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  4  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$4,700.02

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.533** Nonpriority creditor's name and mailing address

Johnny & Peggy Lo Family Trust

157 Santa Ana Ave

San Francisco, CA 94127-1950

Date or dates debt was incurred

Last 4 digits of account number    0 6 0 7

As of the petition filing date, the claim is:    **$9,354.54**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.534** Nonpriority creditor's name and mailing address

Jonathan S. Drogin

183 Diablo Drive

Oakland, CA 94611

Date or dates debt was incurred

Last 4 digits of account number    0 2 8 5

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.535** Nonpriority creditor's name and mailing address

Jordan Thomas Sooter & Gary Sooter JTWROS

22750 Meadow Lane

Sonora, CA 95370

Date or dates debt was incurred

Last 4 digits of account number    0 4 8 9

As of the petition filing date, the claim is:    **$28,365.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.536** Nonpriority creditor's name and mailing address

Jorge A. & B. Nora Zelaya

15383 Manzanita Dr.

Hacienda Heights, CA 91745

Date or dates debt was incurred

Last 4 digits of account number    1 1 2 2

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.537** Nonpriority creditor's name and mailing address

Joselito J. Mendoza

6973 Annika Way

Eastvale, CA 92880

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  7  6

As of the petition filing date, the claim is: _____ $15,058.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.538** Nonpriority creditor's name and mailing address

Joseph Anderson

95 Calle Arago,

Laguna Woods, CA 92637

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  3  1

As of the petition filing date, the claim is: _____ $5,925.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.539** Nonpriority creditor's name and mailing address

Joseph C. Maniglia

10226 Savannah Ct.

Oakdale, CA 95361

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  4  2

As of the petition filing date, the claim is: _____ $21,413.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.540** Nonpriority creditor's name and mailing address

Josephine C. Stevenson-Contreras

6659 Grant Street

Chino, CA 91710

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  5  8

As of the petition filing date, the claim is: _____ $10,817.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Acclivity West, LLC**
Name

Case number *(if known)*  **24-90002**

---

**Part 2:** Additional Page

---

**3.541** Nonpriority creditor's name and mailing address

Josette Selim Revocable Trust

780 Sea Spray Lane Apt. 110

Foster City, CA 94404

Date or dates debt was incurred _____

Last 4 digits of account number  **0  8  9  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.542** Nonpriority creditor's name and mailing address

Joyce & Tyler Phelps

269 Termino Avenue

Long Beach, CA 90803

Date or dates debt was incurred _____

Last 4 digits of account number  **0  7  9  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$9,648.12

---

**3.543** Nonpriority creditor's name and mailing address

Joyce Heeyoon Rhee

3785 Wilshire Blvd. Suite 1708

Los Angeles, CA 90010

Date or dates debt was incurred _____

Last 4 digits of account number  **0  8  4  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.544** Nonpriority creditor's name and mailing address

Joyce Heeyoon Rhee

3785 Wilshire Blvd. Suite 1708

Los Angeles, CA 90010

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.545** Nonpriority creditor's name and mailing address

Juan Gallegos

514 South Radio Drive

San Diego, CA 92114

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  4  5

As of the petition filing date, the claim is:  **$14,739.87**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.546** Nonpriority creditor's name and mailing address

Judith Bahr

2519 Carnegie Lane, #D

Redondo Beach, CA 90278

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  5  7

As of the petition filing date, the claim is:  **$13,097.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.547** Nonpriority creditor's name and mailing address

Judith Bahr

2519 Carnegie Lane, #D

Redondo Beach, CA 90278

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.548** Nonpriority creditor's name and mailing address

Judith Kimmel_Nonqualified2

5504 Roundtree #A

Concord, CA 94521

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  2  4

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.549** Nonpriority creditor's name and mailing address

Judith Kimmel_Qualified

5504 Roundtree #A

Concord, CA 94521

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  2  5

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.550** Nonpriority creditor's name and mailing address

Judith Lynn Coultas

14342 Taft St

Garden Grove, CA 92843

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  4  0

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$11,931.63

---

**3.551** Nonpriority creditor's name and mailing address

Judith Lynn Coultas

#N/A

#N/A, #N/A

Date or dates debt was incurred _____

Last 4 digits of account number  1  2  2  8

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$13,001.24

---

**3.552** Nonpriority creditor's name and mailing address

Judith Lynn Coultas

14342 Taft St

Garden Grove, CA 92843

Date or dates debt was incurred _____

Last 4 digits of account number  __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.553** Nonpriority creditor's name and mailing address

Judith McHerron

P O Box 177

Healdsburg, CA 95448

Date or dates debt was incurred

Last 4 digits of account number   0   6   6   7

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap; Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.554** Nonpriority creditor's name and mailing address

Judy Lee

6580 Gravina Loop

San Jose, CA 95138

Date or dates debt was incurred

Last 4 digits of account number   0   5   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap; Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.555** Nonpriority creditor's name and mailing address

Judy Owyang

2491 Paddock Drive

San Ramon, CA 94583

Date or dates debt was incurred

Last 4 digits of account number   0   7   6   1

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap; Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.556** Nonpriority creditor's name and mailing address

Judy Webb

3307 McBain Avenue

Redondo Beach, CA 90278

Date or dates debt was incurred

Last 4 digits of account number   1   0   6   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$15,703.92

---

Debtor  **Acclivity West, LLC**

Name

Case number *(if known)*  **24-90002**

---

**Part 2:**  Additional Page

---

**3.557**

**Nonpriority creditor's name and mailing address**

Judy Webb

3307 McBain Avenue

Redondo Beach, CA 90278

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.558**

**Nonpriority creditor's name and mailing address**

Juelene Close

5335 Peck Road, #F

El Monte, CA 91732

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  1  6

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$2,874.75

---

**3.559**

**Nonpriority creditor's name and mailing address**

Julia Zhu

3184 Josie Avenue

Long Beach, CA 90808

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  2  4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$3,883.33

---

**3.560**

**Nonpriority creditor's name and mailing address**

Julie A. Lambert

607 North Bel Aire Drive

Burbank, CA 91501

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  5  8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$26,760.27

---

Debtor     **Acclivity West, LLC**                                          Case number *(if known)*      **24-90002**
           Name

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.561** Nonpriority creditor's name and mailing address

Julie A. Lambert

607 North Bel Aire Drive

Burbank, CA 91501

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.562** Nonpriority creditor's name and mailing address

Julie S.C. Olafsen

151 Cohn Valley Way

Folsom, CA 95630-5050

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  5  0

As of the petition filing date, the claim is:         **$10,479.83**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

                              Investor: Active - In
Basis for the claim:  SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.563** Nonpriority creditor's name and mailing address

Kara, Scott, & Jill Murano

12413 Parker Ranch Road

Saratoga, CA 95070

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  1  1

As of the petition filing date, the claim is:         **$6,098.27**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.564** Nonpriority creditor's name and mailing address

Karan A. Long

31 Pointe West

Madera, CA 93637

Date or dates debt was incurred _____

Last 4 digits of account number   0  6  1  1

As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                              Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*   **24-90002**
Name

---

### Part 2: Additional Page

---

**3.565**   **Nonpriority creditor's name and mailing address**

Karan A. Long

31 Pointe West

Madera, CA 93637

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.566**   **Nonpriority creditor's name and mailing address**

Karen Cauble

28547 Thackeray Avenue

Hayward, CA 94544

Date or dates debt was incurred

Last 4 digits of account number   0   1   8   2

**As of the petition filing date, the claim is:**   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.567**   **Nonpriority creditor's name and mailing address**

Karen L. Cova

17 Santa Loretta

Rancho Santa Margarita, CA 92688

Date or dates debt was incurred

Last 4 digits of account number   0   2   4   1

**As of the petition filing date, the claim is:**   **$26,231.46**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.568**   **Nonpriority creditor's name and mailing address**

Karen Lawres & Linda Luther

8566 Van Ness Court, #21A

Huntington Beach, CA 92646

Date or dates debt was incurred

Last 4 digits of account number   0   5   7   1

**As of the petition filing date, the claim is:**   **$4,568.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.569** **Nonpriority creditor's name and mailing address**

Karl Akkerman

81 Beverly Dr

Camarillo, CA 93010-2335

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  1  8

As of the petition filing date, the claim is:          $40,952.39
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.570** **Nonpriority creditor's name and mailing address**

Katharine Hubbard

1300 North Ardmore Avenue

Manhattan Beach, CA 90266

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  6  6

As of the petition filing date, the claim is:          $12,123.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571** **Nonpriority creditor's name and mailing address**

Kathleen & Paul Ruez

592 El Miraso

Vista, CA 92083

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  6  6

As of the petition filing date, the claim is:          $51,431.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.572** **Nonpriority creditor's name and mailing address**

Kathleen E. Ruez

592 El Miraso

Vista, CA 92083

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  6  7

As of the petition filing date, the claim is:          $9,534.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3" style="background:black;color:white">**Part 2:** Additional Page</td></tr>
</table>

### 3.573

**Nonpriority creditor's name and mailing address**

Kathleen Kruidhof

252 South Misurina Drive

St. George, UT 84770

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  4  7

**As of the petition filing date, the claim is:**  $13,337.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,449.11 Active - In
**Basis for the claim:**  SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.574

**Nonpriority creditor's name and mailing address**

Kathleen Kruidhof

252 South Misurina Drive

St. George, UT 84770

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.575

**Nonpriority creditor's name and mailing address**

Kathy V. Trombley

17447 Plaza Cerado Unit 116

San Diego, CA 92128-2381

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  1  8

**As of the petition filing date, the claim is:**  $7,077.87
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Investor: Active - In
**Basis for the claim:**  SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.576

**Nonpriority creditor's name and mailing address**

Kathy Y. & Michael T. Harada

6802 Red Coach Dr.

Huntington Beach, CA 92647

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     **Acclivity West, LLC**                                        Case number *(if known)*    **24-90002**
           Name

---

**Part 2:**   Additional Page

---

**3.577**  **Nonpriority creditor's name and mailing address**

Keith Bennett

345 West Vartikian

Clovis, CA 93612

Date or dates debt was incurred  _____

Last 4 digits of account number    0   0   8   4

**As of the petition filing date, the claim is:**
*Check all that apply.*                                   $0.00
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.578**  **Nonpriority creditor's name and mailing address**

Keith Leslie Bergen

401 Rosarita Drive

Fullerton, CA 92835

Date or dates debt was incurred  _____

Last 4 digits of account number    0   0   8   8

**As of the petition filing date, the claim is:**
*Check all that apply.*                                   $46,143.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.579**  **Nonpriority creditor's name and mailing address**

Kelly P. Smith_ROTHIRA0186

22331 Canyon Crest Drive

Mission Viejo, CA 92692

Date or dates debt was incurred  _____

Last 4 digits of account number    0   9   3   1

**As of the petition filing date, the claim is:**
*Check all that apply.*                                   $17,197.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.580**  **Nonpriority creditor's name and mailing address**

Kelly P. Smith_TRADIRA0189

22331 Canyon Crest Drive

Mission Viejo, CA 92692

Date or dates debt was incurred  _____

Last 4 digits of account number    0   9   3   2

**As of the petition filing date, the claim is:**
*Check all that apply.*                                   $13,105.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*   **24-90002**
Name

---

**Part 2:**   Additional Page

---

**3.581**

**Nonpriority creditor's name and mailing address**

Ken Frank

9821 Katy Freeway Ste 305

Houston, TX 77024

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.582**

**Nonpriority creditor's name and mailing address**

Kenneth & Ada Chuang

17 Silver Fern

Irvine, CA 92603

Date or dates debt was incurred   _____

Last 4 digits of account number   0  2  1  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$129,701.56

---

**3.583**

**Nonpriority creditor's name and mailing address**

Kenneth & Holly Zhang 2000 Family Trust

6941 Sitio Cordero

Carlsbad, CA 92009

Date or dates debt was incurred   _____

Last 4 digits of account number   1  1  2  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,223.62

---

**3.584**

**Nonpriority creditor's name and mailing address**

Kenneth C. and Mary F. Wilson Revocable Living Trust

6313 Emerald Ridge Way

Jurupa Valley, CA 91752

Date or dates debt was incurred   _____

Last 4 digits of account number   1  0  8  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor __**Acclivity West, LLC**__  Case number *(if known)* __**24-90002**__
Name

---

**Part 2:**  Additional Page

---

**3.585** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
--- | --- | --- | ---

Kenneth E. Millette

*Check all that apply.*

2400 Ximeno Avenue

☑ Contingent
☑ Unliquidated
☐ Disputed

Long Beach, CA 90815

**Active - Out of Swap**
**Basis for the claim:** Client

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  6  8  7

---

**3.586** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Kenneth E. Millette

*Check all that apply.*

2400 Ximeno Avenue

☑ Contingent
☑ Unliquidated
☐ Disputed

Long Beach, CA 90815

**Basis for the claim:** LSSF Investor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$70,124.03**

Kenneth Martini

*Check all that apply.*

7612 Camino Abierto

☐ Contingent
☑ Unliquidated
☐ Disputed

Carlsbad, CA 92009

**Active - In SWAP/LOF:**
**Basis for the claim:** Redemption

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  6  5  2

---

**3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Kenneth Owyang

*Check all that apply.*

1092 Edgewater Boulevard

☑ Contingent
☑ Unliquidated
☐ Disputed

Foster City, CA 94404

**Active - Out of Swap**
**Basis for the claim:** Client

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0  7  6  2

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### 3.589

**Nonpriority creditor's name and mailing address**

Kenneth W Bowman

9015 North Indigo Circle

Camas, WA 98607

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _0_ _1_ _2_ _6_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

### 3.590

**Nonpriority creditor's name and mailing address**

Kevin & Sandra Haeberle

3833 East 2nd Street, #202

Long Beach, CA 90803

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _0_ _4_ _0_ _1_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,583.81

---

### 3.591

**Nonpriority creditor's name and mailing address**

Kevin G. Ellison, Sr.

6615 Blue Sky Court

San Bernardino, CA 92407

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _0_ _3_ _0_ _1_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

### 3.592

**Nonpriority creditor's name and mailing address**

Kevin K. Wong

25001 Pam Court

Laguna Niguel, CA 92677

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _1_ _0_ _9_ _4_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,312.81

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

### Part 2: Additional Page

**3.593** Nonpriority creditor's name and mailing address

Kim Ferguson

3101 Bancroft Street

San Diego, CA 92104

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  2  2

As of the petition filing date, the claim is:    $15,810.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.594** Nonpriority creditor's name and mailing address

Kim Ferguson

3101 Bancroft Street

San Diego, CA 92104

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.595** Nonpriority creditor's name and mailing address

Kimberley D. Collier

7353 Glenview Place

Rancho Cucamonga, CA 91730

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  2  0

As of the petition filing date, the claim is:    $18,844.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.596** Nonpriority creditor's name and mailing address

Kimberley D. Collier

7353 Glenview Place

Rancho Cucamonga, CA 91730

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**
Name                                                    Case number *(if known)*    **24-90002**

---

**Part 2:**  Additional Page

---

**3.597**  Nonpriority creditor's name and mailing address

Kimberly A. Nielsen

30430 N 116th Ln

Peoria, AZ 85383-4574

Date or dates debt was incurred

Last 4 digits of account number    0  7  3  7

As of the petition filing date, the claim is:    $18,401.24
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.598**  Nonpriority creditor's name and mailing address

Kingdom Insurance Inc.

5400 Tech Circle

Moorpark, CA 93021

Date or dates debt was incurred

Last 4 digits of account number    0  5  2  8

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.599**  Nonpriority creditor's name and mailing address

Kip Turley

13801 East Teague Avenue

Clovis, CA 93619

Date or dates debt was incurred

Last 4 digits of account number    1  0  2  2

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.600**  Nonpriority creditor's name and mailing address

Kip Turley

13801 East Teague Avenue

Clovis, CA 93619

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

### Part 2: Additional Page

**3.601** **Nonpriority creditor's name and mailing address**

Kirit & Bharti Merchant

649 South Gilback Dr.

Anaheim, CA 92802

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.602** **Nonpriority creditor's name and mailing address**

Kirit V. & Gita K. Patel Trust of 2015

10994 Carriage Drive

Rancho Cucamonga, CA 91737

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  7  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,974.22

---

**3.603** **Nonpriority creditor's name and mailing address**

Kirsten Hoyer

329 Estates Drive

Ben Lomond, CA 95005

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  6  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** $11,635.17 Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,635.17

---

**3.604** **Nonpriority creditor's name and mailing address**

Klaer Family Trust DTD 6/15/96

1621 Blueberry Way

Tustin, CA 92780

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  3  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,044.78

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.605

**Nonpriority creditor's name and mailing address**

Larry J. Luegering

9505 Alder Street

Rancho Cucamonga, CA 91730

Date or dates debt was incurred _____

Last 4 digits of account number   0  6  2  0

**As of the petition filing date, the claim is:**   $21,634.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.606

**Nonpriority creditor's name and mailing address**

Larry Krupp

7 Spruce Lane

Lafayette, CA 94549

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  4  8

**As of the petition filing date, the claim is:**   $8,616.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.607

**Nonpriority creditor's name and mailing address**

Larry Smith

7841 Seabreeze Dr.

Huntington Beach, CA 92648

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  3  3

**As of the petition filing date, the claim is:**   $5,942.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.608

**Nonpriority creditor's name and mailing address**

Larry Smith

7841 Seabreeze Dr.

Huntington Beach, CA 92648

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Acclivity West, LLC**
          Name

Case number *(if known)*    **24-90002**

---

**Part 2:** Additional Page

---

**3.609** Nonpriority creditor's name and mailing address

Laura Gurries

2303 Porter Road

Nashville, TN 37206

Date or dates debt was incurred

Last 4 digits of account number    0  5  6  9

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.610** Nonpriority creditor's name and mailing address

Laureano Corpuz

26132 Clydesdale Lane

Moreno Valley, CA 92555

Date or dates debt was incurred

Last 4 digits of account number    0  2  3  0

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$14,645.39

---

**3.611** Nonpriority creditor's name and mailing address

Lawrence Wong

1228 Condor Ct.

Concord, CA 94521

Date or dates debt was incurred

Last 4 digits of account number    1  0  9  5

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.612** Nonpriority creditor's name and mailing address

Le Etta Marie Engblom

2755 E Viking Ave

Anaheim, CA 92806

Date or dates debt was incurred

Last 4 digits of account number    0  3  0  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$15,712.93

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.613

**Nonpriority creditor's name and mailing address**

Le Etta Marie Engblom

2755 E Viking Ave

Anaheim, CA 92806

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.614

**Nonpriority creditor's name and mailing address**

Leann M. Terlecki

29170 Edgewood Drive

Lake Elsinore, CA 92530

Date or dates debt was incurred _____

Last 4 digits of account number 1 0 0 4

**As of the petition filing date, the claim is:** $7,989.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.615

**Nonpriority creditor's name and mailing address**

Lee Bufalini

P.O. Box 907

Benicia, CA 94510

Date or dates debt was incurred _____

Last 4 digits of account number 0 1 5 0

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.616

**Nonpriority creditor's name and mailing address**

Lee Family Trust

611 Ambience Way

Danville, CA 94506

Date or dates debt was incurred _____

Last 4 digits of account number 0 5 8 0

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.617** Nonpriority creditor's name and mailing address

Leland & Sandy Toy Joint Living Trust

8235 Moller Ranch DriveÈ

Pleasanton , CA 94588

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  1  4

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap** Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.618** Nonpriority creditor's name and mailing address

Leland Toy

8235 Moller Ranch DriveÈ

Pleasanton , CA 94588

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  1  5

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap** Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.619** Nonpriority creditor's name and mailing address

Lelia Mae Gilkey

473 W. Huntington Ave.

MTN House, CA 95391

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  6  8

As of the petition filing date, the claim is:    $5,854.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.620** Nonpriority creditor's name and mailing address

Lelia Mae Gilkey

473 W. Huntington Ave.

MTN House, CA 95391

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
            Name

## Part 2: Additional Page

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Lenard Wysinger** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **7607 Weld St.** | | |
| | **Oakland, CA 94621** | Basis for the claim: **LSSF Investor** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,303.92 |
|---|---|---|---|
| | **Leonard Mlodinow** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **1970 LaFrance Avenue** | | |
| | **South Pasadena, CA 91030** | Basis for the claim: **Active - In SWAP/LOF** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  0  6  9  1 | ☑ No<br>☐ Yes | |

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Leonard Mlodinow** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **1970 LaFrance Avenue** | | |
| | **South Pasadena, CA 91030** | Basis for the claim: **LSSF Investor** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $33,050.63 |
|---|---|---|---|
| | **Leslie Bjornnes_Nonqualified** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **10111 Lilly Pad Lake Court** | | |
| | **Dublin, CA 94568** | Basis for the claim: **Active - In SWAP/LOF;<br>Redemption** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  0  1  0  0 | ☑ No<br>☐ Yes | |

Debtor **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

## Part 2: Additional Page

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,538.98 |
|---|---|---|---|

**3.625**

**Nonpriority creditor's name and mailing address**

Leslie Bjornnes_Qualified

10111 Lilly Pad Lake Court

Dublin, CA 94568

Date or dates debt was incurred _____

Last 4 digits of account number   0  1  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$10,538.98

---

**3.626**

**Nonpriority creditor's name and mailing address**

Leticia Robledo

155 19th Street

San Diego, CA 92102

Date or dates debt was incurred _____

Last 4 digits of account number   0  8  5  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$5,507.16

---

**3.627**

**Nonpriority creditor's name and mailing address**

Leung Family Trust

18699 Redwood St

Fountain Valley, CA 92708

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  9  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$4,450.56

---

**3.628**

**Nonpriority creditor's name and mailing address**

Leung Family Trust

18699 Redwood St

Fountain Valley, CA 92708

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.629**

**Nonpriority creditor's name and mailing address**

Lew & Joanna Stansby Living Trust Dated 8/3/15

8221 Brittany Drive

Dublin, CA 94568

Date or dates debt was incurred _____

Last 4 digits of account number    0  9  4  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$24,336.20

---

**3.630**

**Nonpriority creditor's name and mailing address**

Life Settlement Strategies of FL, LLC

Mr. Gabe L. Green

1001 Tamiami Rail N. Suite 402

Naples, FL 34108

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$0.00

---

**3.631**

**Nonpriority creditor's name and mailing address**

Lily Chan MaGuire Trust

1325 Magnolia Ave

Millbrae, CA 94030-1320

Date or dates debt was incurred _____

Last 4 digits of account number    0  6  3  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,331.54

---

**3.632**

**Nonpriority creditor's name and mailing address**

Lily Hubbard

1300 North Ardmore Avenue

Manhattan Beach, CA 90266

Date or dates debt was incurred _____

Last 4 digits of account number    0  4  6  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,123.54

---

Debtor   **Acclivity West, LLC**
         Name

Case number *(if known)*   **24-90002**

---

**Part 2:**   Additional Page

---

**3.633**   **Nonpriority creditor's name and mailing address**

**Linda F. Nitsos_Qualified**

**10960 Goldeneye Avenue**

**Fountain Valley, CA 92708**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   7   4   0**

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.634**   **Nonpriority creditor's name and mailing address**

**Linda Howit**

**2340 Vistaridge Lane**

**Signal Hill, CA 90755**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   4   6   0**

As of the petition filing date, the claim is:   **$9,013.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.635**   **Nonpriority creditor's name and mailing address**

**Linda Howit**

**2340 Vistaridge Lane**

**Signal Hill, CA 90755**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.636**   **Nonpriority creditor's name and mailing address**

**Linda K. More**

**2937 Via San Jacinto**

**San Clemente, CA 92672**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   7   0   2**

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
          Name

---

**Part 2:**  Additional Page

---

**3.637**  **Nonpriority creditor's name and mailing address**

Linda M. Johnson

8188 Brookhaven Court

San Diego, CA 92114

Date or dates debt was incurred    _____

Last 4 digits of account number    0  4  9  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,210.91

---

**3.638**  **Nonpriority creditor's name and mailing address**

Linda M. Johnson

8188 Brookhaven Court

San Diego, CA 92114

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.639**  **Nonpriority creditor's name and mailing address**

Lisa Houk (Beneficiary IRA)

147 North Helm Avenue

Clovis, CA 93612

Date or dates debt was incurred    _____

Last 4 digits of account number    0  4  5  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,519.08

---

**3.640**  **Nonpriority creditor's name and mailing address**

Lloyd & Thelma Chelli

2251 Knolls Drive

Santa Rosa, CA 95405

Date or dates debt was incurred    _____

Last 4 digits of account number    0  1  9  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,640.01

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.641** Nonpriority creditor's name and mailing address

Locke Lord LLP

600 Travis Street 2800

Houstoo, TX 77002

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.642** Nonpriority creditor's name and mailing address

Lola Smith

22331 Canyon Crest Drive

Mission Viejo, CA 92692

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  3  4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,406.57**

---

**3.643** Nonpriority creditor's name and mailing address

Lopez Revocable Trust Dated 11/25/2013 Elizabeth Jane
Lopez & Loren J. Quintin, Trustees

1650 Gilmartin Drive

San Diego, CA 92114

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  1  3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,470.68**

---

**3.644** Nonpriority creditor's name and mailing address

Loree L Blough_Nonqualified

25761 Nellie Gail Rd

Laguna Hills, CA 92653-6135

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  1  3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23,370.98**

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.645**

Nonpriority creditor's name and mailing address

**Loree L Blough_Qualified**

**25761 Nellie Gail Rd**

**Laguna Hills, CA 92653-6135**

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  1  4

As of the petition filing date, the claim is: **$22,789.69**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.646**

Nonpriority creditor's name and mailing address

**Lori L. Hockemeyer**

**734 East Serena Avenue**

**Fresno, CA 93720**

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  4  6

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.647**

Nonpriority creditor's name and mailing address

**Lori L. Hockemeyer**

**734 East Serena Avenue**

**Fresno, CA 93720**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.648**

Nonpriority creditor's name and mailing address

**Lori Paulin Revocable Trust**

**14 Phyllis Court**

**Belmont, CA 94002**

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  8  0

As of the petition filing date, the claim is: **$3,652.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.649** | **Nonpriority creditor's name and mailing address**

Lorraine Montoya

3528 Corte Yolanda

Carlsbad, CA 92009

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  9  6

**As of the petition filing date, the claim is:**    $19,671.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address**

Louella F. Kwok

2930 Roadrunner Ct

Highland, CA 92346

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  4  9

**As of the petition filing date, the claim is:**    $11,852.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address**

Louella F. Kwok

2930 Roadrunner Ct

Highland, CA 92346

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address**

Louise D. Murphy

9496 Pats Point Drive

Corona, CA 92883

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  1  4

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Acclivity West, LLC**

Name

Case number *(if known)*   **24-90002**

---

**Part 2:**   Additional Page

---

**3.653**

**Nonpriority creditor's name and mailing address**

Louise E. Houle

9067 Cattaraugus Ave

Los Angeles, CA 90034

Date or dates debt was incurred

Last 4 digits of account number   0  4  5  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,149.78

---

**3.654**

**Nonpriority creditor's name and mailing address**

Lucien O. Cox MD Profit Sharing Plan

1127 Wilshire Blvd #700

Los Angeles, CA 90017

Date or dates debt was incurred

Last 4 digits of account number   0  2  4  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,480.30

---

**3.655**

**Nonpriority creditor's name and mailing address**

Lucrezia Marisol Scrugham

Condominio Hacienda del Comendador, Casa J 121
Kil—metro 52.5 Carretera a San Miguel Due–as

SacatepŽquez, n/a

Date or dates debt was incurred

Last 4 digits of account number   0  8  9  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,881.09

---

**3.656**

**Nonpriority creditor's name and mailing address**

Luis Abad Andres

12446 Chestnut PL

Chino, CA 91710

Date or dates debt was incurred

Last 4 digits of account number   0  0  3  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,940.37

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.657** Nonpriority creditor's name and mailing address

Luis Abad Andres

12446 Chestnut PL

Chino, CA 91710

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.658** Nonpriority creditor's name and mailing address

Luzviminda M. Andal

6 Commons Lane

Foster City, CA 94404

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  2  4

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.659** Nonpriority creditor's name and mailing address

Lyle A. Nielsen

30430 N 116th Ln

Peoria, AZ 85383-4574

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  3  8

As of the petition filing date, the claim is: $3,197.97
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.660** Nonpriority creditor's name and mailing address

Lyle A. Nielsen

30430 North 116th Lane

Peoria, AZ 85383

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
Name

---

**Part 2:**  Additional Page

---

**3.661**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $45,437.58
*Check all that apply.*

Lynda R. Hepner

2781 Southampton Road                                  ☐ Contingent
                                                       ☐ Unliquidated
Carlsbad, CA 92010                                     ☐ Disputed

                                                       Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred  _____          **Is the claim subject to offset?**
                                                       ☑ No
Last 4 digits of account number   0  4  3  1           ☐ Yes

---

**3.662**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $8,721.95
*Check all that apply.*

Mae Krause

6211 Gumm Drive                                        ☐ Contingent
                                                       ☐ Unliquidated
Huntington Beach, CA 92647                             ☐ Disputed

                                                       Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred  _____          **Is the claim subject to offset?**
                                                       ☑ No
Last 4 digits of account number   0  5  4  5           ☐ Yes

---

**3.663**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $17,334.51
*Check all that apply.*

Mahendra Patel

6062 Marilyn Drive                                     ☐ Contingent
                                                       ☐ Unliquidated
Cypress, CA 90630                                      ☐ Disputed

                                                       Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred  _____          **Is the claim subject to offset?**
                                                       ☑ No
Last 4 digits of account number   0  7  7  4           ☐ Yes

---

**3.664**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:        $17,107.59
*Check all that apply.*

Maiorano Family Trust DTD 5/20/98

2046 Redding Way                                       ☐ Contingent
                                                       ☐ Unliquidated
Upland, CA 91784                                       ☐ Disputed

                                                       Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred  _____          **Is the claim subject to offset?**
                                                       ☑ No
Last 4 digits of account number   0  6  3  5           ☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.665**

**Nonpriority creditor's name and mailing address**

Malinda K. Corder

2203 East Omaha

Fresno, CA 93720

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  2  8

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.666**

**Nonpriority creditor's name and mailing address**

Malinda K. Corder

2203 East Omaha

Fresno, CA 93720

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.667**

**Nonpriority creditor's name and mailing address**

Marc Franklin_TRAD0811

1942 Port Albans Pl

Newport Beach, CA 92660-5344

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  3  8

**As of the petition filing date, the claim is:**  $117,286.91
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668**

**Nonpriority creditor's name and mailing address**

Marc G. Jurusz

7059 Zubaron Lane

Carlsbad, CA 92009

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  0  8

**As of the petition filing date, the claim is:**  $32,360.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.669** Nonpriority creditor's name and mailing address

Marcia Hubbard

11353 Avenida De Los Lobos Apt D

San Diego, CA 92127

Date or dates debt was incurred _____

Last 4 digits of account number  **0   4   6   8**

As of the petition filing date, the claim is:  **$6,771.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.670** Nonpriority creditor's name and mailing address

Marcianne Franklin

1942 Port Albans Place

Newport Beach, CA 92660

Date or dates debt was incurred _____

Last 4 digits of account number  **0   3   3   9**

As of the petition filing date, the claim is:  **$8,561.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.671** Nonpriority creditor's name and mailing address

Maria A. Enriquez

6452 Citadel Drive

Huntington Beach,, CA 92647

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.672** Nonpriority creditor's name and mailing address

Maria I. Buse

14142 San Antonio Drive

Rancho Cucamonga, CA 91739

Date or dates debt was incurred _____

Last 4 digits of account number  **0   1   6   2**

As of the petition filing date, the claim is:  **$28,648.12**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**
Name

Case number *(if known)*    **24-90002**

---

**Part 2:** Additional Page

---

**3.673** Nonpriority creditor's name and mailing address
**Maria I. Buse**

**14142 San Antonio Drive**

**Rancho Cucamonga, CA 91739**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.674** Nonpriority creditor's name and mailing address
**Maria Isabel A. Lopez**

**3010 Landsdale Street**

**San Mateo, CA 94403**

Date or dates debt was incurred

Last 4 digits of account number    0   6   1   4

As of the petition filing date, the claim is:    $8,095.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.675** Nonpriority creditor's name and mailing address
**Maria Lanni**

**349 South Walter**

**Newbury Park, CA 91320**

Date or dates debt was incurred

Last 4 digits of account number    0   5   6   4

As of the petition filing date, the claim is:    $55,392.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.676** Nonpriority creditor's name and mailing address
**Marian Julia Cable**

**3500 Buchanan Ave # 227**

**Riverside, CA 92503**

Date or dates debt was incurred

Last 4 digits of account number    0   1   6   7

As of the petition filing date, the claim is:    $5,756.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**
Name

Case number *(if known)*    **24-90002**

---

**Part 2:**  Additional Page

---

**3.677**  **Nonpriority creditor's name and mailing address**

Marian Julia Cable

3500 Buchanan Ave # 227

Riverside, CA 92503

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678**  **Nonpriority creditor's name and mailing address**

Marianne M. Costello

9471 Cherry Hills Lane

San Ramon, CA 94583

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  3  7

**As of the petition filing date, the claim is:**    $10,001.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679**  **Nonpriority creditor's name and mailing address**

Marigene Gordon

895 East Quincy Avenue

Fresno, CA 93720

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  7  8

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.680**  **Nonpriority creditor's name and mailing address**

Marilyn Linderman

3015 Lakeview Terrace

Fullerton, CA 92835

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  0  4

**As of the petition filing date, the claim is:**    $13,224.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.681** Nonpriority creditor's name and mailing address

Mario Tejeda

6390 Lake Leven Drive

San Diego, CA 92119

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  9  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$4,418.25

---

**3.682** Nonpriority creditor's name and mailing address

Mario Tejeda

6390 Lake Leven Drive

San Diego, CA 92119

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.683** Nonpriority creditor's name and mailing address

Mark & Elvira Sigal Family Trust

22569 Canyon Ridge Place

Castro Valley, CA 94552

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  1  8

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.684** Nonpriority creditor's name and mailing address

Mark Anderson

9688 Stark Rd.

Stockton, CA 95206

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  3  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$2,924.56

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Acclivity West, LLC**
Name

Case number *(if known)*    **24-90002**

---

**Part 2:    Additional Page**

---

**3.685**  **Nonpriority creditor's name and mailing address**

Mark Arola

1363 Bordeaux Street

Pleasanton, CA 94566

Date or dates debt was incurred

Last 4 digits of account number    0  0  4  5

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.686**  **Nonpriority creditor's name and mailing address**

Mark Gerhard Gay

1307 Armando Street

Upland, CA 91786

Date or dates debt was incurred

Last 4 digits of account number    0  3  5  3

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.687**  **Nonpriority creditor's name and mailing address**

Mark S. Zdrojewski

24041 Dory Drive

Laguna Niguel, CA 92677

Date or dates debt was incurred

Last 4 digits of account number    1  1  2  1

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.688**  **Nonpriority creditor's name and mailing address**

Marrilee Kay Shannon

14450 Rattlesnake Road

Grass Valley, CA 95945

Date or dates debt was incurred

Last 4 digits of account number    0  8  9  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$59,822.93

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.689** | **Nonpriority creditor's name and mailing address**

Marsha P. Jackson

1002 62nd Street

Oakland, CA 94608

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  8  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.690** | **Nonpriority creditor's name and mailing address**

Martha Carranza & Bob Hanson

68 Listo Street

Rancho Mission Viejo, CA 92630

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  7  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,147.46

---

**3.691** | **Nonpriority creditor's name and mailing address**

Martha Mossman

11937 La Cima Dr.

La Mirada, CA 90638

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  0  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,797.50

---

**3.692** | **Nonpriority creditor's name and mailing address**

Martin M. Valadez

7551 Pinot Place

Rancho Cucamonga, CA 91739

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  2  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,062.08

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 174 of 289

Debtor **Acclivity West, LLC**
Name

Case number *(if known)*          **24-90002**

---

| Part 2: | Additional Page |
|---|---|

---

**3.693**

**Nonpriority creditor's name and mailing address**

Martin M. Valadez

7551 Pinot Place

Rancho Cucamonga, CA 91739

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.694**

**Nonpriority creditor's name and mailing address**

Marvin H. Jobes

17685 SE 132nd Ct.

Weirsdale, FL 32195

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  9  2

**As of the petition filing date, the claim is:**  $13,632.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.695**

**Nonpriority creditor's name and mailing address**

Mary Ann G. & Reymond Frlekin

3512 Sagamore Dr

Huntingtn Bch, CA 92649-2518

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  4  3

**As of the petition filing date, the claim is:**  $35,234.84
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.696**

**Nonpriority creditor's name and mailing address**

Mary Elmgren, Beneficiary of Mark Elmgren (Dec'd)

5648 Palm Avenue

Whittier, CA 90601

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  0  2

**As of the petition filing date, the claim is:**  $56,231.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**3.697** | Nonpriority creditor's name and mailing address

Mary F. Wilson

6313 Emerald Ridge Way

Jurupa Valley, CA 91752

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  8  7

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.698** | Nonpriority creditor's name and mailing address

Mary G. Holcombe

2612 Calle Onice

San Clemente, CA 92673

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  4  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$57,848.06

---

**3.699** | Nonpriority creditor's name and mailing address

Mary G. Holcombe

2612 Calle Onice

San Clemente, CA 92673

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.700** | Nonpriority creditor's name and mailing address

Mary Lamb Living Trust DTD 10/19/12

11352 Lambert Avenue

El Monte, CA 91732

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  5  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$11,092.48

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.701** | **Nonpriority creditor's name and mailing address**
Maryse McConnell

556 Santa Teresita Court

Escondido, CA 92029

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  6  1

**As of the petition filing date, the claim is:**        $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address**
Masbanji Trust

6554 Fair Avenue

North Hollywood, CA 91606

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  5  3

**As of the petition filing date, the claim is:**        $62,053.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address**
Mason Emil Gerardi_Nonqualified

11311 Rittenwood Ct

Riverside, CA 92503

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  6  1

**As of the petition filing date, the claim is:**        $12,637.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address**
Mason Emil Gerardi_Nonqualified

11311 Rittenwood Ct

Riverside, CA 92503

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**        $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.705** Nonpriority creditor's name and mailing address
**Mason Emil Gerardi_Qualified**

**11311 Rittenwood Ct**

**Riverside, CA 92503**

Date or dates debt was incurred _____

Last 4 digits of account number **0 3 6 2**

As of the petition filing date, the claim is: **$13,495.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.706** Nonpriority creditor's name and mailing address
**Masoud Dehdari**

**1000 Mambo Way**

**Roseville, CA 95747**

Date or dates debt was incurred _____

Last 4 digits of account number **0 2 6 3**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.707** Nonpriority creditor's name and mailing address
**Masoud Vahidi**

**1000 Mambo Way**

**Roseville, CA 95747-4343**

Date or dates debt was incurred _____

Last 4 digits of account number **1 0 2 7**

As of the petition filing date, the claim is: **$47,839.47**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.708** Nonpriority creditor's name and mailing address
**Matthew Rickert**

**619 Weatherstone Way**

**San Marcos, CA 92078**

Date or dates debt was incurred _____

Last 4 digits of account number **0 8 4 8**

As of the petition filing date, the claim is: **$2,977.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.709** | **Nonpriority creditor's name and mailing address**

Matthew Stokes

26229 Copper Hill Drive, Unit 98

Santa Clarita, CA 91350

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  6  3

**As of the petition filing date, the claim is:** $7,940.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address**

Mattias & Gabrielle Bergman

4240 Marble Ridge Road

El Dorado Hills, CA 95762

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  8  9

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address**

Mean-Fun Max Cheng

6462 Pfeiffer Ranch Road

San Jose, CA 95120

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  9  9

**As of the petition filing date, the claim is:** $48,657.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address**

Mehul I. Parikh

2584 Saratoga Drive

Fullerton, CA 92835

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  6  8

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

| Part 2: | Additional Page |
|---|---|

**3.713** Nonpriority creditor's name and mailing address

Mei Lian Croft

13160 Nassau Dr Apt 211f

Seal Beach, CA 90740-3225

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  4  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$2,523.22

---

**3.714** Nonpriority creditor's name and mailing address

Mei Lian Croft

13160 Nassau Dr. Apt. 211F

Seal Beach, CA 90740

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.715** Nonpriority creditor's name and mailing address

Mei Pettyjohn

2205 E Niles Ave

Fresno, CA 93720-0412

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  9  5

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.716** Nonpriority creditor's name and mailing address

Merilyn B. Reolegio

14516 Becker Dr

Eastvale, CA 92880-7801

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  4  0

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **Acclivity West, LLC**
_____
Name

Case number *(if known)*   **24-90002**
_____

---

## Part 2: Additional Page

**3.717** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,979.09**
*Check all that apply.*

Merritt Investment Trust

c/o Stewart Hsieh

2425 Mission St Ste 3

San Marino, CA 91108-1620

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  8  2

---

**3.718** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

Merritt Investment Trust

c/o Stewart Hsieh 2425 Mission Street, Suite 3

San Marino, CA 91108

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number  __  __  __  __

---

**3.719** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,642.23**
*Check all that apply.*

Michael A. Bula_Nonqualified

18 Eastridge

Coto De Caza, CA 92679-4702

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  5  3

---

**3.720** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$72,137.56**
*Check all that apply.*

Michael A. Bula_Trad7163

18 Eastridge

Coto De Caza, CA 92679-4702

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  5  5

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.721** | **Nonpriority creditor's name and mailing address**

Michael A. Sarrie Living Trust DTD 12/9/05

3135 Cerulean Ct

Melbourne, FL 32904-2111

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  8  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,794.94

---

**3.722** | **Nonpriority creditor's name and mailing address**

Michael A. Sarrie Living Trust DTD 12/9/05

3135 Curilean Court

Melbourne, FL 32904

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.723** | **Nonpriority creditor's name and mailing address**

Michael C. Markowski

5792 Carbeck Dr

Huntingtn Bch, CA 92648-1000

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  4  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.724** | **Nonpriority creditor's name and mailing address**

Michael G. Harris

3416 Evergreen Dr

Ontario, CA 91761-0323

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  1  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,322.52

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.725** | **Nonpriority creditor's name and mailing address**

Michael G. Harris

3416 Ever Green Dr.

Ontario, CA 91761

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __LSSF Investor__

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.726** | **Nonpriority creditor's name and mailing address**

Michael G. Mormann

9197 Banyan Street

Rancho Cucamonga, CA 91737

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __LSSF Investor__

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.727** | **Nonpriority creditor's name and mailing address**

Michael G. Taylor

270 W Loyola Ave

Clovis, CA 93619-3739

Date or dates debt was incurred _____

Last 4 digits of account number __0_ _9_ _9_ _6_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Active - Out of Swap**
Basis for the claim: __Client__

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.728** | **Nonpriority creditor's name and mailing address**

Michael G. Taylor

270 W. Loyola Ave.

Clovis, CA 93619

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __LSSF Investor__

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.729** **Nonpriority creditor's name and mailing address**

Michael J. Reid

1624 Corte Orchidia

Carlsbad, CA 92011-4063

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  3  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,666.79

---

**3.730** **Nonpriority creditor's name and mailing address**

Michael Lancaster_Nonqualified

208 Calle Tranquillo

Palm Springs, CA 92262-5107

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  6  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,576.46

---

**3.731** **Nonpriority creditor's name and mailing address**

Michael Lancaster_Qualified

208 Calle Tranquillo

Palm Springs, CA 92262-5107

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  6  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,201.48

---

**3.732** **Nonpriority creditor's name and mailing address**

Michael Louis Kientz_Nonqualified

20132 Crater Cir

Huntingtn Bch, CA 92646-4819

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  1  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,774.48

---

Debtor   **Acclivity West, LLC**                              Case number *(if known)*         **24-90002**
Name

---

**Part 2:**   Additional Page

---

**3.733**  Nonpriority creditor's name and mailing address

Michael Louis Kientz_Nonqualified

20132 Crater Cir

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**         $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.734**  Nonpriority creditor's name and mailing address

Michael Louis Kientz_Qualified

20132 Crater Cir

Huntingtn Bch, CA 92646-4819

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  2  0

**As of the petition filing date, the claim is:**         $12,661.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.735**  Nonpriority creditor's name and mailing address

Michael Louis Kientz_Qualified

20132 Crater Cir

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**         $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.736**  Nonpriority creditor's name and mailing address

Michael Major

2117 Carion Ct Unit 206

Pittsburg, CA 94565-4066

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  3  6

**As of the petition filing date, the claim is:**         $14,677.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**                                         Case number *(if known)*    **24-90002**
          Name

---

| Part 2: | Additional Page |

---

**3.737** Nonpriority creditor's name and mailing address

**Michael Muscare**

**150 Las Vegas Blvd N 1503**

**Las Vegas, NV 89101-2940**

Date or dates debt was incurred    _____

Last 4 digits of account number    **0  7  1  5**

As of the petition filing date, the claim is:    **$14,928.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.738** Nonpriority creditor's name and mailing address

**Michael Muscare**

**150 N Las Vegas Blvd Unit 1503**

**Las Vegas, NV 89101**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.739** Nonpriority creditor's name and mailing address

**Michael R. & Beryl C. Henry Trust dtd 3/5/99**

**11346 Drysdale Ln**

**Los Alamitos, CA 90720-2936**

Date or dates debt was incurred    _____

Last 4 digits of account number    **0  4  3  0**

As of the petition filing date, the claim is:    **$225,249.71**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.740** Nonpriority creditor's name and mailing address

**Michael Whitener**

**2405 Graham Ave**

**Redondo Beach, CA 90278-2121**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1  0  7  2**

As of the petition filing date, the claim is:    **$25,955.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*      **24-90002**
     Name

---

**Part 2:**  Additional Page

---

**3.741**  **Nonpriority creditor's name and mailing address**

Michael Whitener

2405 Graham Avenue

Redondo Beach, CA 90278

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.742**  **Nonpriority creditor's name and mailing address**

Michele M. Fraser

2531 Point Del Mar

Corona DI Mar, CA 92625-1550

Date or dates debt was incurred

Last 4 digits of account number  0  3  4  0

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.743**  **Nonpriority creditor's name and mailing address**

Michelle Howell

454 S Waverly Ln Apt 202

Fresno, CA 93727-4607

Date or dates debt was incurred

Last 4 digits of account number  0  4  5  9

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.744**  **Nonpriority creditor's name and mailing address**

Middleton Family Irrevocable Trust

Po Box 1131

Sugarloaf, CA 92386-1131

Date or dates debt was incurred

Last 4 digits of account number  0  6  8  4

**As of the petition filing date, the claim is:**      $27,779.84
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Acclivity West, LLC**  Case number *(if known)*  **24-90002**
Name

**Part 2:**  Additional Page

**3.745**  **Nonpriority creditor's name and mailing address**

Miguel Magana

963 9th Ave

Hacienda Hts, CA 91745-1419

Date or dates debt was incurred _____

Last 4 digits of account number  0 6 3 0

**As of the petition filing date, the claim is:**  $7,272.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.746**  **Nonpriority creditor's name and mailing address**

Miguel Perez Jr.

7 Avenida Descanso

Oceanside, CA 92057-6031

Date or dates debt was incurred _____

Last 4 digits of account number  0 7 8 5

**As of the petition filing date, the claim is:**  $53,902.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.747**  **Nonpriority creditor's name and mailing address**

Mila Albay Larson

2924 Pemba Drive

Costa Mesa, CA 92626

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.748**  **Nonpriority creditor's name and mailing address**

Mimi Eva Milne

2613 Aperture Cir

San Diego, CA 92108-2628

Date or dates debt was incurred _____

Last 4 digits of account number  0 6 8 8

**As of the petition filing date, the claim is:**  $25,703.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.749 Nonpriority creditor's name and mailing address**

Mimi Eva Milne

2613 Aperture Circle

San Diego, CA 92108

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.750 Nonpriority creditor's name and mailing address**

Mission Valley Smiles 401k Profit Sharing Plan

2221 Camino Del Rio S Ste 208

San Diego, CA 92108-3611

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  9  0

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751 Nonpriority creditor's name and mailing address**

Mitchell Haynam

Po Box 664

Chino Hills, CA 91709-0023

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  1  9

**As of the petition filing date, the claim is:** $26,593.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.752 Nonpriority creditor's name and mailing address**

Mitchell R. Carp

3064 S Cambridge Dr

Ontario, CA 91761-2684

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  7  1

**As of the petition filing date, the claim is:** $18,690.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

## Part 2: Additional Page

**3.753** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
--- | --- | --- | ---

**3.753**

**Nonpriority creditor's name and mailing address**

Mitchell R. Carp

3064 South Cambridge Drive

Ontario, CA 91761

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.754**

**Nonpriority creditor's name and mailing address**

Mogush Family Limited Partnership

28257 Nebrija

Mission Viejo, CA 92692-1607

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  9  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.755**

**Nonpriority creditor's name and mailing address**

Mohammad M. Rahman

348 Call of the Wild Way

Livermore, CA 94550-8629

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  2  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.756**

**Nonpriority creditor's name and mailing address**

Mong-Lien T. Tran

619 W North St

Anaheim, CA 92805-1733

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  1  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,104.02

Debtor    **Acclivity West, LLC**                                          Case number *(if known)*    **24-90002**
　　　　　Name

---

## Part 2: Additional Page

---

**3.757** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Mong-Lien T. Tran

619 W North Street

Anaheim, CA 92805

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Mrs. Machell Brookens

10219 Priscilla St

Downey, CA 90242-5036

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  3  9

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Mrs. Michele Derek

4606 Willis Ave Apt 210

Sherman Oaks, CA 91403-6020

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  7  4

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,328.30**

Ms. Theda Pannell

2664 Odonnell Dr

San Pablo, CA 94806-1521

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  6  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.761** Nonpriority creditor's name and mailing address

Ms. Theda Pannell

2664 O'Donnell Dr.

San Pablo, CA 94806

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.762** Nonpriority creditor's name and mailing address

Murano Family 1998 Trust

12413 Parker Ranch Rd

Saratoga, CA 95070-6538

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  1  2

As of the petition filing date, the claim is: **$3,652.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.763** Nonpriority creditor's name and mailing address

Nadia Hartmann

1114 Lord Nelson Ln

Foster City, CA 94404-3640

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  1  4

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.764** Nonpriority creditor's name and mailing address

Nancy A. McMurry

310 Windchime Dr

Danville, CA 94506-1110

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  7  0

As of the petition filing date, the claim is: **$7,499.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.765** Nonpriority creditor's name and mailing address

Natalie Johnson

2333 Avalon Way

San Ramon, CA 94582-5717

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  9  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$23,009.59

---

**3.766** Nonpriority creditor's name and mailing address

Nelun Pedris

3205 Deerlane Dr

Duarte, CA 91010-1654

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  8  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$17,203.02

---

**3.767** Nonpriority creditor's name and mailing address

Nguyen C. Thanh

7188 Alder Spring Way

San Jose, CA 95139-1301

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  0  6

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.768** Nonpriority creditor's name and mailing address

Nick Dang

9165 Helm Ave

Fountain Valley, CA 92708

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  5  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$18,652.94

---

Debtor   **Acclivity West, LLC**                                       Case number *(if known)*        **24-90002**
         Name

---

Part 2:   Additional Page

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,178.78 |
|---|---|---|---|

**Nikki Dang_Nonqualified**

**9165 Helm Ave**

**Fountain Valley, CA 92708**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   **0   2   5   3**

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$20,178.78

---

| 3.770 | Nonpriority creditor's name and mailing address |

**Nini W. Bond_ROTHIRA0226**

**1121 Shorecrest Ln**

**Huntingtn Bch, CA 92648-4162**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   **0   1   1   9**

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$16,325.40

---

| 3.771 | Nonpriority creditor's name and mailing address |

**Nini W. Bond_TRADIRA1179**

**1121 Shorecrest Ln**

**Huntingtn Bch, CA 92648-4162**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   **0   1   2   0**

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$23,014.47

---

| 3.772 | Nonpriority creditor's name and mailing address |

**Nini W. Bond_TRADIRA1179**

**1121 Shorecrest Lane**

**Huntington Beach, CA 92648**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.773**

**Nonpriority creditor's name and mailing address**

Nora G. Adishian

1317 W Palo Alto Ave

Fresno, CA 93711-1490

**Date or dates debt was incurred**

**Last 4 digits of account number**   0  0  1  2

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.774**

**Nonpriority creditor's name and mailing address**

Noreen Kosmas

4030 W 168th St

Lawndale, CA 90260-3005

**Date or dates debt was incurred**

**Last 4 digits of account number**   0  5  4  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,338.89

---

**3.775**

**Nonpriority creditor's name and mailing address**

Norman T. & Shirley L. Zhu

16054 Via Media

San Lorenzo, CA 94580-2302

**Date or dates debt was incurred**

**Last 4 digits of account number**   1  1  2  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,382.68

---

**3.776**

**Nonpriority creditor's name and mailing address**

Odette T. & Michael S. Graves

2541 Jasmine Ct.

La Verne, CA 91750

**Date or dates debt was incurred**

**Last 4 digits of account number**   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor **Acclivity West, LLC**

Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.777** Nonpriority creditor's name and mailing address

Olga Shapiro

6054 Lakeview Cir

San Ramon, CA 94582

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.778** Nonpriority creditor's name and mailing address

Owen T. Sweeney

2115 Tuscany Way

Boynton Beach, FL 33435-7806

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  8  1

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
- [x] No
- [ ] Yes

$53,580.00

---

**3.779** Nonpriority creditor's name and mailing address

Owyang Trust DTD 3/23/93

1092 Edgewater Blvd

Foster City, CA 94404-3710

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  6  3

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
- [x] No
- [ ] Yes

$0.00

---

**3.780** Nonpriority creditor's name and mailing address

Pacak Family Trust

11 Terrace View Ct

Scotts Valley, CA 95066-4166

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  6  4

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
- [x] No
- [ ] Yes

$10,670.64

---

Debtor    **Acclivity West, LLC**                                    Case number *(if known)*    **24-90002**
Name

---

**Part 2:** Additional Page

---

| | | |
|---|---|---|
| **3.781** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,783.78 |
| | Pamela A. Dus | *Check all that apply.* |
| | 12479 Calle Lucia Ter | ☐ Contingent |
| | Lakeside, CA 92040-5059 | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** Active - In SWAP/LOF |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0 2 9 2 | ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.782** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $30,485.09 |
| | Pamela D. Farrell | *Check all that apply.* |
| | 9110 Happy Camp Rd | ☐ Contingent |
| | Moorpark, CA 93021-9726 | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** Active - In SWAP/LOF |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0 3 1 7 | ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.783** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,167.33 |
| | Pamela Hall | *Check all that apply.* |
| | 11370 Clybourn Ave | ☐ Contingent |
| | Sylmar, CA 91342-6704 | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** Active - In SWAP/LOF |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0 4 0 4 | ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.784** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $0.00 |
| | Pamela Hazard | *Check all that apply.* |
| | 13029 E Wrangler Rd | ☑ Contingent |
| | Prescott Vly, AZ 86315-9798 | ☑ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** Active - Out of Swap Client |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0 4 2 0 | ☑ No  ☐ Yes |

Debtor      **Acclivity West, LLC**                                    Case number *(if known)*      **24-90002**
             Name

---

**Part 2:** Additional Page

---

**3.785** Nonpriority creditor's name and mailing address

**Pamela Vaillancourt**

**24 Adkinson Ct**

**Sacramento, CA 95835-1388**

Date or dates debt was incurred _____

Last 4 digits of account number    **1   0   2   8**

As of the petition filing date, the claim is:          **$2,251.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.786** Nonpriority creditor's name and mailing address

**Paolo Buffon**

**22221 Ellinwood Dr**

**Torrance, CA 90505-2121**

Date or dates debt was incurred _____

Last 4 digits of account number    **0   1   5   1**

As of the petition filing date, the claim is:          **$12,808.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.787** Nonpriority creditor's name and mailing address

**Paolo Buffon**

**22221 Ellinwood Drive**

**Torrance, CA 90505**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.788** Nonpriority creditor's name and mailing address

**Paramdeep Bhasin**

**17515 Embassy Drive**

**Encino, CA 91316**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:          **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.789** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
Patricia A. Blackwell

1806 Polk St

Concord, CA 94521-1313

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0   1   0   3

---

**3.790** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,173.78**
Patricia A. Vegsund

865 Old Quarry Rd S

Larkspur, CA 94939-2218

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - In SWAP/LOF**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    1   0   3   8

---

**3.791** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
Patricia Ann Ziegler

18922 deleware st 227

Huntington Beach, CA 92648

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **LSSF Investor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __  __  __  __

---

**3.792** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$44,372.75**
Patricia Bland

1082 Dorsetshire Ln

Santa Ana, CA 92705-2348

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - In SWAP/LOF**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0   1   0   6

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**3.793** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00
| Patricia Bland | *Check all that apply.*
| | ☑ Contingent
| 1082 Dorsetshire Ln | ☑ Unliquidated
| Santa Ana, CA 92705 | ☐ Disputed
| | **Basis for the claim:** LSSF Investor
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No
| | ☐ Yes

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $854.58
| Patricia Nicole Heydeman | *Check all that apply.*
| | ☐ Contingent
| 3000 Damani Ct Unit 109 | ☐ Unliquidated
| Danville, CA 94506-6033 | ☐ Disputed
| | Active - In SWAP/LOF:
| Date or dates debt was incurred | **Basis for the claim:** Redemption
| Last 4 digits of account number 0 4 3 8 | **Is the claim subject to offset?**
| | ☑ No
| | ☐ Yes

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $44,974.59
| Patricia Sallese | *Check all that apply.*
| | ☐ Contingent
| 9850 Garfield Ave Spec 137 | ☐ Unliquidated
| Huntington Beach, CA 92646 | ☐ Disputed
| | **Basis for the claim:** Active - In SWAP/LOF
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number 0 8 7 5 | ☑ No
| | ☐ Yes

**3.796** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,314.66
| Patricia Y. Okui | *Check all that apply.*
| | ☐ Contingent
| 17653 Buti Park Ct | ☐ Unliquidated
| Castro Valley, CA 94546-1412 | ☐ Disputed
| | **Basis for the claim:** Active - In SWAP/LOF
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number 0 7 4 9 | ☑ No
| | ☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.797**

**Nonpriority creditor's name and mailing address**

Patrick Greene Living Trust

821 Via Somonte

Pls Vrds Est, CA 90274-1631

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  8  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.798**

**Nonpriority creditor's name and mailing address**

Patrick J. Barrett

4499 59th St

Sacramento, CA 95820-3125

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  7  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,531.05

---

**3.799**

**Nonpriority creditor's name and mailing address**

Patrick M. & Pamela Lynn Carrillo

8391 Danbury Circle

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number  __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.800**

**Nonpriority creditor's name and mailing address**

Paul Bland

1082 Dorsetshire Ln

Santa Ana, CA 92705-2348

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  0  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,881.03

---

Debtor   **Acclivity West, LLC**                                          Case number *(if known)*        **24-90002**
_____
Name

| Part 2: | Additional Page |

---

**3.801**  **Nonpriority creditor's name and mailing address**

Paul Bland

1082 Dorsetshire Ln

Santa Ana, CA 92705

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**                          **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.802**  **Nonpriority creditor's name and mailing address**

Paul Ruez

592 El Miraso

Vista, CA 92083-5901

Date or dates debt was incurred   _____

Last 4 digits of account number   0  8  6  8

**As of the petition filing date, the claim is:**                          **$9,489.09**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.803**  **Nonpriority creditor's name and mailing address**

Pearson Family Trust

4358 Bancroft Dr

La Mesa, CA 91941-6746

Date or dates debt was incurred   _____

Last 4 digits of account number   0  7  8  1

**As of the petition filing date, the claim is:**                          **$12,668.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.804**  **Nonpriority creditor's name and mailing address**

Pedri Revocable Living Trust 3/17/99

3332 Nevada Ave

Costa Mesa, CA 92626-2022

Date or dates debt was incurred   _____

Last 4 digits of account number   0  7  8  2

**As of the petition filing date, the claim is:**                          **$4,450.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**                                 Case number *(if known)*   **24-90002**
Name

---

**Part 2:** Additional Page

---

**3.805** Nonpriority creditor's name and mailing address

Pedri Revocable Living Trust 3/17/99

3332 Nevada Ave.

Costa Mesa, CA 92626

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.806** Nonpriority creditor's name and mailing address

Penny Haab Moore

4275 Midas Ave

Rocklin, CA 95677-1708

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  9  8

As of the petition filing date, the claim is:   **$10,219.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                          **Active - In SWAP/LOF;**
Basis for the claim:  Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.807** Nonpriority creditor's name and mailing address

Perez-Zepeda Family Trust DTD 8/1/1995

1638 Summitridge Dr

Diamond Bar, CA 91765-4335

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  8  6

As of the petition filing date, the claim is:   **$15,574.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.808** Nonpriority creditor's name and mailing address

Perry Pattiz

2321 Sanctuary Dr

Fairfield, CA 94534-8629

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  7  9

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                                          **Active - Out of Swap**
Basis for the claim:  Client

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Acclivity West, LLC**                                        Case number *(if known)*    **24-90002**
Name

---

**Part 2:** Additional Page

---

**3.809** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,231.71**
--- | --- | --- | ---

**3.809**

**Nonpriority creditor's name and mailing address**
Peter Hurley

430 Canal St

Newport Beach, CA 92663-1804

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  7  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$6,231.71

---

**3.810**

**Nonpriority creditor's name and mailing address**
Peter J. Lambert

607 N Bel Aire Dr

Burbank, CA 91501-1324

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  5  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$27,898.24

---

**3.811**

**Nonpriority creditor's name and mailing address**
Peter J. Lambert

607 North Bel Aire Drive

Burbank, CA 91501

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.812**

**Nonpriority creditor's name and mailing address**
Peter John Parkovich

9111 Kahului Dr

Huntingtn Bch, CA 92646-7820

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  7  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$6,096.86

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.813** Nonpriority creditor's name and mailing address

Peter John Parkovich

9111 Kahului Drive

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.814** Nonpriority creditor's name and mailing address

Peter Williams

622 N Darwood Ave

San Dimas, CA 91773-1608

Date or dates debt was incurred _____

Last 4 digits of account number 1 0 8 2

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.815** Nonpriority creditor's name and mailing address

Philip John Huntsman - Beneficiary for Susan Hasselwander (Dec'd)

138 Begonia Ct

Martinez, CA 94553-5036

Date or dates debt was incurred _____

Last 4 digits of account number 0 4 7 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$5,999.65

---

**3.816** Nonpriority creditor's name and mailing address

Phillip A. Larson

4231 W Menlo Ave

Fresno, CA 93722-3542

Date or dates debt was incurred _____

Last 4 digits of account number 0 5 6 8

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.817** Nonpriority creditor's name and mailing address

Phillip A. Larson

4231 W. Menlo Ave

Fresno, CA 93722

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.818** Nonpriority creditor's name and mailing address

Phillip Bach & Joyce Bach Revocable Trust 3/14/1992

2512 Pine St

Martinez, CA 94553-3369

Date or dates debt was incurred _____

Last 4 digits of account number 0 0 5 1

As of the petition filing date, the claim is: $7,340.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.819** Nonpriority creditor's name and mailing address

Porter Hedges LLP

Amegy Bank Lockbox

Dept 510 P.O. Box 4346

Houston, TX 77210-4346

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $98,564.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Legal Fees

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.820** Nonpriority creditor's name and mailing address

Priscilla C. Ng

221 Creedon Cir

Alameda, CA 94502-7797

Date or dates debt was incurred _____

Last 4 digits of account number 0 7 3 0

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
Name

---

**Part 2:**  Additional Page

---

**3.821**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**        **$37,474.01**
*Check all that apply.*

**Priscilla Marquez**                                                ☐ Contingent

**1212 Halley Ct**                                                   ☐ Unliquidated

**Chula Vista, CA 91911-6865**                                       ☐ Disputed

                                                                     **Basis for the claim:  Active - In SWAP/LOF**

Date or dates debt was incurred  _____                         **Is the claim subject to offset?**
                                                                     ☑ No
Last 4 digits of account number    0  6  4  7                        ☐ Yes

---

**3.822**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**        **$0.00**
*Check all that apply.*

**Prudencio & Ruth Ranchez**                                         ☑ Contingent

**6615 Cleon Ave**                                                   ☑ Unliquidated

**N Hollywood, CA 91606-2101**                                       ☐ Disputed

                                                                     **Active - Out of Swap**
Date or dates debt was incurred  _____                         **Basis for the claim:  Client**

Last 4 digits of account number    0  8  3  1                        **Is the claim subject to offset?**
                                                                     ☑ No
                                                                     ☐ Yes

---

**3.823**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**        **$0.00**
*Check all that apply.*

**Prudencio & Ruth Ranchez**                                         ☑ Contingent

**6615 Cleon Avenue**                                                ☑ Unliquidated

**North Hollywood, CA 91606**                                        ☐ Disputed

                                                                     **Basis for the claim:  LSSF Investor**
Date or dates debt was incurred  _____
                                                                     **Is the claim subject to offset?**
Last 4 digits of account number    __ __ __ __                       ☑ No
                                                                     ☐ Yes

---

**3.824**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**        **$0.00**
*Check all that apply.*

**Quinn Family Trust of 1992**                                       ☑ Contingent

**c/o Peter and Angelika Quinn**                                     ☑ Unliquidated

**1635 Paragon Cir S**                                               ☐ Disputed

**Clearwater, FL 33755-1394**                                        **Active - Out of Swap**
                                                                     **Basis for the claim:  Client**

Date or dates debt was incurred  _____                         **Is the claim subject to offset?**
                                                                     ☑ No
Last 4 digits of account number    0  8  2  4                        ☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.825** Nonpriority creditor's name and mailing address

Quinten Sharp

827 11th St

Huntingtn Bch, CA 92648-3409

Date or dates debt was incurred

Last 4 digits of account number   **0  9  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$2,797.88

---

**3.826** Nonpriority creditor's name and mailing address

Rachel Leeann Chu

22624 Felbar Ave

Torrance, CA 90505-2825

Date or dates debt was incurred

Last 4 digits of account number   **0  2  0  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.827** Nonpriority creditor's name and mailing address

Rachel Leeann Chu

22624 Felbar Avenue

Torrance, CA 90505

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.828** Nonpriority creditor's name and mailing address

Raj Punjabi

2461 Jubilee Ln

San Jose, CA 95131-1987

Date or dates debt was incurred

Last 4 digits of account number   **0  8  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$11,639.85

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.829** Nonpriority creditor's name and mailing address
Ralphine Andrus

197 N Alamo Dr

Vacaville, CA 95688-2447

Date or dates debt was incurred

Last 4 digits of account number    0  0  3  9

As of the petition filing date, the claim is:                $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap** Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.830** Nonpriority creditor's name and mailing address
Rameshchandra M. Patel

2512 E Commonwealth Ave

Fullerton, CA 92831-4446

Date or dates debt was incurred

Last 4 digits of account number    0  7  7  5

As of the petition filing date, the claim is:                $1,746.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.831** Nonpriority creditor's name and mailing address
Randal W. Pettyjohn_ROTHIRA0095

2205 E Niles Ave

Fresno, CA 93720-0412

Date or dates debt was incurred

Last 4 digits of account number    0  7  9  6

As of the petition filing date, the claim is:                $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap** Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.832** Nonpriority creditor's name and mailing address
Randal W. Pettyjohn_TRADIRA0038

2205 E Niles Ave

Fresno, CA 93720-0412

Date or dates debt was incurred

Last 4 digits of account number    0  7  9  7

As of the petition filing date, the claim is:                $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap** Client

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.833** Nonpriority creditor's name and mailing address
Randall G. Shue

4160 New Hampshire Ave

Claremont, CA 91711-5805

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  1  4

As of the petition filing date, the claim is: **$6,134.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.834** Nonpriority creditor's name and mailing address
Randall G. Shue_Nonqualified

4160 New Hampshire Ave

Claremont, CA 91711-5805

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  1  5

As of the petition filing date, the claim is: **$5,978.61**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.835** Nonpriority creditor's name and mailing address
Randall N. King

deceased - wife alive Jacquie J. King

deceased - wife alive Jacquie J. King, deceased - wife alive Jacquie J. King

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  2  7

As of the petition filing date, the claim is: **$12,173.78**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.836** Nonpriority creditor's name and mailing address
Raymond H. Veiga

115 N Mountain Ave Apt 202

Claremont, CA 91711-4503

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  4  1

As of the petition filing date, the claim is: **$3,668.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.837**

**Nonpriority creditor's name and mailing address**

Razi Mashkouri

7825 Fay Ave Ste 200

La Jolla, CA 92037-4270

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __6__ __5__ __4__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,279.83

---

**3.838**

**Nonpriority creditor's name and mailing address**

Reid & Brenda Shufer Living Trust 2007

1116 Cooke Ave

Claremont, CA 91711-1499

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __9__ __1__ __6__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,922.08

---

**3.839**

**Nonpriority creditor's name and mailing address**

Revocable Living Trust of Thomas F. Gardner DTD 8/13/1993

354 Terraine Ave

Long Beach, CA 90814-1914

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __3__ __4__ __8__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Investor: Active - In
**Basis for the claim:**  SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,957.01

---

**3.840**

**Nonpriority creditor's name and mailing address**

Reynaldo Lopez

3010 Lansdale St

San Mateo, CA 94403-3212

Date or dates debt was incurred _____

Last 4 digits of account number  __0__ __6__ __1__ __5__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF;
**Basis for the claim:**  Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,252.35

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.841**  Nonpriority creditor's name and mailing address

Rhynard Family Foundation

18543 Yorba Linda Blvd # 371

Yorba Linda, CA 92886-4135

Date or dates debt was incurred _____

Last 4 digits of account number  _0_ _8_ _4_ _3_

As of the petition filing date, the claim is:         **$80,380.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.842**  Nonpriority creditor's name and mailing address

Rhynard Family Foundation

18543 Yorba Linda Blvd. #371

Yorba Linda, CA 92886

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.843**  Nonpriority creditor's name and mailing address

Richard & Juanice McMahon Trust

8710 Vanguard Pl

Lakeside, CA 92040-5143

Date or dates debt was incurred _____

Last 4 digits of account number  _0_ _6_ _6_ _9_

As of the petition filing date, the claim is:         **$6,655.51**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.844**  Nonpriority creditor's name and mailing address

Richard & Juanice McMahon Trust

8710 Vanguard Place

Lakeside, CA 92040

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

| Part 2: | Additional Page |
|---|---|

**3.845**

**Nonpriority creditor's name and mailing address**
Richard & Vicki Shirley Revocable Trust 5/4/2000

636 Balboa Dr

Seal Beach, CA 90740-5801

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  1  3

As of the petition filing date, the claim is: $15,495.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.846**

**Nonpriority creditor's name and mailing address**
Richard & Vicki Shirley Revocable Trust 5/4/2000

636 Balboa Drive

Seal Beach, CA 90740

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.847**

**Nonpriority creditor's name and mailing address**
Richard F. Jones

11151 Delaware St

Rch Cucamonga, CA 91701-5399

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  0  3

As of the petition filing date, the claim is: $14,949.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.848**

**Nonpriority creditor's name and mailing address**
Richard F. Jones

11151 Delaware Street

Rancho Cucamonga, CA 91701

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Acclivity West, LLC**
Name
Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.849** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,717.03**
Richard H. Hepner

2781 Southampton Rd

Carlsbad, CA 92010-2883

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred

Last 4 digits of account number   0  4  3  2

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.850** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
Richard J. Filipas

610 Rheem Blvd

Moraga, CA 94556-2325

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Date or dates debt was incurred

Last 4 digits of account number   0  3  2  7

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.851** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39,581.36**
Richard Kekule_Nonqualified

2689 Sheldon Dr

El Sobrante, CA 94803-2316

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred

Last 4 digits of account number   0  5  1  2

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.852** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,162.36**
Richard Keller_Nonqualified

2678 Bahns Dr

Beavercreek, OH 45434-6604

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred

Last 4 digits of account number   0  5  1  4

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**                                    Case number *(if known)*    **24-90002**
_____
Name

| Part 2: | Additional Page |

---

**3.853** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,191.11**
*Check all that apply.*

Richard Keller_Qualified

2678 Bahns Dr

Beavercreek, OH 45434-6604

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0  5  1  5

---

**3.854** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,190.63**
*Check all that apply.*

Richard Lew

6700 Coyote Call Trl

Sparks, NV 89436-3757

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0  5  9  4

---

**3.855** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$46,188.22**
*Check all that apply.*

Richard Louis Bennett

6185 Magnolia Ave # 312

Riverside, CA 92506-2524

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Investor: Active - In
**Basis for the claim:**  SWAP/LOF: Redemption

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0  0  8  5

---

**3.856** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

Richard N. Mast

22041 Surfrider Ln

Huntingtn Bch, CA 92646-8344

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Active - Out of Swap
**Basis for the claim:**  Client

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0  6  5  5

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2: Additional Page**

---

**3.857** Nonpriority creditor's name and mailing address

Richard N. Mast

22041 Surfrider Lane

Huntington Beach, CA 92646-8344

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.858** Nonpriority creditor's name and mailing address

Richard Ojalvo

763 Sassafrass Way

Oak Park, CA 91377-4767

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  4  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$16,834.12

---

**3.859** Nonpriority creditor's name and mailing address

Richard P. & Noriko Slijk

8 Haley Ct

Aliso Viejo, CA 92656-4254

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  2  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$17,727.93

---

**3.860** Nonpriority creditor's name and mailing address

Richard Shaon

5511 Fir Cir

La Palma, CA 90623-1320

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.861 Nonpriority creditor's name and mailing address

Richard Smisek

2551 Plaza Del Amo Unit C

Torrance, CA 90503-7303

Date or dates debt was incurred _____

Last 4 digits of account number  **0  9  2  8**

**As of the petition filing date, the claim is:**    **$33,379.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.862 Nonpriority creditor's name and mailing address

Richard T. Foster

691 Lindenwood Dr

Claremont, CA 91711-6213

Date or dates debt was incurred _____

Last 4 digits of account number  **0  3  3  6**

**As of the petition filing date, the claim is:**    **$23,471.43**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.863 Nonpriority creditor's name and mailing address

Richard T. Foster

691 Lindenwood Drive

Claremont, CA 91711

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.864 Nonpriority creditor's name and mailing address

Richard Vanicek (formerly Edith)

41001 Village 41

Camarillo, CA 93012-5671

Date or dates debt was incurred _____

Last 4 digits of account number  **1  0  3  1**

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**                                    Case number *(if known)*    **24-90002**
          Name

---

**Part 2:**  Additional Page

---

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$53,308.58** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Richard Vanicek_Qualified

41001 Village 41

Camarillo, CA 93012-5671

Date or dates debt was incurred

Last 4 digits of account number    1  0  3  3

**As of the petition filing date, the claim is:**    **$53,308.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.866 |
|---|

**Nonpriority creditor's name and mailing address**
Richard W. & Sherry M. Hilliard

16779 Alita Dr

Riverside, CA 92504-6207

Date or dates debt was incurred

Last 4 digits of account number    0  4  4  1

**As of the petition filing date, the claim is:**    **$5,725.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.867 |
|---|

**Nonpriority creditor's name and mailing address**
Richard W. & Sherry M. Hilliard

16779 Alita Drive

Riverside, CA 92504

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.868 |
|---|

**Nonpriority creditor's name and mailing address**
Rita M. Hroblak

4749 Del Mar Cir

La Verne, CA 91750-2240

Date or dates debt was incurred

Last 4 digits of account number    0  4  6  2

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

**Part 2:**  Additional Page

---

**3.869**   **Nonpriority creditor's name and mailing address**

Rita M. Hroblak

4749 Del Mar Circle

La Verne, CA 91750

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.870**   **Nonpriority creditor's name and mailing address**

Rita Villalobos

5343 Via Vicente

Yorba Linda, CA 92887-2542

Date or dates debt was incurred   _____

Last 4 digits of account number   1  0  4  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$91,716.88

---

**3.871**   **Nonpriority creditor's name and mailing address**

Robbert Vermeulen

77 Byron Dr

Pleasant Hill, CA 94523-4102

Date or dates debt was incurred   _____

Last 4 digits of account number   1  0  4  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.872**   **Nonpriority creditor's name and mailing address**

Robert & Carol Phelps

19282 Mclaren Ln

Huntingtn Bch, CA 92646-2754

Date or dates debt was incurred   _____

Last 4 digits of account number   0  8  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,241.78

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**3.873** | **Nonpriority creditor's name and mailing address**

Robert & Carol Phelps

19282 MCLAREN LN

Huntington Beach, CA 92646

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.874** | **Nonpriority creditor's name and mailing address**

Robert & Patricia Forbes

3402 W 111th St

Inglewood, CA 90303-2231

Date or dates debt was incurred  _____

Last 4 digits of account number  0  3  3  3

**As of the petition filing date, the claim is:**  $5,320.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.875** | **Nonpriority creditor's name and mailing address**

Robert & Patricia Van Steenwyk Trust

1147 Autumn Ct

Pleasanton, CA 94566-6429

Date or dates debt was incurred  _____

Last 4 digits of account number  0  9  5  1

**As of the petition filing date, the claim is:**  $8,958.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.876** | **Nonpriority creditor's name and mailing address**

Robert A. & Anna K. Bauman

18065 Columbia Dr

Castro Valley, CA 94552-1744

Date or dates debt was incurred  _____

Last 4 digits of account number  0  0  7  5

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.877** | **Nonpriority creditor's name and mailing address**

Robert A. Brue_ROTHIRA0541

1961 Deergrass Way

Carlsbad, CA 92009-8405

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  4  3

**As of the petition filing date, the claim is:** $44,112.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address**

Robert A. Brue_TRADIRA0559

1961 Deergrass Way

Carlsbad, CA 92009-8405

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  4  4

**As of the petition filing date, the claim is:** $20,411.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address**

Robert B. Willard

615 Malabar Dr

Corona DI Mar, CA 92625-1838

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  8  0

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap
Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address**

Robert B. Willard

615 Malabar Drive

Corona del Mar, CA 92625

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.881 Nonpriority creditor's name and mailing address

Robert Chagolla

33341 Redbird Dr

Yucaipa, CA 92399-6906

Date or dates debt was incurred

Last 4 digits of account number  0 1 8 5

**As of the petition filing date, the claim is:**  **$95,032.86**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Active - In SWAP/LOF; Redemption**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.882 Nonpriority creditor's name and mailing address

Robert D. Bonanza

1424 Mayflower Ave

Arcadia, CA 91006-4557

Date or dates debt was incurred

Last 4 digits of account number  0 1 1 8

**As of the petition filing date, the claim is:**  **$4,485.91**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.883 Nonpriority creditor's name and mailing address

Robert G. Hauser

1160 Schooner St

Foster City, CA 94404-3208

Date or dates debt was incurred

Last 4 digits of account number  0 4 1 6

**As of the petition filing date, the claim is:**  **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Active - Out of Swap Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.884 Nonpriority creditor's name and mailing address

Robert G. Nelson, Jr.

16958 Hidden Trails Ln

Riverside, CA 92503-7922

Date or dates debt was incurred

Last 4 digits of account number  0 7 2 4

**As of the petition filing date, the claim is:**  **$0.00**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Active - Out of Swap Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    **Acclivity West, LLC**
Name                                                                  Case number *(if known)*    **24-90002**

## Part 2:  Additional Page

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.885**

**Nonpriority creditor's name and mailing address**

Robert G. Nelson, Jr.

16958 Hidden Trails Ln.

Riverside, CA 92503

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.886**

**Nonpriority creditor's name and mailing address**

Robert Guajardo, Jr

1021 S Rising Sun Ct

Anaheim, CA 92808-2407

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  9  3

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.887**

**Nonpriority creditor's name and mailing address**

Robert Hayato Oda

2249 Lookout Cir

La Verne, CA 91750-1737

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  4  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$7,458.03

---

**3.888**

**Nonpriority creditor's name and mailing address**

Robert J. & Johanna C. Tramazzo

876 N Karen Way

Long Beach, CA 90815-5008

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  1  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$9,013.83

---

Debtor   **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

**Part 2:** Additional Page

---

**3.889**

**Nonpriority creditor's name and mailing address**

Robert J. & Johanna C. Tramazzo

876 Karen Way

Long Beach, CA 90815

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.890**

**Nonpriority creditor's name and mailing address**

Robert J. Phelps

19282 Mclaren Ln

Huntingtn Bch, CA 92646-2754

Date or dates debt was incurred _____

Last 4 digits of account number   0  8  0  1

**As of the petition filing date, the claim is:**   $12,565.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.891**

**Nonpriority creditor's name and mailing address**

Robert J. Phelps

19282 MCLAREN LN

Huntington Beach, CA 92646

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.892**

**Nonpriority creditor's name and mailing address**

Robert M. Inouye

28442 La Pradera

Laguna Niguel, CA 92677-4426

Date or dates debt was incurred _____

Last 4 digits of account number   0  4  7  8

**As of the petition filing date, the claim is:**   $4,451.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**                                    Case number *(if known)*    **24-90002**
_____
Name

| **Part 2:** | Additional Page |

---

**3.893** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Robert M. Inouye

28442 La Pradera

Laguna Niguel, CA 92677

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**  LSSF Investor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,179.03**

Robert Mannhalter

1550 Roselli Dr

Livermore, CA 94550-5843

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred  _____

Last 4 digits of account number  0  6  4  3

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,518.05**

Robert Wooten II

6475 Casselberry Way

San Diego, CA 92119-2920

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Active - In SWAP/LOF;
**Basis for the claim:**  Redemption

Date or dates debt was incurred  _____

Last 4 digits of account number  1  1  0  1

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,085.46**

Robin L. Gray-Ballard

16401 Kohala Ln

Huntingtn Bch, CA 92649-6217

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred  _____

Last 4 digits of account number  0  0  6  1

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.897** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

Robynn Collins

Po Box 5

Poulsbo, WA 98370-0005

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - Out of Swap Client**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _0_ _2_ _2_ _1_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.898** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

Rod Lee

1930 Village Center Cir Ste 3-17192

Las Vegas, NV 89134-6299

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - Out of Swap Client**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _0_ _5_ _8_ _1_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

Roger W. MacDonald_Nonqualified

13560 Smokestone Street

Rancho Cucamonga, CA 91739

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **LSSF Investor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,754.48**
*Check all that apply.*

Roger W. MacDonald_Qualified

13560 Smokestone St

Rch Cucamonga, CA 91739-2018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Active - In SWAP/LOF**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _0_ _6_ _2_ _5_

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

Debtor     __Acclivity West, LLC_____     Case number *(if known)* ___24-90002___
           Name

## Part 2: Additional Page

| 3.901 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.901**

**Nonpriority creditor's name and mailing address**
Roger W. MacDonald_Qualified
13560 Smokestone Street
Rancho Cucamonga, CA 91739

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim: __LSSF Investor__

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.902**

**Nonpriority creditor's name and mailing address**
Ronald & Denise Guntert, Jr.
6292 Crooked Stick Cir
Stockton, CA 95219-1860

Date or dates debt was incurred _____
Last 4 digits of account number __0_ _3_ _9_ _6_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,345.79

**3.903**

**Nonpriority creditor's name and mailing address**
Ronald A. Geisler
30662 Hunt Club Dr
San Juan Capo, CA 92675-1912

Date or dates debt was incurred _____
Last 4 digits of account number __0_ _3_ _5_ _6_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,202.15

**3.904**

**Nonpriority creditor's name and mailing address**
Ronald Taylor
3067 High Meadow Ln
San Jose, CA 95135-1615

Date or dates debt was incurred _____
Last 4 digits of account number __0_ _9_ _9_ _7_

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim: __Active - Out of Swap Client__

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.905** Nonpriority creditor's name and mailing address

Rory Wagner

412 Arenoso Ln Unit 305

San Clemente, CA 92672-1651

Date or dates debt was incurred

Last 4 digits of account number   1   0   5   1

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.906** Nonpriority creditor's name and mailing address

Rory Wagner

412 Arenoso Lane, #305

San Clemente, CA 92627

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.907** Nonpriority creditor's name and mailing address

Rosaline Lee

719 Olivette St

Hemet, CA 92543-8719

Date or dates debt was incurred

Last 4 digits of account number   0   5   8   2

As of the petition filing date, the claim is: **$9,470.87**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.908** Nonpriority creditor's name and mailing address

Rosaline Lee

719 Olivette Street

Hemet, CA 92543

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.909**

**Nonpriority creditor's name and mailing address**
Rose M. Study

3426 Royal Ridge Rd

Chino Hills, CA 91709-1422

Date or dates debt was incurred

Last 4 digits of account number     0  9  7  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF;** Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$8,206.12

---

**3.910**

**Nonpriority creditor's name and mailing address**
Rose Smith

5347 Chaumont Drive

Wrightwood, CA 92397

Date or dates debt was incurred

Last 4 digits of account number     0  9  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap** Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.911**

**Nonpriority creditor's name and mailing address**
Rosemary Dobbs

1827 Ridge View Dr

San Diego, CA 92105-5233

Date or dates debt was incurred

Last 4 digits of account number     0  2  8  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$4,149.72

---

**3.912**

**Nonpriority creditor's name and mailing address**
Roy & Lori Moore

Po Box 186

Wrightwood, CA 92397-0186

Date or dates debt was incurred

Last 4 digits of account number     0  6  9  9

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap** Client

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

| Part 2: | Additional Page |

### 3.913 Nonpriority creditor's name and mailing address

**Ruben Morales**

**3266 Greenglade Ave**

**Pico Rivera, CA 90660-1421**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  7  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,628.83**

### 3.914 Nonpriority creditor's name and mailing address

**Rudy DeLeon**

**15938 Walnut Ave.**

**Chino, CA 91708**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  2  6  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,528.27**

### 3.915 Nonpriority creditor's name and mailing address

**Russell H. Orwig**

**4339 Merrill Ave**

**Riverside, CA 92506-2068**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  7  5  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,935.02**

### 3.916 Nonpriority creditor's name and mailing address

**Russell H. Orwig**

**4339 Merrill Avenue**

**Riverside, CA 92506**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
_____
Name

---

**Part 2:**  Additional Page

---

**3.917** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,609.39**
*Check all that apply.*

Ruth E. Morris_Nonqualified

10168 Ranchitos Ct

Lakeside, CA 92040-2761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0  7  0  6

---

**3.918** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,226.27**
*Check all that apply.*

Ruth E. Morris_Qualified

10168 Ranchitos Ct

Lakeside, CA 92040-2761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0  7  0  7

---

**3.919** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,924.56**
*Check all that apply.*

Ryan Anderson

9688 Stark Rd

Stockton, CA 95206-9631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0  0  3  3

---

**3.920** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,041.31**
*Check all that apply.*

Sainio Revocable Living Trust

6419 Monero Dr

Rch Palos Vrd, CA 90275-3203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0  8  7  3

---

Debtor __**Acclivity West, LLC**__  Case number *(if known)* ___**24-90002**___
Name

---

**Part 2:** Additional Page

| **3.921** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | __**$49,538.50**__ |

**3.921** **Nonpriority creditor's name and mailing address**

Sally Mendoza_Nonqualified

87 Rivo Alto Canal

Long Beach, CA 90803-4040

Date or dates debt was incurred _____

Last 4 digits of account number   0   6   7   8

**As of the petition filing date, the claim is:** __**$49,538.50**__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.922** **Nonpriority creditor's name and mailing address**

Sally Mendoza_Nonqualified

87 Rivo Alto Canal

Long Beach, CA 90803

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** __**$0.00**__
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __LSSF Investor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.923** **Nonpriority creditor's name and mailing address**

Sally Mendoza_Qualified

87 Rivo Alto Canal

Long Beach, CA 90803-4040

Date or dates debt was incurred _____

Last 4 digits of account number   0   6   7   9

**As of the petition filing date, the claim is:** __**$18,480.60**__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.924** **Nonpriority creditor's name and mailing address**

Salvador Reyes

26826 Marlowe Ct

Stevenson Rnh, CA 91381-1020

Date or dates debt was incurred _____

Last 4 digits of account number   0   8   4   1

**As of the petition filing date, the claim is:** __**$9,938.91**__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Active - In SWAP/LOF__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.925

**Nonpriority creditor's name and mailing address**

Samuel S. Lizasuain

9292 Pearl Bush Ct

Sacramento, CA 95829-9598

Date or dates debt was incurred

Last 4 digits of account number    0  6  0  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,119.76

---

### 3.926

**Nonpriority creditor's name and mailing address**

Samuel S. Tarpinian Living Trust

15061 Sherman Way Unit J

Van Nuys, CA 91405-5005

Date or dates debt was incurred

Last 4 digits of account number    0  9  9  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Active - In SWAP/LOF:
Basis for the claim:  Redemption

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$9,315.07

---

### 3.927

**Nonpriority creditor's name and mailing address**

Sander Harry Arnaud Family Trust

22362 Circle J Ranch Rd

Santa Clarita, CA 91350-3301

Date or dates debt was incurred

Last 4 digits of account number    0  0  4  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,224.94

---

### 3.928

**Nonpriority creditor's name and mailing address**

Sandra Johnson-Shackelford

1017 W Laurel St

Compton, CA 90220-2908

Date or dates debt was incurred

Last 4 digits of account number    0  5  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,243.92

---

Debtor **Acclivity West, LLC**      Case number *(if known)*    **24-90002**
Name

## Part 2: Additional Page

### 3.929

**Nonpriority creditor's name and mailing address**

Sandra K. Robinson

1518 Republic St

San Diego, CA 92114-1925

Date or dates debt was incurred

Last 4 digits of account number   0 8 5 7

**As of the petition filing date, the claim is:**    $11,974.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.930

**Nonpriority creditor's name and mailing address**

Sandra K. Robinson

1518 Republic Street

San Diego, CA 92114

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.931

**Nonpriority creditor's name and mailing address**

Sandra Nunez

1317 S Olive St

Santa Ana, CA 92707-1518

Date or dates debt was incurred

Last 4 digits of account number   0 7 4 1

**As of the petition filing date, the claim is:**    $5,004.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Active - In SWAP/LOF;
**Basis for the claim:** Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.932

**Nonpriority creditor's name and mailing address**

Sandra Stevens_SEPIRA1803

Po Box 2533

Nevada City, CA 95959-1949

Date or dates debt was incurred

Last 4 digits of account number   0 9 5 3

**As of the petition filing date, the claim is:**    $10,473.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
_____
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.933** | **Nonpriority creditor's name and mailing address**

Sandra Stevens_TRADIRA0309

Po Box 2533

Nevada City, CA 95959-1949

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  5  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,172.90

---

**3.934** | **Nonpriority creditor's name and mailing address**

Sandra Susan Bennett

1717 Westminster Dr

Cardiff, CA 92007-2329

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  8  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,909.81

---

**3.935** | **Nonpriority creditor's name and mailing address**

Sarah R. Chisholm

6432 Klusman Ave

Rch Cucamonga, CA 91737-3529

Date or dates debt was incurred _____

Last 4 digits of account number   0  2  0  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,458.79

---

**3.936** | **Nonpriority creditor's name and mailing address**

Sarah R. Chisholm

6432 Klusman Avenue

Rancho Cucamonga, CA 91737

Date or dates debt was incurred _____

Last 4 digits of account number   __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**3.937**

**Nonpriority creditor's name and mailing address**

Sarwan Wason_Nonqualified

1153 Fair Weather Cir

Concord, CA 94518-1939

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  6  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
**Basis for the claim:** Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.938**

**Nonpriority creditor's name and mailing address**

Sarwan Wason_Qualified

1153 Fair Weather Cir

Concord, CA 94518-1939

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  6  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
**Basis for the claim:** Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.939**

**Nonpriority creditor's name and mailing address**

Scott Jacobson

2930 Briand Ave

San Diego, CA 92122-2202

Date or dates debt was incurred _____

Last 4 digits of account number   0  4  8  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,243.31

---

**3.940**

**Nonpriority creditor's name and mailing address**

Sean T. Hawkinson

14367 Ponderosa Ranch Rd

Victorville, CA 92392-6194

Date or dates debt was incurred _____

Last 4 digits of account number   0  4  1  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,572.31

---

Debtor **Acclivity West, LLC**                                    Case number *(if known)*        **24-90002**
Name

---

**Part 2:** Additional Page

---

**3.941** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,281.67**
--- | --- | --- | ---
 | Seaoria Signars Lema | *Check all that apply.* |
 | | ☐ Contingent |
 | 105 Zacate Ct | ☐ Unliquidated |
 | Fremont, CA 94539-3055 | ☐ Disputed |
 | | **Basis for the claim:** Active - In SWAP/LOF |
 | Date or dates debt was incurred | **Is the claim subject to offset?** |
 | Last 4 digits of account number   0  5  8  9 | ☑ No |
 | | ☐ Yes |

**3.942** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
--- | --- | --- | ---
 | Sebastian Ng | *Check all that apply.* |
 | | ☑ Contingent |
 | 221 Creedon Cir | ☑ Unliquidated |
 | Alameda, CA 94502-7797 | ☐ Disputed |
 | | Active - Out of Swap |
 | | **Basis for the claim:** Client |
 | Date or dates debt was incurred | **Is the claim subject to offset?** |
 | Last 4 digits of account number   0  7  3  1 | ☑ No |
 | | ☐ Yes |

**3.943** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,602.70**
--- | --- | --- | ---
 | Serena Liebel (formerly David Cate) | *Check all that apply.* |
 | | ☐ Contingent |
 | Po Box 5051 | ☐ Unliquidated |
 | Sugarloaf, CA 92386-0751 | ☐ Disputed |
 | | Active - In SWAP/LOF: |
 | | **Basis for the claim:** Redemption |
 | Date or dates debt was incurred | **Is the claim subject to offset?** |
 | Last 4 digits of account number   0  1  8  1 | ☑ No |
 | | ☐ Yes |

**3.944** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,329.77**
--- | --- | --- | ---
 | Setareh Dehdashty | *Check all that apply.* |
 | | ☐ Contingent |
 | 37326 Paseo Tulipa | ☐ Unliquidated |
 | Murrieta, CA 92563-3702 | ☐ Disputed |
 | | Active - In SWAP/LOF: |
 | | **Basis for the claim:** Redemption |
 | Date or dates debt was incurred | **Is the claim subject to offset?** |
 | Last 4 digits of account number   0  2  6  4 | ☑ No |
 | | ☐ Yes |

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.945** | Nonpriority creditor's name and mailing address

Sevcik Family Trust

11772 Thunder Mountain Ave

Colorado Spgs, CO 80908-3714

Date or dates debt was incurred

Last 4 digits of account number        0  8  9  6

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.946** | Nonpriority creditor's name and mailing address

Shannon Butler

14021 Lexington Pl

Irwin, PA 15642-1485

Date or dates debt was incurred

Last 4 digits of account number        0  1  6  5

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.947** | Nonpriority creditor's name and mailing address

Sharon A. Compton-Zachman

2623 Durango Ln

San Ramon, CA 94583-2108

Date or dates debt was incurred

Last 4 digits of account number        0  2  2  3

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.948** | Nonpriority creditor's name and mailing address

Sharon H. Lee

13 Silva Court

Folsom, CA 95630

Date or dates debt was incurred

Last 4 digits of account number        0  5  8  3

As of the petition filing date, the claim is:        $5,595.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 238 of 289

Debtor    **Acclivity West, LLC**                                        Case number *(if known)*    **24-90002**
Name

---

### Part 2:  Additional Page

---

**3.949**

**Nonpriority creditor's name and mailing address**

Sharon Kemp

2517 S Amador Pl

Ontario, CA 91761-6202

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  1  6

**As of the petition filing date, the claim is:**    $4,560.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.950**

**Nonpriority creditor's name and mailing address**

Sharon Kemp

2517 Amador Place

Ontario, CA 91761

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.951**

**Nonpriority creditor's name and mailing address**

Sharon Stewart_Nonqualified

1029 Pinehurst Ct

Concord, CA 94521-4532

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  5  9

**As of the petition filing date, the claim is:**    $13,017.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.952**

**Nonpriority creditor's name and mailing address**

Sharon Stewart_Qualified

1029 Pinehurst Ct

Concord, CA 94521-4532

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  6  1

**As of the petition filing date, the claim is:**    $11,336.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

**Part 2:**  Additional Page

---

**3.953**  Nonpriority creditor's name and mailing address

**Sharon Y. S. Wong_Nonqualified**

**2238 Carol Ann Dr**

**Tracy, CA 95377-6614**

Date or dates debt was incurred

Last 4 digits of account number    **1  0  9  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.954**  Nonpriority creditor's name and mailing address

**Sharon Y. S. Wong_Qualified**

**2238 Carol Ann Dr**

**Tracy, CA 95377-6614**

Date or dates debt was incurred

Last 4 digits of account number    **1  0  9  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.955**  Nonpriority creditor's name and mailing address

**Shawn L. Tang**

**Po Box 4952**

**Diamond Bar, CA 91765-0952**

Date or dates debt was incurred

Last 4 digits of account number    **0  9  8  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.956**  Nonpriority creditor's name and mailing address

**Shelley L. Hill**

**1903 Far Niente**

**San Antonio, TX 78258-4516**

Date or dates debt was incurred

Last 4 digits of account number    **0  4  4  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$13,386.25

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.957** Nonpriority creditor's name and mailing address
**Sheryl A. Ho**

**6 Orangegrove**

**Irvine, CA 92604-4616**

Date or dates debt was incurred _____

Last 4 digits of account number   **0  4  4  4**

As of the petition filing date, the claim is: **$18,583.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.958** Nonpriority creditor's name and mailing address
**Sigourney Ng**

**221 Creedon Cir**

**Alameda, CA 94502-7797**

Date or dates debt was incurred _____

Last 4 digits of account number   **0  7  3  2**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.959** Nonpriority creditor's name and mailing address
**Silvia C. Maldonado**

**520 E Carson St # 41**

**Carson, CA 90745-2739**

Date or dates debt was incurred _____

Last 4 digits of account number   **0  6  3  7**

As of the petition filing date, the claim is: **$3,575.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.960** Nonpriority creditor's name and mailing address
**Silvia Grossmann**

**1950 Tamarind Ave Apt 104**

**Los Angeles, CA 90068-3546**

Date or dates debt was incurred _____

Last 4 digits of account number   **0  3  8  9**

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Acclivity West, LLC**
Name

Case number *(if known)*    **24-90002**

---

<span style="background:black;color:white">Part 2:</span> Additional Page

---

**3.961**

**Nonpriority creditor's name and mailing address**

**Spencer Pon**

**3777 Palos Verdes Way**

**S San Fran, CA 94080-5227**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  **0  8  1  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.962**

**Nonpriority creditor's name and mailing address**

**Stacy Gaut**

**3400 South Ave. 7AE Site 233**

**Yuma, AZ 85365**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  **0  3  5  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,441.87

---

**3.963**

**Nonpriority creditor's name and mailing address**

**Stanley Chen**

**958 Edmonds Way**

**Sunnyvale, CA 94087-4102**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  **0  1  9  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,106.64

---

**3.964**

**Nonpriority creditor's name and mailing address**

**Stephanie L. Gilkey**

**473 W. Huntington Ave.**

**MTN-House, CA 95391**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.965** Nonpriority creditor's name and mailing address

Stephanie Sluman

2361 Birch Root Rd

Rowlesburg, WV 26425-9367

Date or dates debt was incurred

Last 4 digits of account number 0 9 2 6

As of the petition filing date, the claim is: **$27,054.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.966** Nonpriority creditor's name and mailing address

Stephen R. Hughes

9415 Santa Barbara Rd

Atascadero, CA 93422-6113

Date or dates debt was incurred

Last 4 digits of account number 0 4 6 9

As of the petition filing date, the claim is: **$7,171.22**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.967** Nonpriority creditor's name and mailing address

Steve Andrus

197 N Alamo Dr

Vacaville, CA 95688-2447

Date or dates debt was incurred

Last 4 digits of account number 0 0 4 0

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Active - Out of Swap Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.968** Nonpriority creditor's name and mailing address

Steve Watson - TRUSTEE of Estate for Carole J. Watson IRA Dec'd

5520 Withers Ave

Fontana, CA 92336-0109

Date or dates debt was incurred

Last 4 digits of account number 1 0 6 4

As of the petition filing date, the claim is: **$102,848.96**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.969** **Nonpriority creditor's name and mailing address**

Steven & Christine Emerson

3999 Foothill Ave

Carlsbad, CA 92010-7039

Date or dates debt was incurred  _____

Last 4 digits of account number  0  3  0  3

**As of the petition filing date, the claim is:**  $10,001.23
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.970** **Nonpriority creditor's name and mailing address**

Steven & Deborah Klinger

715 Tender Ln

Foster City, CA 94404-3774

Date or dates debt was incurred  _____

Last 4 digits of account number  0  5  3  3

**As of the petition filing date, the claim is:**  $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.971** **Nonpriority creditor's name and mailing address**

Steven & JoEllen Strait

5605 N Prospect Ave

Fresno, CA 93711-2154

Date or dates debt was incurred  _____

Last 4 digits of account number  0  9  6  7

**As of the petition filing date, the claim is:**  $6,364.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.972** **Nonpriority creditor's name and mailing address**

Steven Berry

2005 Hutley Way

Granite Bay, CA 95746-7161

Date or dates debt was incurred  _____

Last 4 digits of account number  0  0  9  1

**As of the petition filing date, the claim is:**  $13,888.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**
_____
Name

Case number *(if known)*    **24-90002**
_____

| Part 2: | Additional Page |
|---|---|

---

**3.973** | **Nonpriority creditor's name and mailing address**

Steven Gallup

43 Mandria

Newport Coast, CA 92657-1307

Date or dates debt was incurred    _____

Last 4 digits of account number    0  3  4  6

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.974** | **Nonpriority creditor's name and mailing address**

Steven H. Moss

300 Carlsbad Village Dr Ste 108-427

Carlsbad, CA 92008-2900

Date or dates debt was incurred    _____

Last 4 digits of account number    0  7  0  8

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.975** | **Nonpriority creditor's name and mailing address**

Steven H. Scheerhorn

1054 Straightaway Ct

Oceanside, CA 92057-1949

Date or dates debt was incurred    _____

Last 4 digits of account number    0  8  8  5

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:    **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.976** | **Nonpriority creditor's name and mailing address**

Steven Jones

9489 Lockford Ct

Elk Grove, CA 95624-6037

Date or dates debt was incurred    _____

Last 4 digits of account number    0  5  0  4

**As of the petition filing date, the claim is:**    $80,029.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.977** Nonpriority creditor's name and mailing address

Steven Jones

9489 Lockford Court

Elk Grove, CA 95624

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.978** Nonpriority creditor's name and mailing address

Steven Lyn Flippin

36974 Kent Drive

Palm Desert, CA 92211

Date or dates debt was incurred _____

Last 4 digits of account number 0 3 3 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$2,371.17

---

**3.979** Nonpriority creditor's name and mailing address

Steven P. Hawkes

5120 Andrew Jackson St

Oceanside, CA 92057-4403

Date or dates debt was incurred _____

Last 4 digits of account number 0 4 1 7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$13,649.99

---

**3.980** Nonpriority creditor's name and mailing address

Steven P. Hawkes

5120 Andrew Jackson Street

Oceanside, CA 92057

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.981** | **Nonpriority creditor's name and mailing address**

Steven Zisook

14361 Twisted Branch Rd

Poway, CA 92064-1462

Date or dates debt was incurred _____

Last 4 digits of account number   1 1 3 1

**As of the petition filing date, the claim is:**   $7,193.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.982** | **Nonpriority creditor's name and mailing address**

Stewart M. Rixson_Nonqualified

17121 Santa Cruz Ct

Yorba Linda, CA 92886-6246

Date or dates debt was incurred _____

Last 4 digits of account number   0 8 5 2

**As of the petition filing date, the claim is:**   $16,005.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.983** | **Nonpriority creditor's name and mailing address**

Strome Living Trust - 1987, No. RLT 87 007

701 Catalina Ave

Seal Beach, CA 90740-5847

Date or dates debt was incurred _____

Last 4 digits of account number   0 9 7 1

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address**

Strome Living Trust - 1987, No. RLT 87 007

701 Catalina Ave

Seal Beach, CA 90240

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**                   Case number *(if known)*     **24-90002**
Name

---

**Part 2:**   Additional Page

---

**3.985**   **Nonpriority creditor's name and mailing address**

Stuart Tamaru_Nonqualified

17011 Courtney Ln

Huntingtn Bch, CA 92649-4230

Date or dates debt was incurred

Last 4 digits of account number   0   9   8   6

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.986**   **Nonpriority creditor's name and mailing address**

Stuart Tamaru_Qualified

17011 Courtney Ln

Huntingtn Bch, CA 92649-4230

Date or dates debt was incurred

Last 4 digits of account number   0   9   8   7

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.987**   **Nonpriority creditor's name and mailing address**

Sufian Phoa

20473 E Peach Blossom Rd

Walnut, CA 91789-4446

Date or dates debt was incurred

Last 4 digits of account number   0   8   0   3

**As of the petition filing date, the claim is:**      $19,050.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.988**   **Nonpriority creditor's name and mailing address**

Suiman Fan, DDS Defined Benefit Pension Plan

2221 Camino Del Rio S Ste 208

San Diego, CA 92108-3611

Date or dates debt was incurred

Last 4 digits of account number   0   3   1   2

**As of the petition filing date, the claim is:**      $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.989** Nonpriority creditor's name and mailing address

Survivor's Trust Created Under The Hartson 1999 Dated July 2, 1999

8935 Twin Falls Dr

Sacramento, CA 95826-2136

Date or dates debt was incurred

Last 4 digits of account number    0  4  1  5

As of the petition filing date, the claim is:    $2,767.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.990** Nonpriority creditor's name and mailing address

Susan Anderson_ROTHIRA0273

82425 Coral Mountain Dr

Indio, CA 92201-9576

Date or dates debt was incurred

Last 4 digits of account number    0  0  3  4

As of the petition filing date, the claim is:    $8,836.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.991** Nonpriority creditor's name and mailing address

Susan Anderson_ROTHIRA0273

82425 W. Coral Mountain Dr.

Indio, CA 92201

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.992** Nonpriority creditor's name and mailing address

Susan Anderson_TRAIDIRA0274

82425 Coral Mountain Dr

Indio, CA 92201-9576

Date or dates debt was incurred

Last 4 digits of account number    0  0  3  5

As of the petition filing date, the claim is:    $18,441.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.993** Nonpriority creditor's name and mailing address

Susan B. Burkhart

1640 3rd St

La Verne, CA 91750-4805

Date or dates debt was incurred _____

Last 4 digits of account number   0  1  5  7

As of the petition filing date, the claim is: $32,531.67
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.994** Nonpriority creditor's name and mailing address

Susan Bonner_Nonqualified

1405 Del Webb Pkwy W

Reno, NV 89523-6906

Date or dates debt was incurred _____

Last 4 digits of account number   0  1  2  2

As of the petition filing date, the claim is: $14,017.53
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.995** Nonpriority creditor's name and mailing address

Susan Bonner_Qualified

1405 Del Webb Pkwy W

Reno, NV 89523-6906

Date or dates debt was incurred _____

Last 4 digits of account number   0  1  2  3

As of the petition filing date, the claim is: $29,718.73
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.996** Nonpriority creditor's name and mailing address

Susan Der Manouel

12630 E Sussex Way

Sanger, CA 93657-8438

Date or dates debt was incurred _____

Last 4 digits of account number   0  6  4  4

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Active - Out of Swap Client

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.997** | **Nonpriority creditor's name and mailing address**
Susan Marie Bradford

15401 Lorraine Way

Irvine, CA 92604-3127

Date or dates debt was incurred

Last 4 digits of account number    0  1  2  9

**As of the petition filing date, the claim is:**    $24,564.94
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Investor: Active - In
**Basis for the claim:**  SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.998** | **Nonpriority creditor's name and mailing address**
Susan Marie Bradford

15401 Lorraine Way

Irvine, CA 92604

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.999** | **Nonpriority creditor's name and mailing address**
Susan Otolski

1170 Foster City Blvd Apt 301

Foster City, CA 94404-3317

Date or dates debt was incurred

Last 4 digits of account number    0  7  5  8

**As of the petition filing date, the claim is:**    $54,613.13
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Active - In SWAP/LOF:
**Basis for the claim:**  Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1000** | **Nonpriority creditor's name and mailing address**
Susan Otolski

1170 Foster City Blvd, #301

Foster City, CA 94404

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.1001

**Nonpriority creditor's name and mailing address**

Susan R. Hunt

3939 E Allin St Unit 201

Long Beach, CA 90803-6616

Date or dates debt was incurred _____

Last 4 digits of account number   0   4   7   1

**As of the petition filing date, the claim is:** $93,953.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.1002

**Nonpriority creditor's name and mailing address**

Susanna Anderson

9688 Stark Rd

Stockton, CA 95206-9631

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   3   6

**As of the petition filing date, the claim is:** $9,692.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.1003

**Nonpriority creditor's name and mailing address**

Susanna Petrovich

18952 Pearl Island Ct.

Huntington Beach, CA 92648

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.1004

**Nonpriority creditor's name and mailing address**

Suyehiro Trust

1530 Ascension Dr

San Mateo, CA 94402-3613

Date or dates debt was incurred _____

Last 4 digits of account number   0   9   7   7

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**                                           Case number *(if known)*        **24-90002**
_____
Name

| Part 2: | Additional Page |

---

**3.1005**   **Nonpriority creditor's name and mailing address**

Suzann Jones_ROTHIRA2382

11151 Delaware St

Rch Cucamonga, CA 91701-5399

Date or dates debt was incurred  _____

Last 4 digits of account number    **0  5  0  5**

**As of the petition filing date, the claim is:**    **$9,715.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1006**   **Nonpriority creditor's name and mailing address**

Suzann Jones_TRADIRA2381

11151 Delaware St

Rch Cucamonga, CA 91701-5399

Date or dates debt was incurred  _____

Last 4 digits of account number    **0  5  0  6**

**As of the petition filing date, the claim is:**    **$6,516.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1007**   **Nonpriority creditor's name and mailing address**

Suzann Jones_TRADIRA2381

11151 Delaware Street

Rancho Cucamonga, CA 91701

Date or dates debt was incurred  _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1008**   **Nonpriority creditor's name and mailing address**

Suzanne Burt

3049 W Browning Ave

Fresno, CA 93711-2111

Date or dates debt was incurred  _____

Last 4 digits of account number    **0  1  6  0**

**As of the petition filing date, the claim is:**    **$1,778.01**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.1009** Nonpriority creditor's name and mailing address

Suzanne Woo Tamaru

17011 Courtney Ln

Huntingtn Bch, CA 92649-4230

Date or dates debt was incurred _____

Last 4 digits of account number   0   9   8   8

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap
Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1010** Nonpriority creditor's name and mailing address

Suzette L. Mackey

2540 Bennett Ridge Rd

Santa Rosa, CA 95404-8830

Date or dates debt was incurred _____

Last 4 digits of account number   0   6   2   9

As of the petition filing date, the claim is: $18,299.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1011** Nonpriority creditor's name and mailing address

Tadeusz Zawada

13577 Polk St

Sylmar, CA 91342-1802

Date or dates debt was incurred _____

Last 4 digits of account number   1   1   2   0

As of the petition filing date, the claim is: $12,122.18
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In
SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1012** Nonpriority creditor's name and mailing address

Taeil Kim

1600 Hillsborough St

Chula Vista, CA 91913-2913

Date or dates debt was incurred _____

Last 4 digits of account number   0   5   2   2

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap
Client

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| 3.1013 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Tammie A. Vawter

5065 E Washington Ave

Fresno, CA 93727-3147

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   3   7

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

                              Active - Out of Swap
**Basis for the claim:**  Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1014   Nonpriority creditor's name and mailing address**
Tammy Robinson

Po Box 152866

San Diego, CA 92195-2866

Date or dates debt was incurred _____

Last 4 digits of account number   0   8   5   8

**As of the petition filing date, the claim is:** $12,609.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1015   Nonpriority creditor's name and mailing address**
Tammy Robinson

PO Box 152866

San Diego, CA 92195

Date or dates debt was incurred _____

Last 4 digits of account number  ___  ___  ___  ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1016   Nonpriority creditor's name and mailing address**
Tammy Sue Cooper

27 Blazing Star

Irvine, CA 92604-3007

Date or dates debt was incurred _____

Last 4 digits of account number   0   2   2   7

**As of the petition filing date, the claim is:** $1,835.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Acclivity West, LLC**                                                                    Case number *(if known)*    __24-90002__
Name

---

## Part 2:  Additional Page

---

**3.1017**  **Nonpriority creditor's name and mailing address**

Tammy Sue Cooper

27 Blazing Star

Irvine, CA 92604

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1018**  **Nonpriority creditor's name and mailing address**

Tammy Waters

532 N Sycamore Ave

Rialto, CA 92376-5140

Date or dates debt was incurred  _____

Last 4 digits of account number  1  0  6  3

**As of the petition filing date, the claim is:**    $11,636.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1019**  **Nonpriority creditor's name and mailing address**

Tanimura II, LLC

Po Box 4070

Salinas, CA 93912-4070

Date or dates debt was incurred  _____

Last 4 digits of account number  0  9  9  0

**As of the petition filing date, the claim is:**    $8,193.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1020**  **Nonpriority creditor's name and mailing address**

Temukisa R. Cestra

3436 Virgil Cir

Pleasanton, CA 94588-5124

Date or dates debt was incurred  _____

Last 4 digits of account number  0  1  8  3

**As of the petition filing date, the claim is:**    $17,631.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.1021** Nonpriority creditor's name and mailing address

Teresa A. Bartolome

6121 Gold Spirit St

Eastvale, CA 92880-0991

Date or dates debt was incurred

Last 4 digits of account number   0 0 7 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$11,094.53

---

**3.1022** Nonpriority creditor's name and mailing address

Teresa Perko

18 Haskins Ranch Cir

Danville, CA 94506-1308

Date or dates debt was incurred

Last 4 digits of account number   0 7 8 7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$7,677.45

---

**3.1023** Nonpriority creditor's name and mailing address

Teri Lee Stoneham

526 Dorothy Ln

Martinez, CA 94553-1462

Date or dates debt was incurred

Last 4 digits of account number   0 9 6 5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$23,023.59

---

**3.1024** Nonpriority creditor's name and mailing address

Terri Lynn McCann Crisp

1734 W Sunstar Dr

St George, UT 84790-4677

Date or dates debt was incurred

Last 4 digits of account number   0 6 6 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF: Redemption

Is the claim subject to offset?
☑ No
☐ Yes

$6,819.51

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>**Part 2:**</td><td>Additional Page</td></tr>
</table>

---

**3.1025** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00**

Terri Lynn McCann Crisp

1734 West Sunstar Drive

St. George , UT 84790

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.1026** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,535.10**

Terry & Marivel Ryan

1689 Sausalito Rd

W Sacramento, CA 95691-5150

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Active - In SWAP/LOF:
Basis for the claim:  Redemption

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  0  8  7  0

---

**3.1027** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,611.04**

Terry Fitzpatrick

799 Via Linda Dr

Hemet, CA 92545-1566

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Active - In SWAP/LOF:
Basis for the claim:  Redemption

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  0  3  3  0

---

**3.1028** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$63,149.90**

Terry John Ballard

16401 Kohala Ln

Huntingtn Bch, CA 92649-6217

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  6  2

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

**Part 2:** Additional Page

---

**3.1029**

**Nonpriority creditor's name and mailing address**

Terry K. Ryan

C/O Martha Potesta

1689 Sausalito Rd

W Sacramento, CA 95691-5150

Date or dates debt was incurred

Last 4 digits of account number    0  8  7  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF: Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

$72,838.27

---

**3.1030**

**Nonpriority creditor's name and mailing address**

Terry Trombly

3014 Masonwood St

San Jose, CA 95148-2634

Date or dates debt was incurred

Last 4 digits of account number    1  0  1  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,983.95

---

**3.1031**

**Nonpriority creditor's name and mailing address**

Tet Pow Ong

3213 Singingwood Dr

Torrance, CA 90505-7127

Date or dates debt was incurred

Last 4 digits of account number    0  7  5  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,408.44

---

**3.1032**

**Nonpriority creditor's name and mailing address**

Tet Pow Ong

3213 Singingwood Drive

Torrance, CA 90505

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.1033** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| **Thayne Stanger** | *Check all that apply.*
| | ☑ Contingent
| **2486 N 1445 W** | ☑ Unliquidated
| **Clinton, UT 84015-5818** | ☐ Disputed
| | | Active - Out of Swap
| Date or dates debt was incurred | Basis for the claim:  **Client**
| Last 4 digits of account number    **0   9   4   8** | Is the claim subject to offset?
| | ☑ No
| | ☐ Yes

**3.1034** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,060.34
| **The Candice C. Ideen Revocable Trust DTD 3/7/12** | *Check all that apply.*
| | ☐ Contingent
| **3 Margarita Ave** | ☐ Unliquidated
| **Camarillo, CA 93012-8113** | ☐ Disputed
| | Basis for the claim:  **Active - In SWAP/LOF**
| Date or dates debt was incurred | Is the claim subject to offset?
| Last 4 digits of account number    **0   4   7   5** | ☑ No
| | ☐ Yes

**3.1035** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| **The Cherie Elaine Hinchliffe MD Revocable Trust** | *Check all that apply.*
| | ☑ Contingent
| **31715 Seacliff Dr** | ☑ Unliquidated
| **Laguna Beach, CA 92651-7001** | ☐ Disputed
| | | Active - Out of Swap
| Date or dates debt was incurred | Basis for the claim:  **Client**
| Last 4 digits of account number    **0   4   4   3** | Is the claim subject to offset?
| | ☑ No
| | ☐ Yes

**3.1036** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
| **The Cherie Elaine Hinchliffe MD Revocable Trust** | *Check all that apply.*
| | ☑ Contingent
| **31715 Seacliff Drive** | ☑ Unliquidated
| **Laguna Beach, CA 92651** | ☐ Disputed
| | Basis for the claim:  **LSSF Investor**
| Date or dates debt was incurred | Is the claim subject to offset?
| Last 4 digits of account number    __ __ __ __ | ☑ No
| | ☐ Yes

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  Additional Page

---

**3.1037** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

The Chu Family Trust DTD 12/06/02

3506 Bahia Blanca W Unit A

Laguna Woods, CA 92637-8432

☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
**Basis for the claim:**  Client

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0  2  1  0

---

**3.1038** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

The Chu Family Trust DTD 12/06/02

3506 Bahia Blanca West, Unit A

Laguna Woods, CA 92637

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.1039** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$40,772.38**
*Check all that apply.*

The Costin Family Trust DTD 3/3/90

19075 Fairmont Ln

Huntingtn Bch, CA 92648-6124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0  2  3  9

---

**3.1040** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**
*Check all that apply.*

The Costin Family Trust DTD 3/3/90

19075 Fairmont Lane

Huntington Beach, CA 92648

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.1041**

**Nonpriority creditor's name and mailing address**

The Georgina Maldonado Family Trust DTD 12/17/10

7332 Quill Dr Apt 120

Downey, CA 90242-2025

Date or dates debt was incurred

Last 4 digits of account number    0   6   3   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,348.85

---

**3.1042**

**Nonpriority creditor's name and mailing address**

The Lam Revocable Living Trust TD 2/14/15

148 Summerset Ct

San Ramon, CA 94583-4462

Date or dates debt was incurred

Last 4 digits of account number    0   5   5   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,270.23

---

**3.1043**

**Nonpriority creditor's name and mailing address**

The Leu Family Trust DTD 10/18/12

5565 Via Portola Unit A

Laguna Woods, CA 92637

Date or dates debt was incurred

Last 4 digits of account number    0   5   9   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.1044**

**Nonpriority creditor's name and mailing address**

The Leu Family Trust DTD 10/18/12

5565 Via Portola, Unit A

Laguna Woods, CA 92637

Date or dates debt was incurred

Last 4 digits of account number    __   __   __   __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.1045

**Nonpriority creditor's name and mailing address**

The McDonald Family Trust DTD 9/10/07

3909 Kenwood Dr

Spring Valley, CA 91977-1026

Date or dates debt was incurred

Last 4 digits of account number    0  6  6  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,875.11

---

### 3.1046

**Nonpriority creditor's name and mailing address**

The Reece Family 2017 Trust DTD 6/15/17 c/o Jeffrey Reece

15188 Holiday Dr

Fontana, CA 92336-4460

Date or dates debt was incurred

Last 4 digits of account number    0  8  3  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,498.34

---

### 3.1047

**Nonpriority creditor's name and mailing address**

The Roger & Carol Pietz Family Trust

7623 N 9th St

Fresno, CA 93720-2629

Date or dates debt was incurred

Last 4 digits of account number    0  8  0  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

### 3.1048

**Nonpriority creditor's name and mailing address**

The Swartout Family Trust DTD 8/13/10

2004 W Minerva Ave

Anaheim, CA 92804-4429

Date or dates debt was incurred

Last 4 digits of account number    0  9  8  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,700.65

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

---

| **3.1049** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,853.52 |
|---|---|---|---|

**3.1049** Nonpriority creditor's name and mailing address

The Theodora R. Lee Revocable Living Trust DTD 12/29/06

1980 Leimert Blvd

Oakland, CA 94602-1941

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,853.52

Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0  5  8  4

---

**3.1050** Nonpriority creditor's name and mailing address

The Tomosada Family Living Trust

24481 Sadaba

Mission Viejo, CA 92692-2331

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,449.06

Basis for the claim:  Active - In SWAP/LOF

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1  0  0  8

---

**3.1051** Nonpriority creditor's name and mailing address

The Tomosada Family Living Trust

24481 Sadaba

Mission Viejo, CA 92692

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  LSSF Investor

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.1052** Nonpriority creditor's name and mailing address

The Wang Family Revocable Living Trust

3507 Bahia Blanca W Unit C

Laguna Woods, CA 92637-2981

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  Active - Out of Swap Client

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1  0  5  9

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.1053** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,890.39**

The Yolanda Choo 2017 Revocable Trust

2315 Via Puerta Unit A

Laguna Woods, CA 92637-0864

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Active - In SWAP/LOF

Last 4 digits of account number  0  2  0  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1054** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

The Yolanda Choo 2017 Revocable Trust

2315 Via Puerta Unit A

Laguna Woods, CA 92637

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** LSSF Investor

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1055** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,703.63**

Thelma Ramos

2137 Ridgeview Ave

Los Angeles, CA 90041-3020

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Active - In SWAP/LOF

Last 4 digits of account number  0  8  3  0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1056** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Thelma Ramos

2137 Ridgeview Avenue

Los Angeles, CA 90041

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** LSSF Investor

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

| 3.1057 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,734.30 |
|---|---|---|---|

**Theodore A. Fauce**

**1449 Marigold St**

**Upland, CA 91784-7326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Date or dates debt was incurred

Last 4 digits of account number   0  3  1  8

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Theodore A. Fauce**

**1449 Marigold Street**

**Upland, CA 91784**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Theodore Changki Yoon**

**2850 Horizon Hills Dr**

**West Covina, CA 91791-3761**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   **Active - Out of Swap Client**

Date or dates debt was incurred

Last 4 digits of account number   1  1  1  3

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1060 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Theodore Changki Yoon**

**2850 Horizon Hills Drive**

**West Covina, CA 91791**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Acclivity West, LLC**
Name

Case number *(if known)* **24-90002**

---

**Part 2:** Additional Page

---

**3.1061** | **Nonpriority creditor's name and mailing address**
Thomas & Marion Patterson

1931 Pine Crest Dr

Corona, CA 92882-3708

Date or dates debt was incurred _____

Last 4 digits of account number   0   7   7   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$126,983.90

---

**3.1062** | **Nonpriority creditor's name and mailing address**
Thomas Adams Mulrooney

7630 E Spotted Pony Ln

Anaheim, CA 92808-1335

Date or dates debt was incurred _____

Last 4 digits of account number   0   7   1   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$27,146.83

---

**3.1063** | **Nonpriority creditor's name and mailing address**
Thomas G. Sirrs

27600 Avenida Terrazo

Cathedral Cty, CA 92234-5501

Date or dates debt was incurred _____

Last 4 digits of account number   0   9   2   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

$6,490.78

---

**3.1064** | **Nonpriority creditor's name and mailing address**
Thomas G. Sirrs

27600 Avenita Terrazo

Cathedral City, CA 92234

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.1065** | **Nonpriority creditor's name and mailing address**

Thomas Lacerra

57850 Residenza Ct

La Quinta, CA 92253-7786

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  5  1

**As of the petition filing date, the claim is:**     $9,449.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1066** | **Nonpriority creditor's name and mailing address**

Thomas Meaglia

2481 Santiago

La Verne, CA 91750-1153

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  7  2

**As of the petition filing date, the claim is:**     $8,055.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1067** | **Nonpriority creditor's name and mailing address**

Thomas S. Carroll

S/B 1814 Fairmont Ave

Clovis, CA 93611

Date or dates debt was incurred _____

Last 4 digits of account number  0  1  7  4

**As of the petition filing date, the claim is:**     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1068** | **Nonpriority creditor's name and mailing address**

Thomas S. Carroll

S/B 1814 Fairmont Ave

Clovis, CA 93611

Date or dates debt was incurred _____

Last 4 digits of account number  __  __  __  __

**As of the petition filing date, the claim is:**     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.1069

**Nonpriority creditor's name and mailing address**

Thomas S. Mackessy

2755 Avenida Marguerite

Chino Hills, CA 91709-5008

Date or dates debt was incurred _____

Last 4 digits of account number   0  6  2  7

**As of the petition filing date, the claim is:** $36,169.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1070

**Nonpriority creditor's name and mailing address**

Thomas Sharples

2288 E Madera Plateau Dr

Green Valley, AZ 85614-5885

Date or dates debt was incurred _____

Last 4 digits of account number   0  9  0  5

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1071

**Nonpriority creditor's name and mailing address**

Timothy Allen

1830 Suncrest St

Brentwood, CA 94513-6612

Date or dates debt was incurred _____

Last 4 digits of account number   0  0  2  3

**As of the petition filing date, the claim is:** $32,553.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1072

**Nonpriority creditor's name and mailing address**

Timothy Buchanan

12 Santa Gustavo

Rcho Sta Marg, CA 92688-2677

Date or dates debt was incurred _____

Last 4 digits of account number   0  1  4  7

**As of the petition filing date, the claim is:** $138,047.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Acclivity West, LLC**      Case number *(if known)*    **24-90002**
Name

---

**Part 2:**   Additional Page

---

**3.1073** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00
--- | --- | --- | ---

**3.1073**

**Nonpriority creditor's name and mailing address**

**Timothy Buchanan**

**12 Santa Gustavo**

**Rancho Santa Margarita, CA 92688**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1074**

**Nonpriority creditor's name and mailing address**

**Tin Tin Delphin_Nonqualified**

**1329 Via Margarita**

**Pls Vrds Est, CA 90274-2026**

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  7  1

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap
Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1075**

**Nonpriority creditor's name and mailing address**

**Tin Tin Delphin_TRAD4377**

**1329 Via Margarita**

**Pls Vrds Est, CA 90274-2026**

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  7  3

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap
Client

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1076**

**Nonpriority creditor's name and mailing address**

**Tom & Joyce Tarpinian Family Trust**

**12331 Milbank St**

**Studio City, CA 91604-1230**

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  9  3

As of the petition filing date, the claim is: **$3,853.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF:
Redemption

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.1077** | **Nonpriority creditor's name and mailing address**

Tony Yan

1520 Thurlow Way

San Ramon, CA 94582-5175

Date or dates debt was incurred

Last 4 digits of account number    1  1  0  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,834.11

---

**3.1078** | **Nonpriority creditor's name and mailing address**

Tonyce Bates

27 Morning Dove

Irvine, CA 92604

Date or dates debt was incurred

Last 4 digits of account number    0  0  7  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,989.63

---

**3.1079** | **Nonpriority creditor's name and mailing address**

Tracie Sharp

827 11th St

Huntingtn Bch, CA 92648-3409

Date or dates debt was incurred

Last 4 digits of account number    0  9  0  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,797.88

---

**3.1080** | **Nonpriority creditor's name and mailing address**

Travis & Amanda Conley

2810 Bello Panorama

San Clemente, CA 92673-4021

Date or dates debt was incurred

Last 4 digits of account number    0  2  2  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor    **Acclivity West, LLC**                                              Case number *(if known)*    __24-90002__
Name

---

### Part 2:    Additional Page

---

**3.1081**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|
| Troy Kisiel | *Check all that apply.* | |

☑ Contingent
☑ Unliquidated
☐ Disputed

14463 Ashbury Drive

Chino Hills, CA 91709

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.1082**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **$3,596.55**

Trung Ly

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

11817 Patton Rd

Downey, CA 90241-5236

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _0_ _6_ _2_ _3_

---

**3.1083**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **$27,164.84**

Tuan V. Hoang

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

619 W North St

Anaheim, CA 92805-1733

**Basis for the claim:** Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _0_ _4_ _4_ _5_

---

**3.1084**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **$0.00**

Tuan V. Hoang

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

619 W North St

Anaheim, CA 92805

**Basis for the claim:** LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.1085** Nonpriority creditor's name and mailing address

**Udo B. Steinhilber**

**787 Olympic Ave**

**Costa Mesa, CA 92626-3008**

Date or dates debt was incurred _____

Last 4 digits of account number   0   9   5   2

As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1086** Nonpriority creditor's name and mailing address

**Undine H. Wildman & Carla Wildman**

**7040 E Aivlis St**

**Long Beach, CA 90815-3502**

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   7   7

As of the petition filing date, the claim is:   **$15,760.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1087** Nonpriority creditor's name and mailing address

**Undine H. Wildman Living Trust**

**7040 E Aivlis St**

**Long Beach, CA 90815-3502**

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   7   8

As of the petition filing date, the claim is:   **$29,719.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1088** Nonpriority creditor's name and mailing address

**Undine Wildman & Leland Vail**

**7040 E Aivlis St**

**Long Beach, CA 90815-3502**

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   7   9

As of the petition filing date, the claim is:   **$12,287.49**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**3.1089** | **Nonpriority creditor's name and mailing address**
Val Mohr

6216 Lakeview Cir

San Ramon, CA 94582-4872

Date or dates debt was incurred

Last 4 digits of account number    0   6   9   3

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1090** | **Nonpriority creditor's name and mailing address**
Varadaraj P. Shenoy

22687 Voss Ave

Cupertino, CA 95014-2672

Date or dates debt was incurred

Last 4 digits of account number    0   9   0   9

**As of the petition filing date, the claim is:**    $24,703.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF: Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1091** | **Nonpriority creditor's name and mailing address**
Velma Fukie Vonbloeker

5714 Apia Dr

Cypress, CA 90630-5504

Date or dates debt was incurred

Last 4 digits of account number    1   0   4   9

**As of the petition filing date, the claim is:**    $15,334.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF; Redemption**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1092** | **Nonpriority creditor's name and mailing address**
Velma Fukie Vonbloeker

5714 Apia Dr.

Cypress, CA 90630

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __**Acclivity West, LLC**__
Name

Case number *(if known)* __**24-90002**__

---

| Part 2: | Additional Page |
|---|---|

---

**3.1093** | **Nonpriority creditor's name and mailing address**
Vicki J. Geisler

30662 Hunt Club Dr

San Juan Capo, CA 92675-1912

Date or dates debt was incurred _____

Last 4 digits of account number   0   3   5   7

**As of the petition filing date, the claim is:** $31,770.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1094** | **Nonpriority creditor's name and mailing address**
Vicki L. Bula

18 Eastridge

Coto De Caza, CA 92679-4702

Date or dates debt was incurred _____

Last 4 digits of account number   0   1   5   6

**As of the petition filing date, the claim is:** $8,999.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1095** | **Nonpriority creditor's name and mailing address**
Vickie H. Bagley

10521 Midway St

Bellflower, CA 90706-5070

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   5   6

**As of the petition filing date, the claim is:** $17,709.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1096** | **Nonpriority creditor's name and mailing address**
Vickie H. Bagley

10521 Midway Street

Bellflower, CA 90706

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Acclivity West, LLC**
Name

Case number *(if known)*   **24-90002**

---

**Part 2:**  Additional Page

---

**3.1097**

**Nonpriority creditor's name and mailing address**

**Vicky Alalay**

**2542 Reservoir St**

**Los Angeles, CA 90026-2229**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   0   0   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,031.59

---

**3.1098**

**Nonpriority creditor's name and mailing address**

**Victoria Hartzo Janek**

**9069 Westeria Way**

**Orangevale, CA 95662-4736**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   0   4   8   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,530.43

---

**3.1099**

**Nonpriority creditor's name and mailing address**

**Victoria Philippe**

**22221 Ellinwood Dr**

**Torrance, CA 90505-2121**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   0   8   0   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,153.24

---

**3.1100**

**Nonpriority creditor's name and mailing address**

**Victoria Philippe**

**22221 Ellinwood Drive**

**Torrance, CA 90505**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

### Part 2:   Additional Page

---

**3.1101**  **Nonpriority creditor's name and mailing address**

Vincent Culcasi+A2

2170 St Michaels Ct

Brentwood, CA 94513-1759

Date or dates debt was incurred _____

Last 4 digits of account number   0  2  5  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,595.46

---

**3.1102**  **Nonpriority creditor's name and mailing address**

Vipul M. Patel

2512 E Commonwealth Ave

Fullerton, CA 92831-4446

Date or dates debt was incurred _____

Last 4 digits of account number   0  7  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,795.22

---

**3.1103**  **Nonpriority creditor's name and mailing address**

Waldemar D. Gonzalez

9902 Oceancrest Dr

Huntingtn Bch, CA 92646-8260

Date or dates debt was incurred _____

Last 4 digits of account number   0  3  7  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,713.81

---

**3.1104**  **Nonpriority creditor's name and mailing address**

Wallace & Susan Kresley

2993 Skyline Dr

Kelseyville, CA 95451-9015

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  4  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.1105

**Nonpriority creditor's name and mailing address**

Walter J. Radick

908 Hunt Ave

Saint Helena, CA 94574-1116

Date or dates debt was incurred _____

Last 4 digits of account number   0  8  2  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,142.90

---

### 3.1106

**Nonpriority creditor's name and mailing address**

Ward K. Jones

151 Cohn Valley Way

Folsom, CA 95630-5050

Date or dates debt was incurred _____

Last 4 digits of account number   0  5  0  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,600.12

---

### 3.1107

**Nonpriority creditor's name and mailing address**

Wei-Liang W. Chung

1608 N Studebaker Rd

Long Beach, CA 90815-4844

Date or dates debt was incurred _____

Last 4 digits of account number   0  2  1  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF; Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,809.73

---

### 3.1108

**Nonpriority creditor's name and mailing address**

Wei-Liang W. Chung

1608 Studebaker Road

Long Beach, CA 90815

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.1109**

**Nonpriority creditor's name and mailing address**

**Wendy A. Matthews**

**8366 Sunview Dr**

**El Cajon, CA 92021-1625**

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  5  6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$33,887.45

---

**3.1110**

**Nonpriority creditor's name and mailing address**

**Wendy L. Takacs**

**16 Sage Canyon Rd**

**Pomona, CA 91766-4868**

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  8  3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,263.02

---

**3.1111**

**Nonpriority creditor's name and mailing address**

**Wendy L. Takacs**

**16 Sage Canyon Road**

**Pomona, CA 91766**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  LSSF Investor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.1112**

**Nonpriority creditor's name and mailing address**

**Wendy Renee Haines**

**(previously Norma Zallack)**

**2818 Devonshire Ave**

**Fullerton, CA 92835**

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  1  8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$28,066.73

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.1113** | **Nonpriority creditor's name and mailing address**

Wharrie Living Trust

27122 Shenandoah Dr

Laguna Hills, CA 92653-5842

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  7  0

**As of the petition filing date, the claim is:** $20,258.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Investor: Active - In SWAP/LOF: Redemption

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1114** | **Nonpriority creditor's name and mailing address**

Wilfredo Navarro

2652 Greenleaf Dr

West Covina, CA 91792-1926

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  2  2

**As of the petition filing date, the claim is:** $14,873.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1115** | **Nonpriority creditor's name and mailing address**

William & Elizabeth Whyte

14092 Montgomery Dr

Westminster, CA 92683-4132

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  7  3

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Active - Out of Swap Client

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1116** | **Nonpriority creditor's name and mailing address**

William & Elizabeth Whyte

14092 Montgomery Drive

Westminster, CA 92683

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  LSSF Investor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.1117** | **Nonpriority creditor's name and mailing address**

William C. Gorman Trust DTD 9/25/87

Po Box 3746

Manhattan Bch, CA 90266-1746

Date or dates debt was incurred

Last 4 digits of account number   0   3   8   0

**As of the petition filing date, the claim is:**    $49,026.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1118** | **Nonpriority creditor's name and mailing address**

William E. Fraser

2221 Warfield Avenue #A

Redondo Beach, CA 90278

Date or dates debt was incurred

Last 4 digits of account number   0   3   4   1

**As of the petition filing date, the claim is:**    $87,154.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1119** | **Nonpriority creditor's name and mailing address**

William F. Herdt

14333 Busby Dr

Whittier, CA 90604-3014

Date or dates debt was incurred

Last 4 digits of account number   0   4   3   3

**As of the petition filing date, the claim is:**    $11,770.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1120** | **Nonpriority creditor's name and mailing address**

William H. Johnson

312 Knollglen

Irvine, CA 92614-7496

Date or dates debt was incurred

Last 4 digits of account number   0   4   9   9

**As of the petition filing date, the claim is:**    $15,746.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Active - In SWAP/LOF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.1121** Nonpriority creditor's name and mailing address

**William Hempstead**

**12954 Camino Ramillette**

**San Diego, CA 92128-1537**

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  2  5

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1122** Nonpriority creditor's name and mailing address

**William J. Cygan**

**15 Edinburgh Pl**

**Danville, CA 94526-2948**

Date or dates debt was incurred _____

Last 4 digits of account number  0  2  5  1

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1123** Nonpriority creditor's name and mailing address

**William Lee Smiley**

**11209 Daneswood Dr**

**Arcadia, CA 91006-5614**

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  2  7

As of the petition filing date, the claim is: **$13,389.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1124** Nonpriority creditor's name and mailing address

**William Lemley**

**315 Lois St**

**La Habra, CA 90631-4633**

Date or dates debt was incurred _____

Last 4 digits of account number  0  5  9  0

As of the petition filing date, the claim is: **$6,573.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.1125** | Nonpriority creditor's name and mailing address

**William Scott Smith**

**112 13th St**

**Seal Beach, CA 90740-6531**

Date or dates debt was incurred _____

Last 4 digits of account number    0  9  3  6

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Active - Out of Swap**
Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1126** | Nonpriority creditor's name and mailing address

**William Scott Smith**

**112 13th Street**

**Seal Beach, CA 90740**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1127** | Nonpriority creditor's name and mailing address

**William Wyann Zucchero**

**4901 Laurel Canyon Blvd Apt 1**

**Valley Vlg, CA 91607-3797**

Date or dates debt was incurred _____

Last 4 digits of account number    1  1  3  6

As of the petition filing date, the claim is: $5,950.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1128** | Nonpriority creditor's name and mailing address

**William Y. VanRooy**

**18623 Cedar Valley Way**

**Santa Clarita, CA 91321-2259**

Date or dates debt was incurred _____

Last 4 digits of account number    1  0  3  4

As of the petition filing date, the claim is: $5,899.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Acclivity West, LLC**
Name                                                    Case number *(if known)*    **24-90002**

---

**Part 2:    Additional Page**

---

**3.1129**   Nonpriority creditor's name and mailing address

**Willis Gelston III & Kathryn C. Gelston Revocable Living Trust DTD 10/30/01**

**292 Donald Dr**

**Moraga, CA 94556-2310**

Date or dates debt was incurred

Last 4 digits of account number    **0  3  5  9**

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1130**   Nonpriority creditor's name and mailing address

**Wilson Mah**

**2252 17th Ave**

**San Francisco, CA 94116-1827**

Date or dates debt was incurred

Last 4 digits of account number    **0  6  3  3**

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1131**   Nonpriority creditor's name and mailing address

**Woori Pharmacy Inc. Pension Plan Trust (Mr. Sung Lee)**

**216 S Harvard Blvd Ste 120**

**Los Angeles, CA 90004**

Date or dates debt was incurred

Last 4 digits of account number    **1  0  9  8**

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Active - Out of Swap
Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1132**   Nonpriority creditor's name and mailing address

**Woori Pharmacy Inc. Pension Plan Trust (Mr. Sung Lee)**

**216 S. Harvard Blvd. Suite 120**

**Los Angeles, CA 90004**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.1133** | Nonpriority creditor's name and mailing address

**Woori USA, Inc. Pension Plan Trust (Won Chang Choi)**

**1401 Air Wing Rd Ste 1**

**San Diego, CA 92154-7705**

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   9   9

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1134** | Nonpriority creditor's name and mailing address

**Woori USA, Inc. Pension Plan Trust (Won Chang Choi)**

**1401 Air Wing Road, Suite 1**

**San Diego, CA 92154**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1135** | Nonpriority creditor's name and mailing address

**Xianghui Liu**

**10674 Grapnel Pl**

**Cupertino, CA 95014-1319**

Date or dates debt was incurred _____

Last 4 digits of account number   0   6   0   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$8,823.98

---

**3.1136** | Nonpriority creditor's name and mailing address

**Yamada Living Trust**

**2690 Iversen Ct**

**Santa Clara, CA 95051-6507**

Date or dates debt was incurred _____

Last 4 digits of account number   1   1   0   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In SWAP/LOF: Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$30,404.40

---

| Debtor | **Acclivity West, LLC** | | Case number *(if known)* | **24-90002** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

---

**3.1137** | Nonpriority creditor's name and mailing address

Yolanda H. Davidson

13406 Emerald Way

Chino Hills, CA 91709-1217

Date or dates debt was incurred _____

Last 4 digits of account number **0  2  5  6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF; Redemption**

Is the claim subject to offset?
☑ No
☐ Yes

$22,292.48

---

**3.1138** | Nonpriority creditor's name and mailing address

Yongsik Park

12680 Carmel Country Road, #12

San Diego, CA 92130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **LSSF Investor**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1139** | Nonpriority creditor's name and mailing address

Yury Kopansky_Qualified

203 Champagne W

Calistoga, CA 94515-9778

Date or dates debt was incurred _____

Last 4 digits of account number **0  5  3  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Active - In SWAP/LOF**

Is the claim subject to offset?
☑ No
☐ Yes

$25,431.79

---

**3.1140** | Nonpriority creditor's name and mailing address

Yvette Shaon

5511 Fir Cir

La Palma, CA 90623-1320

Date or dates debt was incurred _____

Last 4 digits of account number **0  9  0  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.1141** | Nonpriority creditor's name and mailing address
Zaki Elkodsi

804 Boardwalk Pl

Redwood City, CA 94065-1804

Date or dates debt was incurred _____

Last 4 digits of account number   0   3   0   0

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1142** | Nonpriority creditor's name and mailing address
Zaki Lichaa 2010 Revocable Trust

680 Matsonia Dr

Foster City, CA 94404-1337

Date or dates debt was incurred _____

Last 4 digits of account number   0   6   0   1

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - Out of Swap Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1143** | Nonpriority creditor's name and mailing address
Zisook & Larcher Family Trust

14361 Twisted Branch Road

Poway, CA 92064

Date or dates debt was incurred _____

Last 4 digits of account number   1   1   3   2

As of the petition filing date, the claim is: $31,181.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Active - In SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1144** | Nonpriority creditor's name and mailing address
Zosimo J. Fernandez

8985 S Durango Dr Unit 2115

Las Vegas, NV 89113-6135

Date or dates debt was incurred _____

Last 4 digits of account number   0   3   2   3

As of the petition filing date, the claim is: $13,528.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor: Active - In** SWAP/LOF

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Acclivity West, LLC** | Case number *(if known)* | **24-90002** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

| 3.1145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Zosimo J. Fernandez**

*Check all that apply.*

**8985 S Durango Drive Unit#2115**

☑ Contingent

**Las Vegas, NV 89113**

☑ Unliquidated

☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:  LSSF Investor**

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.1146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,845.70** |
|---|---|---|---|

**Zwanny Erickson**

*Check all that apply.*

**2967 Havasupai Ave**

☐ Contingent

**San Diego, CA 92117-1642**

☐ Unliquidated

☐ Disputed

**Investor: Active - In**

Date or dates debt was incurred _____

**Basis for the claim:  SWAP/LOF**

**Is the claim subject to offset?**

Last 4 digits of account number  **0   3   0   8**

☑ No
☐ Yes

Debtor   **Acclivity West, LLC**                                    Case number *(if known)*     **24-90002**
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$1,527.77** |
| 5b.   **Total claims from Part 2** | 5b.  **+** | **$12,953,947.24** |
| 5c.   **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$12,955,475.01** |

Fill in this information to identify the case:

Debtor name       Acclivity West, LLC

United States Bankruptcy Court for the:

      Southern District of Texas

Case number (if known):     24-90002     Chapter    11

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Payroll service for Acclivity West - Monthly Contract | ADP |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for storage space for paper files in Irvine, CA - Monthly Contract | Extra Space Storage<br>Extra Space Management, Inc.<br>2795 E Cottonwood Pkwy Ste 300<br>Salt Lake Cty, UT 84121-6928 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease for storage space for paper files of Acclivity West in San Antonio, TX - Monthly Contract | Extra Space Storage fka Life Storage<br>2417 Jackson Keller Rd<br>San Antonio, TX 78230-5220 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Electronic storage of historical information on all policies of Acclivity West - Monthly Contract | Salesforce, Inc.<br>Salesforce Tower<br>415 Mission St Fl 3<br>San Francisco, CA 94105-2504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Acclivity West, LLC                                    Case number *(if known)*         24-90002
         Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | TVPX ARS, Inc. |
| | | | Arge Feotis, Vice President |
| | State the term remaining | 3 months | 39 E Eagle Ridge Dr Ste 201 |
| | List the contract number of any government contract | | N Salt Lake, UT 84054-2533 |

**Fill in this information to identify the case:**

Debtor name      **Acclivity West, LLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
                                                                                    (State)

Case number (If known):      **24-90002**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors
<div align="right">12/15</div>

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Acclivity Ancillary Services LLC | Street<br><br>City        State        ZIP Code | Life Opportunity Fund I, LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Acclivity West, LLC** | Case number (if known) **24-90002** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _____ Acclivity West, LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): ___ 24-90002 ___    Chapter ___ 11 ___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. | $12,974,922.73

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. | $12,974,922.73

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $4,620,506.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... | $1,527.77

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................... | + $12,953,947.24

4. **Total liabilities**............................................................................................................ | $17,575,981.01
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name       Acclivity West, LLC

United States Bankruptcy Court for the:

      Southern District of Texas

Case number (if known):       24-90002

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

**1.**    **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2024</u> to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br><u>This amount is the</u> interest received on matured policy prior to payout of death benefits to investors. The income amount is the $100 fee per client that is collected<br>☑ Other every November. | $139,125.00 |
| **For prior year:** | From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br><u>The income amount is</u> the $100 fee per client that is collected every<br>☑ Other November. | $79,800.00 |
| **For the year before that:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br><u>The income amount is</u> the $100 fee per client that is collected every<br>☑ Other November. | $86,140.00 |

**2.**    **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

Debtor   Acclivity West, LLC                                                                                    Case number (if known)   24-90002
         Name

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   Cole Pedroza LLP<br>Creditor's name<br><br>2295 Huntington Dr<br>Street<br><br>San Marino, CA 91108-2640<br>City          State     ZIP Code | 12/11/2023<br><br>12/6/2023 | $215,957.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Jesus M. Millares<br>Creditor's name<br>Redacted for Confidentiality<br>Street<br><br><br>City          State     ZIP Code | 1/2023-12/2023 | $12,000.00 | Mr. Millares is paid $1,000 per month for his services to Acclivity West, LLC. |
| **Relationship to debtor**<br>Manager of Acclivity West, LLC | | | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor  Acclivity West, LLC                                                    Case number *(if known)*   24-90002
        Name

| 4.2. | Shelley L. Hill | 1/2023-12/2023 | $83,756.62 | Ms. Hill is paid for running aspects of the business, dealing with clients, and legal matters involving Acclivity West, LLC. |
|---|---|---|---|---|
| | Creditor's name | | | |
| | Redacted for Confidentiality | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |

| **Relationship to debtor** |
|---|
| Chief Operating Officer for Acclivity West, LLC |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | | | |
| Street | XXXX– __ __ __ __ | | |
| | | | |
| City          State     ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Debtor | Acclivity West, LLC | Case number (if known) | 24-90002 |
|---|---|---|---|
| | Name | | |

### 7.1.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| BEN MOHR, ET AL. V. ACCLIVITY WEST LLC | The claims against Acclivity West are for declaratory relief. Acclivity West in its Cross-Complaint seeks Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Breach of Fiduciary Duty, Tortious Interference with Contractual Relations, Unfair Competition and Misappropriation of Trade Secrets. Cross-Defendants are Ben Mohr, Aleksander Dyo, Kelly Woo, Howard Lee (Lee has been discharged in bankruptcy | Los Angeles Superior Court<br>Name<br><br>Street<br><br><br>City           State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 21STCV32992 | | | |

### 7.2.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| JOHN HUH V. PROFECTUS FINANCIAL & INSURANCE SERVICES, INC., ET AL. | Acclivity West in its Cross-Complaint seeks Declaratory Relief, Breach of Express Obligation to Defend, Breach of Express Obligation to Indemnify and Hold Harmless, Breach of Implied Covenant of Good Faith and Fair Dealing. Acclivity West has been dismissed in a recent ruling which could still be appealed. | Los Angeles Superior Court<br>Name<br><br>Street<br><br><br>City           State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number** | | | |
| 23STCV01566 | | | |

### 7.3.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| BARUSHKA SEDLAR-SHOLTY, ET AL. V. ACCLIVITY WEST, LLC, ET AL BARUSHKA SEDLAR-SHOLTY, ET AL. V. ACCLIVITY WEST, LLC, ET AL. | The claims against Acclivity West are Negligence, Breach of Fiduciary Duty, Intentional and Negligent Misrepresentation. Summary Judgment in Favor of Defendants Acclivity West, LLC and Jesus Millares was filed on SEptember 5, 2023. | Los Angeles Superior Court<br>Name<br><br>Street<br><br><br>City           State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number** | | | |
| 21STCV28725 | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

### 8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br><br>Street<br><br><br>City           State     ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment**<br><br> | Court name and address<br>Name<br><br>Street<br><br><br>City           State     ZIP Code |

| Debtor | Acclivity West, LLC | Case number (if known) | 24-90002 |
|---|---|---|---|
| | Name | | |

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City               State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

## Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

## Part 6:  Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | W. Marc Schwartz | | | $125,000.00 |
| | **Address** | | | |
| | 712 Main St Ste 1830<br>Street | | | |
| | Houston, TX 77002-3211<br>City               State     ZIP Code | | | |
| | **Email or website address** | | | |
| | MSchwartz@schwartzassociates.us | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    Acclivity West, LLC                                                        Case number (if known)    24-90002
           Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Parkins & Rubio LLP | Attorney's Fee | 08/17/2023 | $417,680.00 |
| | **Address** | | | |
| | 700 Milam Street Suite 1300 | | | |
| | Street | | | |
| | | | | |
| | Houston, TX 77002 | | | |
| | City                    State       ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Acclivity Ancillary Services LLC | Intercompany payments to affliate Debtor Acclivity Ancillary LLC for business expenses. | 8/15/2023-12/26/2023 | $87,405.58 |
| | **Address** | | | |
| | 11200 Broadway St 2705 | | | |
| | Street | | | |
| | Deanna Osborne | | | |
| | Pearland, TX 77584-9790 | | | |
| | City                    State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Affliate Debtor | | | |

| Debtor | Acclivity West, LLC | Case number (if known) | 24-90002 |
|---|---|---|---|
| | Name | | |

---

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. <u>300 Spectrum Center Dr Ste 400</u>
Street

<u>Irvine, CA 92618-4989</u>
City          State     ZIP Code

From   <u>Unknown</u>       To   <u>October 2020</u>

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.

State the nature of the information collected and retained. Contact information such as address, phone number, email and social security number for only AW LOF clients. In addition any beneficiary information upon death.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

---

Debtor   Acclivity West, LLC                                                    Case number (if known)   24-90002
         Name

❑ Yes. Does the debtor serve as plan administrator?

    ❑ No. Go to Part 10.

    ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ❑ No

    ❑ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | XXXX– __ __ __ __ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ❑ No<br><br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❑ None

Debtor   Acclivity West, LLC
Name

Case number (if known)   24-90002

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Extra Space Storage fka Life Storage | Shelley Hill | Storage units contain paper files of | ☐ No |
| | Name | | Acclivity West, LLC stored in San | ☑ Yes |
| | 2417 Jackson Keller Rd | | Antonio, TX | |
| | Street | | | |
| | | **Address** | | |
| | San Antonio, TX 78230-5220 | | | |
| | City          State      ZIP Code | | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Extra Space Storage | Jesus M. Millares | Paper files of Acclivity West, LLC | ☑ No |
| | Name | | stored in Irvine, CA | ☐ Yes |
| | 2795 E Cottonwood Pkwy Ste 300 | | | |
| | Street | | | |
| | Extra Space Management, Inc. | **Address** | | |
| | Salt Lake Cty, UT 84121-6928 | | | |
| | City          State      ZIP Code | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

Debtor   Acclivity West, LLC                                      Case number *(if known)*   24-90002
_____
Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___ – _____ |
| | Street | | **Dates business existed** |
| | City          State     ZIP Code | | From _____ To _____ |

**26. Books, records, and financial statements**

| Debtor | Acclivity West, LLC | Case number (if known) | 24-90002 |
|---|---|---|---|
| | Name | | |

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Benjamin M. Zahradnik, CPA, MST of Raimondo Pettit Group<br>Name<br><br>21515 Hawthorne Blvd Ste 1250<br>Street<br><br><br>Torrance, CA 90503-6583<br>City                          State                    ZIP Code | From _____  To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Benjamin M. Zahradnik, CPA, MST of Raimondo Pettit Group<br>Name<br><br>21515 Hawthorne Blvd Ste 1250<br>Street<br><br><br>Torrance, CA 90503-6583<br>City                          State                    ZIP Code | From _____  To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**<br>Benjamin M. Zahradnik, CPA, MST of Raimondo Pettit Group<br>Name<br><br>21515 Hawthorne Blvd Ste 1250<br>Street<br><br><br>Torrance, CA 90503-6583<br>City                          State                    ZIP Code | Mr. Zahradnik and his firm have copies of bank statements and bank activity provided by the Debtor. They also have copies of client information and LLP interest data since his firm prepares the K-1's along with K-1's from Life Opportunity Fund for use in preparation of tax filings. |
| **Name and address** | **If any books of account and records are unavailable, explain why** |
| **26c.2.**<br>Shelley L. Hill<br>Name<br><br>13423 Blanco Rd Pmb 8100<br>Street<br><br><br>San Antonio, TX 78216-2187<br>City                          State                    ZIP Code | Chief Operating Officer for Acclivity West, LLC |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    Acclivity West, LLC                                             Case number (if known)    24-90002
          Name

| Name and address |
|---|

26d.1.  None
        Name

        _____
        Street

        _____

        _____
        City                State           ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
        Name

        _____
        Street

        _____

        _____
        City                State           ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesus M. Millares | Redacted for confidentiality | Manager, | 0.00% |
| Shelley Hill | Redacted for confidentiality | Chief Operating Officer for Acclivity West, LLC, | 0.00% |
| W. Marc Schwartz | 712 Main St Ste 1830 Houston, TX 77002-3211 | Chief Restructuring Officer, | 0.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ken Frank | 9821 Katy Freeway Suite 305 Houston, TX 77024 | Former CEO/Owner, | From  Unknown<br>To  10/2020 |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor   Acclivity West, LLC                                                                    Case number *(if known)*   24-90002
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Shelley Hill<br>Name<br><br>Redacted for confidentiality<br>Street<br><br><br>City                State         ZIP Code | $98,000 annual salary | 1/2023-12/2023 | Ms. Hill is paid for running aspects of the business, dealing with clients, and legal matters involving Acclivity West, LLC. |

| Relationship to debtor |
|---|
| Chief Operating Officer for Acclivity West, LLC |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Jesus M. Millares<br>Name<br><br>Redacted for confidentiality<br>Street<br><br><br>City                State         ZIP Code | $12,000.00 | 1/2023-12/2023 | Mr. Millares is paid $1,000 per month for his services to Acclivity West, LLC. |

| Relationship to debtor |
|---|
| Manager |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN:  _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  _ _ – _ _ _ _ _ _ _ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
              MM/  DD/  YYYY

Debtor    <u>Acclivity West, LLC</u>                 Case number *(if known)* _____
         Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>01 / 05 / 2024</u>
            MM/ DD/ YYYY

X _____     Printed name _____ W. Marc Schwartz _____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor    <u>Chief Restructuring Officer</u>

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Acclivity West, LLC**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 01/05/2024     Signature _____

W. Marc Schwartz, Chief Restructuring Officer